**CERESCORP COMPANY**
P.O. Box 444 Station K
Montréal, Québec
H1N 3L4



# FAX   COVER   SHEET

**DATE:** JULY 29, 2004          **TIME:**

**TO:** ROB GRANT

**FROM:** ROSS KENNY          **PHONE:** (514) 254-3511
                              **FAX:**   (514) 254-8004

**RE:**

**C.C.:**

**Number of pages including cover sheet:**   47

Message: Further to our conversation, we are faxing you
copies of the invoices we have outstanding with
SPM Line. We are also faxing you a copy of their
statement. And the total amount outstanding is
$ 247,333.02
Please call me if you need any further information.
Regards.

INVOICES

SPM-LINE-INC-----    Account:----5199-Contact:----------Phone:----------------------ARSTATE----

Canada

STATEMENT OF ACCOUNTS RECEIVABLE AS OF 7/29/04 PAGE: 2

| Date | Invoice # | Reference# | Vessel name | Depart Dt | Invoice Amount | Applied Amount | Net Amount Due | Type of Service |
|---|---|---|---|---|---|---|---|---|
| 7/26/04 | 046409356 | | SHAMROCK | 7/19/04 | 6,926.40 | | 6,926.40 | STEVEDORING |
| 7/26/04 | 046409361 | | SHAMROCK | 7/16/04 | 79.25 | | 79.25 | TERMINAL CHARGES |
| 7/26/04 | 046409362 | | SHAMROCK | 7/10/04 | 804.44 | | 804.44 | STEVEDORING |
| 7/26/04 | 046409363 | | SHAMROCK | 7/16/04 | 12,987.00 | | 12,987.00 | STEVEDORING |
| | Current Due | Past due 1-30 | | | Past due 31-60 | Past due 61+ | Unapplied cash | Credit memos | Total Amount |
| | 781,450.06 | 146,077.92 | | | 2,085.64 | .00 | .00 | .00 | 247,393.02 |

Current Due    Past due 1-30    Past due 31-60    Past due 61+    Unapplied cash    Credit memos
781,450.06    146,077.92    2,085.64    .00    .00    .00

Please pay this amount:    247,393.02

Enclose duplicate copy of statement with your check.
Please review the above, and if found incorrect
notify our office immediately

SPM LINE INC.
P. O. BOX 31 GRD
5130

HALIFAX    NS B3J 2L4
Canada

Contact:
Phone:
Fax:

**STATEMENT OF ACCOUNTS RECEIVABLE AS OF: TX/29/04 PAGE: 1**

Applied to 15-151-506R

| Date | Invoice #: Reference | Vessel name | Depart Dt | Invoice Amount | Applied Amount | Net Amount Due | Type of Service |
|---|---|---|---|---|---|---|---|
| **Holifax Operations** | | | | | | | |
| 5/28/04 | 0464036369 | SHAMROCK | 5/14/04 | 36.58 | | 36.58 | TERMINAL CHARGES |
| 5/28/04 | 0464036370 | SHAMROCK | 5/14/04 | 63.40 | | 63.40 | STEVEDORING |
| 5/28/04 | 0464036372 | SHAMROCK | 5/14/04 | 17,851.50 | | 17,851.66 | STEVEDORING |
| 5/31/04 | 0464036430 | SHAMROCK | 5/21/04 | 15,151.50 | | 15,151.66 | STEVEDORING |
| 6/01/04 | 0464036452 | SHAMROCK | 5/24/04 | 12,554.10 | | 12,554.10 | STEVEDORING |
| 6/04/04 | 0464036720 | SHAMROCK | 5/28/04 | 36.58 | | 36.58 | TERMINAL CHARGES |
| 6/04/04 | 0464036721 | SHAMROCK | 5/28/04 | 63.40 | | 63.40 | STEVEDORING |
| 6/04/04 | 0464036722 | SHAMROCK | 5/28/04 | 11,474.88 | | 11,474.88 | STEVEDORING |
| 6/10/04 | 0464036863 | SHAMROCK | 5/14/04 | 27.49 | | 27.49 | WHARFAGE |
| 6/10/04 | 0464036971 | SHAMROCK | 5/31/04 | 18.29 | | 18.29 | TERMINAL CHARGES |
| 6/10/04 | 0464036992 | SHAMROCK | 5/31/04 | 31.70 | | 31.70 | STEVEDORING |
| 6/10/04 | 0464036973 | SHAMROCK | 5/31/04 | 4,545.45 | | 4,545.45 | STEVEDORING |
| 6/15/04 | 0464037064 | SHAMROCK | 6/04/04 | 15,909.08 | | 15,909.08 | STEVEDORING |
| 6/19/04 | 0464037246 | SHAMROCK | 6/04/04 | 18,614.70 | | 18,614.70 | STEVEDORING |
| 6/19/04 | 0464037248 | SHAMROCK | 5/17/04 | 9,090.90 | | 9,090.90 | STEVEDORING |
| 6/21/04 | 0464037252 | SHAMROCK | 6/07/04 | 19,696.95 | | 19,696.95 | STEVEDORING |
| 6/23/04 | 0464037225 | SHAMROCK | 6/11/04 | 15,367.95 | | 15,367.95 | STEVEDORING |
| 6/23/04 | 0464037351 | SHAMROCK | 6/14/04 | 11,471.85 | | 11,471.85 | STEVEDORING |
| 6/25/04 | 0464037442 | SHAMROCK | 6/18/04 | 128.01 | | 128.01 | STEVEDORING |
| 6/25/04 | 0464037443 | SHAMROCK | 6/18/04 | 603.12 | | 603.12 | STEVEDORING |
| 6/25/04 | 0464037444 | SHAMROCK | 6/18/04 | 11,038.95 | | 11,038.95 | STEVEDORING |
| 6/29/04 | 0464037533 | SHAMROCK | 6/21/04 | 6,493.50 | | 6,493.50 | STEVEDORING |
| 6/30/04 | 0464037527 | SHAMROCK | 6/21/04 | 76.65 | | 76.65 | WHARFAGE |
| 6/30/04 | 0464037579 | SHAMROCK | 6/28/04 | 17.72 | | 17.72 | WHARFAGE |
| 6/30/04 | 0464037556 | SHAMROCK | 6/04/04 | 61.70 | | 61.70 | WHARFAGE |
| 7/06/04 | 0464037744 | SHAMROCK | 6/30/04 | 252.48 | | 252.48 | MBUNT/GROUAND |
| 7/05/04 | 0464037768 | SHAMROCK | 6/28/04 | 4,545.45 | | 4,545.45 | STEVEDORING |
| 7/05/04 | 0464037771 | SHAMROCK | 6/25/04 | 327.84 | | 327.84 | STEVEDORING |
| 7/06/04 | 0464037772 | SHAMROCK | 6/25/04 | 19,047.60 | | 19,047.60 | STEVEDORING |
| 7/06/04 | 0464037857 | SHAMROCK | 6/25/04 | 115.83 | | 115.83 | TERMINAL CHARGES |
| 7/12/04 | 0464037971 | SHAMROCK | 7/02/04 | 36.58 | | 36.58 | TERMINAL CHARGES |
| 7/12/04 | 0464037972 | SHAMROCK | 7/02/04 | 63.40 | | 63.40 | STEVEDORING |
| 7/12/04 | 0464037973 | SHAMROCK | 7/02/04 | 10,822.50 | | 10,822.50 | STEVEDORING |
| 7/13/04 | 0464038013 | SHAMROCK | 7/06/04 | 19,047.60 | | 19,047.60 | STEVEDORING |
| 7/16/04 | 0464038200 | SHAMROCK | 7/09/04 | 16.29 | | 16.29 | TERMINAL CHARGES |
| 7/16/04 | 0464038230 | SHAMROCK | 7/09/04 | 31.70 | | 31.70 | STEVEDORING |
| 7/16/04 | 0464038231 | SHAMROCK | 7/09/04 | 8,225.10 | | 8,225.10 | STEVEDORING |
| 7/26/04 | 0464038253 | SHAMROCK | 7/11/04 | 104.58 | | 104.58 | WHARFAGE |
| 7/26/04 | 0464038254 | SHAMROCK | 7/13/04 | 8,874.45 | | 8,874.45 | STEVEDORING |

Continued...

# CERES

Phone : (902) 453-4590
Fax   : (902) 454-4772

CERESCORP COMPANY
4755 BARRINGTON STREET
P. O. BOX 8958
HALIFAX, NS  B3K 5M6

LIFAX        CHICAGO                    BALTIMORE      BROWNSVILLE
MONTREAL     MILWAUKEE                  NEWPORT NEWS   CORPUS CHRISTI
VNCOUVER     DULUTH                     NORFOLK        GALVESTON
RONTO        SUPERIOR                   PORTSMOUTH     HOUSTON
REL          THUNDER BAY                WILMINGTON, N.C. BEAUMONT
DES-RIVIERES TOLEDO/HURON               CHARLESTON     NEW ORLEANS
EBEC         CLEVELAND                  SAVANNAH       GULFPORT
.JOHN, NB                               JACKSONVILLE   MOBILE
                                                       PENSACOLA
                                                       PORT MANATEE
                                                       TAMPA

I. DE CLIENT / CUSTOMER NO.     CLIENT / CUSTOMER

S130          SPM LINE INC.
              P. O. BOX 31 CRO
              HALIFAX   NS   B3J 2L4

## S.V.P. REMETTRE À / PLEASE REMIT TO

| CONDITIONS / TERMS | NO. DE FACTURE / INVOICE NO. | DATE |
|---|---|---|
| NET 30 DAYS | 0464036369 | 5/28/04 |

CERESCORP COMPANY
P. O. BOX 444, STATION K
MONTREAL, QUE H1N 3L4

SAIL Date:  5/14/04

VESSEL . . . :  SHAMROCK          VOYAGE : 477N
LINE VOYAGE #    :    477N        BILLING JOB #:  46400153

| | Quantity | UOM | Rate | Amount |
|---|---|---|---|---|
| Receiving Autos | 2.0000 | UNITS @ | 18.2900 | 36.58 |

HST REG. # R878654961

INVOICE TOTAL: $      36.58

**ORIGINAL INVOICE / FACTURE ORIGINALE**

**CERES**

**FACTURE / INVOICE**

Phone : (902) 453-4590
Fax   : (902) 454-4772

CERESCORP COMPANY
4755 BARRINGTON STREET
P. O. BOX 895B
HALIFAX, NS  B3K 5M6

JFAX      CHICAGO
NTREAL    MILWAUKEE
ICOUVER   DULUTH
IONTO     SUPERIOR
NEL       THUNDER BAY
XS-RIVIERES  TOLEDO\HURON
EBEC      CLEVELAND
JOHN. NB

BALTIMORE    BROWNSVILLE
NEWPORT NEWS  CORPUS CHRISTI
NORFOLK      GALVESTON
PORTSMOUTH   HOUSTON
WILMINGTON, N.C.  BEAUMONT
CHARLESTON   NEW ORLEANS
SAVANNAH     GULFPORT
JACKSONVILLE  MOBILE
             PENSACOLA
             PORT NARARÉE
             TAMPA

. DE CLIENT / CUSTOMER NO.          CLIENT / CUSTOMER

S130          SPM LINE INC.
              P. O. BOX 31 CRO
              HALIFAX  NS  B3J 2L4

### S.V.P. REMETTRE À / PLEASE REMIT TO

| CONDITIONS / TERMS | NO. DE FACTURE / INVOICE NO. | DATE |
|---|---|---|
| NET 30 DAYS | 0464036370 | 5/28/04 |

CERESCORP COMPANY
P. O.  BOX 444, STATION K
MONTREAL, QUE H1N 3L4

VESSEL . . :  SHAMROCK
LINE VOYAGE #   :   477N

                                    SAIL Date:  5/14/04
VOYAGE : 477N
BILLING JOB #:  46400153

                    Quantity   UOM        Rate     Amount

### EXPORT

RORO Autos                  2.0000  UNITS  @     31.7000       63.40
                                                         ---------------
                                         TOTAL EXPORT:        63.40
            HST REG. # R878654961

                                         INVOICE TOTAL: $     63.40

**ORIGINAL INVOICE / FACTURE ORIGINALE**

# CERES

Phone : (902) 453-4590
Fax   : (902) 454-4772

CERESCORP COMPANY
4755 BARRINGTON STREET
P. O. BOX 8958
HALIFAX, NS  B3K 5M6

LIFAX
INTREAL
NCOUVER
RONTO
REL
DIB-RIVIERES
EBEC
.JOHN, NB

CHICAGO
MILWAUKEE
DULUTH
SUPERIOR
THUNDER BAY
TOLEDO/HURON
CLEVELAND

BALTIMORE
NEWPORT NEWS
NORFOLK
PORTSMOUTH
WILMINGTON, N.C.
CHARLESTON
SAVANNAH
JACKSONVILLE

BROWNSVILLE
CORPUS CHRISTI
GALVESTON
HOUSTON
BEAUMONT
NEW ORLEANS
GULFPORT
MOBILE
PENSACOLA
PORT MANATEE
TAMPA

| DE CLIENT / CUSTOMER NO. | CLIENT / CUSTOMER |
| --- | --- |
| S130 | SPM LINE INC.<br>P.O. BOX 31 CRO<br>HALIFAX  NS  B3J 2L4 |

## S.V.P. REMETTRE À / PLEASE REMIT TO

| CONDITIONS / TERMS | NO. DE FACTURE / INVOICE NO. | DATE |
| --- | --- | --- |
| NET 30 DAYS | 0464036372 | 5/28/04 |

CERESCORP COMPANY
P. O.  BOX 444, STATION K
MONTREAL, QUE H1N 3L4

VESSEL . . . :  SHAMROCK
LINE VOYAGE # :    477N

SAIL Date:  5/14/04

VOYAGE : 477N
BILLING JOB #:  46400153

| | Quantity | UOM | | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| **IMPORT** | | | | | |
| LOLO Discharge 20' Full Container | 5.0000 | UNITS | @ | 216.4500 | 1,082.25 |
| LOLO Discharge 40' Full Container | 4.0000 | UNITS | @ | 216.4500 | 865.80 |
| LOLO Discharge 40' Empty Container | 61.0000 | UNITS | @ | 216.4500 | 13,203.45 |
| | | | | TOTAL IMPORT: | 15,151.50 |
| **EXPORT** | | | | | |
| LOLO Load 20' Full Container | 2.0000 | UNITS | @ | 216.4500 | 432.90 |
| | | | | TOTAL EXPORT: | 432.90 |
| LOLO - Restow 20' Container | 1.0000 | UNIT | @ | 324.6800 | 324.68 |
| LOLO - Restow 40' Container | 6.0000 | UNITS | @ | 324.6800 | 1,948.08 |

HST REG. # R878654961

INVOICE TOTAL: $    17,857.16

paid    15,151.50

owing    2,705.66

**ORIGINAL INVOICE / FACTURE ORIGINALE**

# CERES

Phone : (902) 453-4590
Fax   : (902) 454-4772

CERESCORP COMPANY
4755 BARRINGTON STREET
P. O. BOX 8958
HALIFAX, NS  B3K 5M6

| LFAX | CHICAGO |
| INTREAL | MILWAUKEE |
| MOOIURI | DULUTH |
| RONTO | SUPERIOR |
| RIG. | THUNDER BAY |
| DIS-RIVIÈRES | TOLEDO/HURON |
| EBEC | CLEVELAND |
| JOHN, NB | |

BALTIMORE / BROWNSVILLE
NEWPORT NEWS / CORPUS CHRISTI
NORFOLK / GALVESTON
PORTSMOUTH / HOUSTON
WILMINGTON, N.G. / BEAUMONT
CHARLESTON / NEW ORLEANS
SAVANNAH / GULFPORT
JACKSONVILLE / MOBILE
PENSACOLA
PORT MANATEE
TAMPA

. DE CLIENT / CUSTOMER NO.      CLIENT / CUSTOMER

S130          SPM LINE INC.
              P. O. BOX 31 CRO
              HALIFAX  NS   B3J 2L4

## S.V.P. REMETTRE À / PLEASE REMIT TO

| CONDITIONS / TERMS | NO. DE FACTURE / INVOICE NO. | DATE | CERESCORP COMPANY |
|---|---|---|---|
| NET 30 DAYS | 0464036430 | 5/31/04 | P. O.  BOX 444, STATION K MONTREAL,  QUE H1N 3L4 |

SAIL Date:  5/21/04

VESSEL   .   .   :   SHAMROCK              VOYAGE : 478N
LINE VOYAGE #    :     478N               BILLING JOB #:  46400161

| | Quantity | UOM | Rate | Amount |
|---|---|---|---|---|

## IMPORT

| | Quantity | UOM | | Rate | Amount |
|---|---|---|---|---|---|
| LOLO Discharge 20' Empty Container | 4.0000 | UNITS | @ | 216.4500 | 865.80 |
| LOLO Discharge 40' Empty Container | 66.0000 | UNITS | @ | 216.4500 | 14,285.70 |
| | | | TOTAL IMPORT: | | 15,151.50 |

HST REG. # R878654961

INVOICE TOTAL: $     15,151.50

**ORIGINAL INVOICE / FACTURE ORIGINALE**

# CERES

Phone : (902) 453-4590
Fax   : (902) 454-4772

CERESCORP COMPANY
4755 BARRINGTON STREET
P. O. BOX 8958
HALIFAX, NS  B3K 5M6

LIFAX      CHICAGO
XTREAL     MILWAUKEE
NCOUVER    DULUTH
RONTO      SUPERIOR
REL        THUNDER BAY
OIS-RIVIERES  TOLEDO/HURON
EBEC       CLEVELAND
.JOHN, NB

BALTIMORE    BROWNSVILLE
NEWPORT NEWS CORPUS CHRISTI
NORFOLK      GALVESTON
PORTSMOUTH   HOUSTON
WILMINGTON, N.C. BEAUMONT
CHARLESTON   NEW ORLEANS
SAVANNAH     GULFPORT
JACKSONVILLE MOBILE
             PENSACOLA
             PORT MANATEE
             TAMPA

I. DE CLIENT / CUSTOMER NO.        CLIENT / CUSTOMER

S130        SPM LINE INC.
            P. O. BOX 31 CRO
            HALIFAX   NS   B3J 2L4

## S.V.P. REMETTRE À / PLEASE REMIT TO

| CONDITIONS / TERMS | NO. DE FACTURE / INVOICE NO. | DATE |
|---|---|---|
| NET 30 DAYS | 0464036452 | 6/01/04 |

CERESCORP COMPANY
P. O. BOX 444, STATION K
MONTREAL, QUE H1N 3L4

SAIL Date:  5/24/04

VESSEL . . . :   SHAMROCK
LINE VOYAGE #  :    479S

VOYAGE : 479S
BILLING JOB #:  46400165

|  | Quantity | UOM | | Rate | Amount |
|---|---|---|---|---|---|
| **IMPORT** | | | | | |
| LOLO Discharge 20' Empty Container | 2.0000 | UNITS | @ | 216.4500 | 432.90 |
| LOLO Discharge 40' Empty Container | 8.0000 | UNITS | @ | 216.4500 | 1,731.60 |
| | | | | TOTAL IMPORT: | 2,164.50 |
| **EXPORT** | | | | | |
| LOLO Load 20' Full Container | 9.0000 | UNITS | @ | 216.4500 | 1,948.05 |
| LOLO Load 40' Full Container | 39.0000 | UNITS | @ | 216.4500 | 8,441.55 |
| | | | | TOTAL EXPORT: | 10,389.60 |

HST REG. # R878654961

INVOICE TOTAL: $    12,554.10

**ORIGINAL INVOICE / FACTURE ORIGINALE**

**CERES**

Phone : (902) 453-4590
Fax : (902) 454-4772

CERESCORP COMPANY
4755 BARRINGTON STREET
P. O. BOX 8958
HALIFAX, NS B3K 5M6

LFAX · CHICAGO · BALTIMORE · BROWNSVILLE
MTRÉAL · MILWAUKEE · NEWPORT NEWS · CORPUS CHRISTI
NCOUVER · DULUTH · NORFOLK · GALVESTON
RONTO · SUPERIOR · PORTSMOUTH · HOUSTON
REL · THUNDER BAY · WILMINGTON, N.C. · BEAUMONT
DIS-RIVIÈRES · TOLEDO/HURON · CHARLESTON · NEW ORLEANS
EMEC · CLEVELAND · SAVANNAH · GULFPORT
JOHN, NB · JACKSONVILLE · MOBILE
· PENSACOLA
· PORT MANATEE
· TAMPA

. DE CLIENT / CUSTOMER NO.    CLIENT / CUSTOMER

S130          SPM LINE INC.
              P. O. BOX 31 CRO
              HALIFAX   NS   B3J 2L4

## S.V.P. REMETTRE À / PLEASE REMIT TO

| CONDITIONS / TERMS | NO. DE FACTURE / INVOICE NO. | DATE |
|---|---|---|
| NET 30 DAYS | 0464036552 | 6/03/04 |

CERESCORP COMPANY
P. O. BOX 444, STATION K
MONTREAL, QUE H1N 3L4

WORK Date:  5/31/04

|  | Quantity | UOM | Rate | Amount |
|---|---|---|---|---|

Storage charges for empty containers on the terminal during May 2004,
in excess of allowance.

| | Quantity | UOM | Rate | Amount |
|---|---|---|---|---|
| Storage Empty Containers | 66.0000 | DAYS @ | 3.8700 | 255.42 |

HST REG. # R878654961

INVOICE TOTAL:  $        255.42

**ORIGINAL INVOICE / FACTURE ORIGINALE**

# CERES

**FACTURE / INVOICE**

Phone : (902) 453-4590
Fax   : (902) 454-4772

CERESCORP COMPANY
4755 BARRINGTON STREET
P. O. BOX 8958
HALIFAX, NS  B3K 5M6

LFAX        CHICAGO                                          BALTIMORE      BROWNSVILLE
MTREAL      MILWAUKEE                                        NEWPORT NEWS   CORPUS CHRISTI
NCOUVER     DULUTH                                           NORFOLK        GALVESTON
RONTO       SUPERIOR                                         PORTSMOUTH     HOUSTON
REL         THUNDER BAY                                      WILMINGTON, N.C. BEAUMONT
DIS-RIVIERES TOLEDO/HURON                                    CHARLESTON     NEW ORLEANS
EBEC        CLEVELAND                                        SAVANNAH       GULFPORT
JOHN, NB                                                     JACKSONVILLE   MOBILE
                                                                            PENSACOLA
                                                                            PORT MANATEE
                                                                            TAMPA

| DE CLIENT / CUSTOMER NO. | CLIENT / CUSTOMER |
|---|---|
| S130 | SPM LINE INC.<br>P. O. BOX 31 CRO<br>HALIFAX  NS  B3J 2L4 |

## S.V.P. REMETTRE À / PLEASE REMIT TO

CERESCORP COMPANY
P. O.  BOX 444, STATION K
MONTREAL, QUE H1N 3L4

| CONDITIONS / TERMS | NO. DE FACTURE / INVOICE NO. | DATE |
|---|---|---|
| NET 30 DAYS | 0464036720 | 6/04/04 |

SAIL Date:  5/28/04

VESSEL . . . : SHAMROCK                  VOYAGE : 479N
LINE VOYAGE #    :    479N               BILLING JOB #:  46400169

| | Quantity | UOM | Rate | Amount |
|---|---|---|---|---|
| Receiving Autos | 2.0000 | UNITS @ | 18.2900 | 36.58 |

HST REG. # R878654961

INVOICE TOTAL: $        36.58

**ORIGINAL INVOICE / FACTURE ORIGINALE**

# CERES

Phone : (902) 453-4590
Fax   : (902) 454-4772

CERESCORP COMPANY
4755 BARRINGTON STREET
P.O. BOX 9558
HALIFAX, NS  B3K 5M6

LIFAX          CHICAGO                    BALTIMORE        BROWNSVILLE
INTREAL        MILWAUKEE                  NEWPORT NEWS     CORPUS CHRISTI
NCOUVER        DULUTH                     NORFOLK          GALVESTON
RONTO          SUPERIOR                   PORTSMOUTH       HOUSTON
REL            THUNDER BAY                WILMINGTON, N.C. BEAUMONT
DIS-RIVIÈRES   TOLEDO/HURON               CHARLESTON       NEW ORLEANS
EBEC           CLEVELAND                  SAVANNAH         GULFPORT
.JOHN, NB                                 JACKSONVILLE     MOBILE
                                                           PENSACOLA
                                                           PORT MANATEE
                                                           TAMPA

\ DE CLIENT / CUSTOMER NO.     CLIENT / CUSTOMER

S130        SPM LINE INC.
            P.O. BOX 31 CRO
            HALIFAX   NS   B3J 2L4

**S.V.P. REMETTRE A /
PLEASE REMIT TO**

CERESCORP COMPANY
P.O. BOX 444, STATION K
MONTREAL, QUE H1N 3L4

| CONDITIONS / TERMS | NO. DE FACTURE / INVOICE NO. | DATE |
|---|---|---|
| NET 30 DAYS | 0464036721 | 6/04/04 |

SAIL Date:  5/28/04

VESSEL . . . :  SHAMROCK                VOYAGE : 479N
LINE VOYAGE # :    479N                 BILLING JOB #:  46400169

|  | Quantity | UOM | Rate | Amount |
|---|---|---|---|---|

EXPORT

| RORO Autos | 2.0000 | UNITS @ | 31.7000 | 63.40 |

TOTAL EXPORT:        63.40

HST REG. # R878654961

INVOICE TOTAL: $     63.40

**ORIGINAL INVOICE / FACTURE ORIGINALE**

# CERES

Phone : (902) 453-4590
Fax   : (902) 454-4772

CERESCORP COMPANY
4755 BARRINGTON STREET
P. O. BOX 8958
HALIFAX, NS  B3K 5M6

LIFAX          CHICAGO
INTRÉAL        MILWAUKEE
NCOUVER        DULUTH
RONTO          SUPERIOR
REL            THUNDER BAY
OSI-RIVIÈRES   TOURNON/RHON
IÉBEC          CLEVELAND
. JOHN, NB

BALTIMORE      BROWNSVILLE
NEWPORT NEWS   CORPUS CHRISTI
NORFOLK        GALVESTON
PORTSMOUTH     HOUSTON
WILMINGTON, N.C. BEAUMONT
CHARLESTON     NEW ORLEANS
SAVANNAH       GULFPORT
JACKSONVILLE   MOBILE
               PENSACOLA
               PORT MANATEE
               TAMPA

I. DE CLIENT / CUSTOMER NO.    CLIENT / CUSTOMER

S130         SPM LINE INC.
             P. O. BOX 31 CRO
             HALIFAX  NS  B3J 2L4

## S.V.P. REMETTRE À / PLEASE REMIT TO

| CONDITIONS / TERMS | NO. DE FACTURE / INVOICE NO. | DATE |
|---|---|---|
| NET 30 DAYS | 0464036722 | 6/04/04 |

CERESCORP COMPANY
P. O. BOX 444, STATION K
MONTREAL, QUE H1N 3L4

SAIL Date:  5/28/04
VESSEL . . . :  SHAMROCK                  VOYAGE : 479N
LINE VOYAGE #   :   479N                  BILLING JOB #:  46400169

| | Quantity | UOM | | Rate | Amount |
|---|---|---|---|---|---|
| **IMPORT** | | | | | |
| LOLO Discharge 20' Empty Container | 1.0000 | UNIT | @ | 216.4500 | 216.45 |
| LOLO Discharge 40' Empty Container | 41.0000 | UNITS | @ | 216.4500 | 8,874.45 |
| | | | TOTAL IMPORT: | | 9,090.90 |
| **EXPORT** | | | | | |
| LOLO Load 20' Full Container | 2.0000 | UNITS | @ | 216.4500 | 432.90 |
| | | | TOTAL EXPORT: | | 432.90 |
| LOLO — Restow 40' Container | 6.0000 | UNITS | @ | 324.6800 | 1,948.08 |

HST REG. # R878654961

INVOICE TOTAL: $   11,471.88

**ORIGINAL INVOICE / FACTURE ORIGINALE**

**≦ CERES**

Phone : (902) 453-4590
Fax   : (902) 454-4772

CERESCORP COMPANY
4755 BARRINGTON STREET
P. O. BOX 8958
HALIFAX, NS  B3K 5M6

| LIFAX | CHICAGO | | BALTIMORE | BROWNSVILLE |
|---|---|---|---|---|
| NTREAL | MILWAUKEE | | NEWPORT NEWS | CORPUS CHRISTI |
| NCOUVER | DULUTH | | NORFOLK | GALVESTON |
| RONTO | SUPERIOR | | PORTSMOUTH | HOUSTON |
| REL | THUNDER BAY | | WILMINGTON, N.C. | BEAUMONT |
| DS-RIVIERES | TOLEDO/MARION | | CHARLESTON | NEW ORLEANS |
| EBEC | CLEVELAND | | SAVANNAH | GULFPORT |
| JOHN, NB | | | JACKSONVILLE | MOBILE |
| | | | | PENSACOLA |
| | | | | PORT MANATEE |
| | | | | TAMPA |

. DE CLIENT / CUSTOMER NO.          CLIENT / CUSTOMER

S130          SPM LINE INC.
              P. O. BOX 31 CRO
              HALIFAX  NS  B3J 2L4

## S.V.P. REMETTRE A / PLEASE REMIT TO

| CONDITIONS / TERMS | NO. DE FACTURE / INVOICE NO. | DATE | |
|---|---|---|---|
| NET 30 DAYS | 0464036863 | 6/10/04 | CERESCORP COMPANY<br>P. O. BOX 444, STATION K<br>MONTREAL, QUE H1N 3L4 |

SAIL Date:  5/14/04

VESSEL   :   SHAMROCK              VOYAGE : 477N
LINE VOYAGE #   :    477N          BILLING JOB #:  46400153

|  | Quantity | UOM | Rate | Amount |
|---|---|---|---|---|

EXPORT

| | Quantity | UOM | Rate | Amount |
|---|---|---|---|---|
| Hfx Wharfage - Minimum Charge | 1.0000 | UNIT @ | 27.4900 | 27.49 |

TOTAL EXPORT:          27.49

HST REG. # R878654961

INVOICE TOTAL: $     27.49

**ORIGINAL INVOICE / FACTURE ORIGINALE**

**CERES**

Phone : (902) 453-4590
Fax   : (902) 454-4772

CERESCORP COMPANY
4755 BARRINGTON STREET
P. O. BOX 8958
HALIFAX, NS  B3K 5M6

LIFAX        CHICAGO
)NTREAL      MILWAUKEE
NCOUVER      DULUTH
RONTO        SUPERIOR
REL          THUNDER BAY
OIS-RIVIÈRES TOLEDO/HURON
IÉBEC        CLEVELAND
. JOHN, NB

BALTIMORE    BROWNSVILLE
NEWPORT NEWS CORPUS CHRISTI
NORFOLK      GALVESTON
PORTSMOUTH   HOUSTON
WILMINGTON, N.C. BEAUMONT
CHARLESTON   NEW ORLEANS
SAVANNAH     GULFPORT
JACKSONVILLE MOBILE
             PENSACOLA
             PORT MANATEE
             TAMPA

I. OS CLIENT / CUSTOMER NO.    CLIENT / CUSTOMER

S130        SPM LINE INC.
            P. O. BOX 31 CRO
            HALIFAX  NS  B3J 2L4

## S.V.P. REMETTRE A / PLEASE REMIT TO

| CONDITIONS / TERMS | NO. DE FACTURE / INVOICE NO. | DATE |
|---|---|---|
| NET 30 DAYS | 0464036991 | 6/10/04 |

CERESCORP COMPANY
P. O. BOX 444, STATION K
MONTREAL, QUE H1N 3L4

SAIL Date:  5/31/04

VESSEL . . . :  SHAMROCK                VOYAGE :  4805
LINE VOYAGE #    :    4805              BILLING JOB #:   46400174

| | Quantity | UOM | Rate | Amount |
|---|---|---|---|---|
| Delivering Autos | 1.0000 | UNIT @ | 18.2900 | 18.29 |

HST REG. # R879654961

INVOICE TOTAL: $      18.29

**ORIGINAL INVOICE / FACTURE ORIGINALE**

**CERES**

Phone : (902) 453-4590
Fax   : (902) 454-4772

CERESCORP COMPANY
475S BARRINGTON STREET
P. O. BOX 8958
HALIFAX, NS  B3K 5M6

| | |
|---|---|
| 1.FAX | CHICAGO |
| 1NTREAL | MILWAUKEE |
| NOOWER | DULUTH |
| RONTO | SUPERIOR |
| REL | THUNDER BAY |
| DES-RIVIÈRES | TOLEDO HURON |
| EBEC | CLEVELAND |
| JOHN, NB | |

| | |
|---|---|
| BALTIMORE | BROWNSVILLE |
| NEWPORT NEWS | CORPUS CHRISTI |
| NORFOLK | GALVESTON |
| PORTSMOUTH | HOUSTON |
| WILMINGTON, N.C. | BEAUMONT |
| CHARLESTON | NEW ORLEANS |
| SAVANNAH | GULFPORT |
| JACKSONVILLE | MOBILE |
| | PENSACOLA |
| | PORT MANATEE |
| | TAMPA |

L DE CLIENT / CUSTOMER NO.     CLIENT / CUSTOMER

S130        SPM LINE INC.
            P. O. BOX 31 CRO
            HALIFAX  NS  B3J 2L4

## S.V.P. REMETTRE À / PLEASE REMIT TO

| CONDITIONS / TERMS | NO. DE FACTURE / INVOICE NO. | DATE |
|---|---|---|
| NET 30 DAYS | 0464036992 | 6/10/04 |

CERESCORP COMPANY
P. O. BOX 444, STATION K
MONTREAL, QUE H1N 3L4

                                                SAIL Date:  5/31/04
VESSEL . . :  SHAMROCK                VOYAGE : 480S
LINE VOYAGE # :    480S               BILLING JOB #:  46400174

| | Quantity | UOM | Rate | Amount |
|---|---|---|---|---|

## IMPORT

| | Quantity | UOM | | Rate | Amount |
|---|---|---|---|---|---|
| RORO Autos | 1.0000 | UNIT | @ | 31.7000 | 31.70 |

                              TOTAL IMPORT:        31.70
          HST REG. # R878654961

                              INVOICE TOTAL: $     31.70

**ORIGINAL INVOICE / FACTURE ORIGINALE**

**≡ CERES**

Phone : (902) 453-4590
Fax   : (902) 454-4772

CERESCORP COMPANY
4755 BARRINGTON STREET
P.O. BOX 8958
HALIFAX, NS  B3K 5M6

IUFAX      CHICAGO
ONTREAL    MILWAUKEE
ANCOUVER   DULUTH
IRONTO     SUPERIOR
MEL        THUNDER BAY
IOIS-RIVIERES  TOLEDO,MUSKON
JSSBO      CLEVELAND
. JOHN, NB

BALTIMORE      BROWNSVILLE
NEWPORT NEWS   CORPUS CHRISTI
NORFOLK        GALVESTON
PORTSMOUTH     HOUSTON
WILMINGTON, N.C.  BEAUMONT
CHARLESTON     NEW ORLEANS
SAVANNAH       GULFPORT
JACKSONVILLE   MOBILE
               PENSACOLA
               PORT MANATEE
               TAMPA

). DE CLIENT / CUSTOMER NO.       CLIENT / CUSTOMER

S130        SPM LINE INC.
            P.O. BOX 31 CRO
            HALIFAX  NS  B3J 2L4

**S.V.P. REMETTRE À /
PLEASE REMIT TO**

| CONDITIONS / TERMS | NO. DE FACTURE / INVOICE NO. | DATE | |
|---|---|---|---|
| NET 30 DAYS | 0464036993 | 6/10/04 | CERESCORP COMPANY<br>P.O. BOX 444, STATION K<br>MONTREAL, QUE H1N 3L4 |

SAIL Date: 5/31/04
VESSEL . . . :   SHAMROCK            VOYAGE : 480S
LINE VOYAGE #  :     480S            BILLING JOB #:  46400174

|  | Quantity | UOM | | Rate | Amount |
|---|---|---|---|---|---|

EXPORT

| | Quantity | UOM | | Rate | Amount |
|---|---|---|---|---|---|
| LOLO Load 20' Full Container | 1.0000 | UNIT | @ | 216.4500 | 216.45 |
| LOLO Load 40' Full Container | 20.0000 | UNITS | @ | 216.4500 | 4,329.00 |

TOTAL EXPORT:       4,545.45

HST REG. # R878654961

INVOICE TOTAL: $     4,545.45

**ORIGINAL INVOICE / FACTURE ORIGINALE**

**CERES**

Phone : (902) 453-4590
Fax   : (902) 454-4772

CERESCORP COMPANY
4755 BARRINGTON STREET
P. O. BOX 8958
HALIFAX, NS  B3K 5M6

I. DE CLIENT / CUSTOMER NO.     CLIENT / CUSTOMER

S130        SPM LINE INC.
            P.O. BOX 31 CRO
            HALIFAX  NS   B3J 2L4

## S.V.P. REMETTRE A / PLEASE REMIT TO

| CONDITIONS / TERMS | NO. DE FACTURE / INVOICE NO. | DATE |
|---|---|---|
| NET 30 DAYS | 0464037064 | 6/15/04 |

CERESCORP COMPANY
P. O. BOX 444, STATION K
MONTREAL, QUE H1N 3L4

SAIL Date:  6/04/04

VESSEL . . . :  SHAMROCK                 VOYAGE : 480N
LINE VOYAGE #   :   480N                 BILLING JOB #:  46400177

| | Quantity | UOM | | Rate | Amount |
|---|---|---|---|---|---|
| **IMPORT** | | | | | |
| LOLO Discharge 20' Full Container | 1.0000 | UNIT | @ | 216.4500 | 216.45 |
| LOLO Discharge 20' Empty Container | 9.0000 | UNITS | @ | 216.4500 | 1,948.05 |
| LOLO Discharge 40' Empty Container | 52.0000 | UNITS | @ | 216.4500 | 11,255.40 |
| LOLO Discharge 40' Full Container | 3.0000 | UNITS | @ | 216.4500 | 649.35 |
| | | | | TOTAL IMPORT: | 14,069.25 |
| **EXPORT** | | | | | |
| LOLO Load 40' Full Container | 7.0000 | UNITS | @ | 216.4500 | 1,515.15 |
| | | | | TOTAL EXPORT: | 1,515.15 |
| LOLO - Restow 40' Container | 1.0000 | UNIT | @ | 324.6800 | 324.68 |

HST REG. # R878654961

INVOICE TOTAL: $     15,909.08

**ORIGINAL INVOICE / FACTURE ORIGINALE**

**≡ CERES**

Phone : (902) 453-4590
Fax   : (902) 454-4772

CERESCORP COMPANY
4755 BARRINGTON STREET
P. O. BOX 8958
HALIFAX, NS  B3K 5M6

| | |
|---|---|
| HFAX | CHICAGO |
| MTREAL | MILWAUKEE |
| NOOUVER | DULUTH |
| IRONTO | SUPERIOR |
| NEL | THUNDER BAY |
| IOIS-RIVIERES | TOLEDO/HURON |
| JEBEC | CLEVELAND |
| . JOHN, NB | |

BALTIMORE / BROWNSVILLE / NEWPORT NEWS / CORPUS CHRISTI / NORFOLK / GALVESTON / PORTSMOUTH / HOUSTON / WILMINGTON, N.C. / BEAUMONT / CHARLESTON / NEW ORLEANS / SAVANNAH / GULFPORT / JACKSONVILLE / MOBILE / PENSACOLA / PORT MANATEE / TAMPA

). DE CLIENT / CUSTOMER NO.      CLIENT / CUSTOMER

S130        SPM LINE INC.
            P. O. BOX 31 CRO
            HALIFAX  NS  B3J 2L4

## S.V.P. REMETTRE À / PLEASE REMIT TO

CERESCORP COMPANY
P. O. BOX 444, STATION K
MONTREAL, QUE H1N 3L4

| CONDITIONS / TERMS | NO. DE FACTURE / INVOICE NO. | DATE |
|---|---|---|
| NET 30 DAYS | 0464037246 | 6/18/04 |

SAIL Date:  4/24/04

VESSEL . . . :  SHAMROCK              VOYAGE : 474N
LINE VOYAGE #    :    474N           BILLING JOB #:  46400129

| | Quantity | UOM | | Rate | Amount |
|---|---|---|---|---|---|
| **IMPORT** | | | | | |
| LOLO Discharge 20' Full Container | 1.0000 | UNIT | @ | 216.4500 | 216.45 |
| LOLO Discharge 20' Empty Container | 8.0000 | UNIT | @ | 216.4500 | 1,731.60 |
| LOLO Discharge 40' Full Container | 1.0000 | UNIT | @ | 216.4500 | 216.45 |
| LOLO Discharge 40' Empty Container | 75.0000 | UNITS | @ | 216.4500 | 16,233.75 |
| | | | | TOTAL IMPORT: | 18,398.25 |
| **EXPORT** | | | | | |
| LOLO Load 20' Full Container | 1.0000 | UNIT | @ | 216.4500 | 216.45 |
| | | | | TOTAL EXPORT: | 216.45 |

HST REG. # R878654961

INVOICE TOTAL: $    18,614.70

**ORIGINAL INVOICE / FACTURE ORIGINALE**

# CERES

Phone : (902) 453-4590
Fax   : (902) 454-4772

CERESCORP COMPANY
4755 BARRINGTON STREET
P.O. BOX 8958
HALIFAX, NS  B3K 5M6

UFAX      CHICAGO
NTREAL    MILWAUKEE
#COUVER   DULUTH
RONTO     SUPERIOR
BEL       THUNDER BAY
DES-RIVIÈRES  TOLEDO/HURON
ÉBEC      CLEVELAND
JOHN, NB

BALTIMORE     BROWNSVILLE
NEWPORT NEWS  CORPUS CHRISTI
NORFOLK       GALVESTON
PORTSMOUTH    HOUSTON
WILMINGTON, N.C.  BEAUMONT
CHARLESTON    NEW ORLEANS
SAVANNAH      GULFPORT
JACKSONVILLE  MOBILE
              PENSACOLA
              PORT MANATEE
              TAMPA

| . DE CLIENT / CUSTOMER NO. | CLIENT / CUSTOMER |
|---|---|
| S130 | SPM LINE INC.<br>P.O. BOX 31 CRO<br>HALIFAX  NS  B3J 2L4 |

## S.V.P. REMETTRE A / PLEASE REMIT TO

CERESCORP COMPANY
P.O. BOX 444, STATION K
MONTREAL, QUE H1N 3L4

| CONDITIONS / TERMS | NO. DE FACTURE / INVOICE NO. | DATE |
|---|---|---|
| NET 30 DAYS | 0464037248 | 6/18/04 |

SAIL Date:  5/17/04

VESSEL . . :    SHAMROCK                    VOYAGE : 478S
LINE VOYAGE #  :    478S                    BILLING JOB #:  46400158

|  | Quantity | UOM | Rate | Amount |
|---|---|---|---|---|
| **IMPORT** | | | | |
| LOLO Discharge 40' Empty Container | 4.0000 | UNITS @ | 216.4500 | 865.80 |
|  | | | TOTAL IMPORT: | 865.80 |
| **EXPORT** | | | | |
| LOLO Load 20' Full Container | 12.0000 | UNITS @ | 216.4500 | 2,597.40 |
| LOLO Load 40' Full Container | 26.0000 | UNITS @ | 216.4500 | 5,627.70 |
|  | | | TOTAL EXPORT: | 8,225.10 |

HST REG. # R878654961

INVOICE TOTAL: $    9,090.90

**ORIGINAL INVOICE / FACTURE ORIGINALE**

**FACTURE / INVOICE**

# CERES

Phone : (902) 453-4590
Fax   : (902) 454-4772

CERESCORP COMPANY
4755 BARRINGTON STREET
P. O. BOX 9958
HALIFAX, NS   B3K 5M6

LFAX        CHICAGO                                                    BALTIMORE      BROWNSVILLE
NTREAL      MILWAUKEE                                                  NEWPORT NEWS   CORPUS CHRISTI
NCOUVER     DULUTH                                                     NORFOLK        GALVESTON
RONTO       SUPERIOR                                                   PORTSMOUTH     HOUSTON
IREL        THUNDER BAY                                                WILMINGTON, N.C. BEAUMONT
OIS-RIVIÈRES TOLEDO/HURON                                              CHARLESTON     NEW ORLEANS
IEBEC       CLEVELAND                                                  SAVANNAH       GULFPORT
. JOHN, NB                                                             JACKSONVILLE   MOBILE
                                                                                      PENSACOLA
                                                                                      PORT MANATEE
                                                                                      TAMPA

N. DE CLIENT / CUSTOMER NO.      CLIENT / CUSTOMER

S130          SPM LINE INC.
              P. O. BOX 31 CRO
              HALIFAX   NS   B3J 2L4

| | |
|---|---|
| **S.V.P. REMETTRE A / PLEASE REMIT TO** | |

| CONDITIONS / TERMS | NO. DE FACTURE / INVOICE NO. | DATE | CERESCORP COMPANY |
|---|---|---|---|
| NET 30 DAYS | 0464037252 | 6/21/04 | P. O. BOX 444, STATION K MONTREAL, QUE H1N 3L4 |

SAIL Date:  6/07/04

VESSEL . . . :   SHAMROCK              VOYAGE : 481S
LINE VOYAGE #   :    481S             BILLING JOB #:  46400182

| | Quantity | UOM | | Rate | Amount |
|---|---|---|---|---|---|
| **EXPORT** | | | | | |
| LOLO Load 20' Full Container | 8.0000 | UNITS | @ | 216.4500 | 1,731.60 |
| LOLO Load 40' Full Container | 83.0000 | UNITS | @ | 216.4500 | 17,965.35 |
| | | | TOTAL EXPORT: | | 19,696.95 |

HST REG. # R878654961

INVOICE TOTAL: $    19,696.95

**ORIGINAL INVOICE / FACTURE ORIGINALE**

**CERES**

Phone : (902) 453-4590
Fax   : (902) 454-4772

CERESCORP COMPANY
4755 BARRINGTON STREET
P. O. BOX 8958
HALIFAX, NS  B3K 5M6

LIFAX  CHICAGO
MTREAL  MILWAUKEE
NCOOVER  DULUTH
RONTO  SUPERIOR
REL  THUNDER BAY
DS-RIVIERES  TOLEDO-NUFON
IEMEC  CLEVELAND
, JOHN, NB

BALTMORE  BROWNSVILLE
NEWPORT NEWS  CORPUS CHRISTI
NORFOLK  GALVESTON
PORTSMOUTH  HOUSTON
WILMINGTON, N.C.  BEAUMONT
CHARLESTON  NEW ORLEANS
SAVANNAH  GULFPORT
JACKSONVILLE  MOBILE
PENSACOLA
PORT MANATEE
TAMPA

L DE CLIENT / CUSTOMER NO.      CLIENT / CUSTOMER

S130         SPM LINE INC.
             P. O. BOX 31 CRO
             HALIFAX  NS  B3J 2L4

## S.V.P. REMETTRE A / PLEASE REMIT TO

| CONDITIONS / TERMS | NO. DE FACTURE / INVOICE NO. | DATE |
|---|---|---|
| NET 30 DAYS | 0464037275 | 6/23/04 |

CERESCORP COMPANY
P. O. BOX 444, STATION K
MONTREAL, QUE H1N 3L4

SAIL Date:  6/11/04

VESSEL . . :  SHAMROCK                VOYAGE : 481N
LINE VOYAGE # :    481N               BILLING JOB #:  46400186

| | Quantity | UOM | | Rate | Amount |
|---|---|---|---|---|---|
| **IMPORT** | | | | | |
| LOLO Discharge 20' Full Container | 1.0000 | UNIT | @ | 216.4500 | 216.45 |
| LOLO Discharge 20' Empty Container | 3.0000 | UNITS | @ | 216.4500 | 649.35 |
| LOLO Discharge 40' Full Container | 2.0000 | UNITS | @ | 216.4500 | 432.90 |
| LOLO Discharge 40' Empty Container | 61.0000 | UNITS | @ | 216.4500 | 13,203.45 |
| | | | TOTAL IMPORT: | | 14,502.15 |
| **EXPORT** | | | | | |
| LOLO Load 20' Full Container | 1.0000 | UNIT | @ | 216.4500 | 216.45 |
| LOLO Load 40' Full Container | 3.0000 | UNITS | @ | 216.4500 | 649.35 |
| | | | TOTAL EXPORT: | | 865.80 |

HST REG. # R878654961

INVOICE TOTAL: $    15,367.95

## ORIGINAL INVOICE / FACTURE ORIGINALE

**CERES**

Phone : (902) 453-4590
Fax   : (902) 454-4772

CERESCORP COMPANY
4755 BARRINGTON STREET
P. O. BOX 8958
HALIFAX, NS  B3K 5M6

| | |
|---|---|
| LIPAY | CHICAGO |
| 2NTREAL | MILWAUKEE |
| NCOUVER | DULUTH |
| RONTO | SUPERIOR |
| REL | THUNDER BAY |
| OIS-RIVIÈRES | TOLEDO/HURON |
| EBEC | CLEVELAND |
| JOHN, NB | |

| | |
|---|---|
| BALTIMORE | BROWNSVILLE |
| NEWPORT NEWS | CORPUS CHRISTI |
| NORFOLK | GALVESTON |
| PORTSMOUTH | HOUSTON |
| WILMINGTON, N.C. | BEAUMONT |
| CHARLESTON | NEW ORLEANS |
| SAVANNAH | GULFPORT |
| JACKSONVILLE | MOBILE |
| | PENSACOLA |
| | PORT MANATEE |
| | TAMPA |

I. DE CLIENT / CUSTOMER NO.      CLIENT / CUSTOMER

S130        SPM LINE INC.
            P. O. BOX 31 CRO
            HALIFAX  NS  B3J 2L4

### S.V.P. REMETTRE À / PLEASE REMIT TO

CERESCORP COMPANY
P. O. BOX 444, STATION K
MONTREAL, QUE H1N 3L4

| CONDITIONS / TERMS | NO. DE FACTURE / INVOICE NO. | DATE |
|---|---|---|
| NET 30 DAYS | 0464037351 | 6/23/04 |

SAIL Date:  6/14/04

VESSEL . . . :  SHAMROCK              VOYAGE : 482S
LINE VOYAGE #  :    482S              BILLING JOB #:  46400190

| | Quantity | UOM | | Rate | Amount |
|---|---|---|---|---|---|
| **IMPORT** | | | | | |
| LOLO Discharge 20' Empty Container | 1.0000 | UNIT | @ | 216.4500 | 216.45 |
| | | | TOTAL IMPORT: | | 216.45 |
| **EXPORT** | | | | | |
| LOLO Load 20' Full Container | 4.0000 | UNITS | @ | 216.4500 | 865.80 |
| LOLO Load 40' Full Container | 48.0000 | UNITS | @ | 216.4500 | 10,389.60 |
| | | | TOTAL EXPORT: | | 11,255.40 |

HST REG. # R878654961

INVOICE TOTAL: $        11,471.85

**ORIGINAL INVOICE / FACTURE ORIGINALE**

**CERES**

Phone : (902) 453-4590
Fax   : (902) 454-4772

CERESCORP COMPANY
4755 BARRINGTON STREET
P. O. BOX 8958
HALIFAX, NS   B3K 5M6

LIFAX          CHICAGO
INTREAL        MILWAUKEE
NCOUVER        DULUTH
RONTO          SUPERIOR
REL            THUNDER BAY
OER-RIVIERES   TOLEDO/HURON
EBEC           CLEVELAND
.JOHN, NB

BALTIMORE        BROWNSVILLE
NEWPORT NEWS     CORPUS CHRISTI
NORFOLK          GALVESTON
PORTSMOUTH       HOUSTON
WILMINGTON, N.C. BEAUMONT
CHARLESTON       NEW ORLEANS
SAVANNAH         GULFPORT
JACKSONVILLE     MOBILE
                 PENSACOLA
                 PORT MANATEE
                 TAMPA

L DE CLIENT / CUSTOMER NO.    CLIENT / CUSTOMER

S130          SPM LINE INC.
              P. O. BOX 31 CRO
              HALIFAX   NS   B3J 2L4

## S.V.P. REMETTRE À / PLEASE REMIT TO

CERESCORP COMPANY
P. O. BOX 444, STATION K
MONTREAL, QUE H1N 3L4

| CONDITIONS / TERMS | NO. DE FACTURE / INVOICE NO. | DATE |
|---|---|---|
| NET 30 DAYS | 0464037442 | 6/25/04 |

SAIL Date:  6/18/04

VESSEL . . . :   SHAMROCK               VOYAGE : 482N
LINE VOYAGE # :   006N                  BILLING JOB #:  46400194

|  | Quantity | UOM |  | Rate | Amount |
|---|---|---|---|---|---|
| Receiving Autos | 3.0000 | UNITS | @ | 18.2900 | 54.87 |
| Receiving Road Trailers | 3.0000 | UNITS | @ | 24.3800 | 73.14 |

HST REG. # RB78654961

INVOICE TOTAL: $        128.01

**ORIGINAL INVOICE / FACTURE ORIGINALE**

## CERES

Phone : (902) 453-4590
Fax   : (902) 454-4772

CERESCORP COMPANY
4755 BARRINGTON STREET
P. O. BOX 8958
HALIFAX, NS   B3K 5M6

LIFAX  CHICAGO
INTREAL  MILWAUKEE
NCOUVER  DULUTH
RONTO  SUPERIOR
REL  THUNDER BAY
CIBRIVIERES  TOLEDO/HURON
IEBEC  CLEVELAND
. JOHN, NB

BALTIMORE  BROWNSVILLE
NEWPORT NEWS  CORPUS CHRISTI
NORFOLK  GALVESTON
PORTSMOUTH  HOUSTON
WILMINGTON, N.C.  BEAUMONT
CHARLESTON  NEW ORLEANS
SAVANNAH  GULFPORT
JACKSONVILLE  MOBILE
PENSACOLA
PORT MANATEE
TAMPA

I. DE CLIENT / CUSTOMER NO.      CLIENT / CUSTOMER

S130         SPM LINE INC.
             P. O. BOX 31 CRO
             HALIFAX   NS   B3J 2L4

### S.V.P. REMETTRE À / PLEASE REMIT TO

| CONDITIONS / TERMS | NO. DE FACTURE / INVOICE NO. | DATE |
|---|---|---|
| NET 30 DAYS | 0464037443 | 6/25/04 |

CERESCORP COMPANY
P. O. BOX 444, STATION K
MONTREAL, QUE H1N 3L4

VESSEL . . . :   SHAMROCK
LINE VOYAGE #  :    006N

VOYAGE : 482N
BILLING JOB #:   46400194

SAIL Date:  6/18/04

| | Quantity | UOM | | Rate | Amount |
|---|---|---|---|---|---|
| EXPORT | | | | | |
| RORO Autos | 3.0000 | UNITS | @ | 31.7000 | 95.10 |
| RORO - Standard Road Trailers | 3.0000 | UNITS | @ | 169.3400 | 508.02 |
| | | | | TOTAL EXPORT: | 603.12 |

HST REG. # R878654961

INVOICE TOTAL: $   603.12

**ORIGINAL INVOICE / FACTURE ORIGINALE**

# CERES

Phone : (902) 453-4590
Fax   : (902) 454-4772

CERESCORP COMPANY
4755 BARRINGTON STREET
P. O. BOX 8958
HALIFAX, NS  B3K 5M6

LIFAX          CHICAGO
MTREAL         MILWAUKEE
NOOUVER        DULUTH
RONTO          SUPERIOR
GEL            THUNDER BAY
OSHAWENES      TOLEDO/HURON
EBEC           CLEVELAND
.JOHN, NB

BALTIMORE      BROWNSVILLE
NEWPORT NEWS   CORPUS CHRISTI
NORFOLK        GALVESTON
PORTSMOUTH     HOUSTON
WILMINGTON, N.C.  BEAUMONT
CHARLESTON     NEW ORLEANS
SAVANNAH       GULFPORT
JACKSONVILLE   MOBILE
               PENSACOLA
               PORT MANATEE
               TAMPA

**I. DE CLIENT / CUSTOMER NO.**    **CLIENT / CUSTOMER**

5130          SPM LINE INC.
              P. O. BOX 31 CRO
              HALIFAX   NS   B3J 2L4

## S.V.P. REMETTRE À / PLEASE REMIT TO

CERESCORP COMPANY
P. O.  BOX 444, STATION K
MONTREAL, QUE H1N 3L4

| CONDITIONS / TERMS | NO. DE FACTURE / INVOICE NO. | DATE |
|---|---|---|
| NET 30 DAYS | 0464037444 | 6/25/04 |

SAIL Date:  6/18/04

VESSEL . . . :   SHAMROCK            VOYAGE : 482N
LINE VOYAGE #  :    006N            BILLING JOB #:  46400194

| | Quantity | UOM | | Rate | Amount |
|---|---|---|---|---|---|
| **IMPORT** | | | | | |
| LOLO Discharge 20' Empty Container | 2.0000 | UNITS | @ | 216.4500 | 432.90 |
| LOLO Discharge 40' Full Container | 5.0000 | UNITS | @ | 216.4500 | 1,082.25 |
| LOLO Discharge 40' Empty Container | 36.0000 | UNITS | @ | 216.4500 | 7,792.20 |
| | | | | TOTAL IMPORT: | 9,307.35 |
| **EXPORT** | | | | | |
| LOLO Load 40' Full Container | 6.0000 | UNITS | @ | 216.4500 | 1,298.70 |
| LOLO Load 40' Non-Std Container | 1.0000 | UNIT | @ | 432.9000 | 432.90 |
| | | | | TOTAL EXPORT: | 1,731.60 |

HST REG. # R878654961

INVOICE TOTAL: $    11,038.95

**ORIGINAL INVOICE / FACTURE ORIGINALE**

**CERES**

Phone : (902) 453-4590
Fax   : (902) 454-4772

CERESCORP COMPANY
4755 BARRINGTON STREET
P. O. BOX 8958
HALIFAX, NS  B3K 5M6

HALIFAX  CHICAGO
MONTREAL  MILWAUKEE
VANCOUVER  DULUTH
TORONTO  SUPERIOR
SOREL  THUNDER BAY
TROIS-RIVIÈRES  TOLEDO/HURON
QUEBEC  CLEVELAND
ST.JOHN, NB

BALTIMORE  BROWNSVILLE
NEWPORT NEWS  CORPUS CHRISTI
NORFOLK  GALVESTON
PORTSMOUTH  HOUSTON
WILMINGTON, N.C.  BEAUMONT
CHARLESTON  NEW ORLEANS
SAVANNAH  GULFPORT
JACKSONVILLE  MOBILE
PENSACOLA
PORT MANATEE
TAMPA

I. DE CLIENT / CUSTOMER NO.        CLIENT / CUSTOMER

S130          SPM LINE INC.
              P. O. BOX 31 CRO
              HALIFAX  NS  B3J 2L4

### S.V.P. REMETTRE À / PLEASE REMIT TO

| CONDITIONS / TERMS | NO. DE FACTURE / INVOICE NO. | DATE |
|---|---|---|
| NET 30 DAYS | 0464037533 | 6/29/04 |

CERESCORP COMPANY
P. O.  BOX 444, STATION K
MONTREAL,  QUE H1N 3L4

SAIL Date:  6/21/04

VESSEL . . . :    SHAMROCK              VOYAGE : 483S
LINE VOYAGE #   :    483S               BILLING JOB #:  46400199

|  | Quantity | UDM | Rate | Amount |
|---|---|---|---|---|
| **IMPORT** | | | | |
| LOLO Discharge 20' Empty Container | 4.0000 | UNITS @ | 216.4500 | 865.80 |
| TOTAL IMPORT: | | | | 865.80 |
| **EXPORT** | | | | |
| LOLO Load 20' Full Container | 2.0000 | UNITS @ | 216.4500 | 432.90 |
| LOLO Load 40' Full Container | 24.0000 | UNITS @ | 216.4500 | 5,194.80 |
| TOTAL EXPORT: | | | | 5,627.70 |

HST REG. # R878654961

INVOICE TOTAL: $    6,493.50

**ORIGINAL INVOICE / FACTURE ORIGINALE**

**CERES**

Phone : (902) 453-4590
Fax   : (902) 454-4772

CERESCORP COMPANY
4755 BARRINGTON STREET
P. O. BOX 8958
HALIFAX, NS  B3K 5M6

LIFAX      CHICAGO
NTREAL     MILWAUKEE
NDOUVER    DULUTH
RONTO      SUPERIOR
REL        THUNDER BAY
OB-RIVIERES TOLEDO/HURON
EBEC       CLEVELAND
JOHN, NB

BALTIMORE    BROWNSVILLE
NEWPORT NEWS CORPUS CHRISTI
NORFOLK      GALVESTON
PORTSMOUTH   HOUSTON
WILMINGTON, N.C. BEAUMONT
CHARLESTON   NEW ORLEANS
SAVANNAH     GULFPORT
JACKSONVILLE MOBILE
             PENSACOLA
             PORT MANATEE
             TAMPA

\ OE CLIENT / CUSTOMER NO.     CLIENT / CUSTOMER

S130      SPM LINE INC.
          P.O. BOX 31 CRO
          HALIFAX  NS  B3J 2L4

# S.V.P. REMETTRE À / PLEASE REMIT TO

| CONDITIONS / TERMS | NO. DE FACTURE / INVOICE NO. | DATE |
|---|---|---|
| NET 30 DAYS | 0464037562 | 6/30/04 |

CERESCORP COMPANY
P. O. BOX 444, STATION K
MONTREAL, QUE H1N 3L4

SAIL Date:  5/21/04

VESSEL . . . :  SHAMROCK           VOYAGE : 478N
LINE VOYAGE #     :    478N        BILLING JOB #:  46400161

| | Quantity | UOM | Rate | Amount |
|---|---|---|---|---|

## EXPORT

| | Quantity | UOM | Rate | Amount |
|---|---|---|---|---|
| Hfx Roro Whf - Gen Goods | 26.0000 | MT | @  2.9480 | 76.65 |

TOTAL EXPORT: 76.65

HST REG. # R878654961

INVOICE TOTAL: $ 76.65

**ORIGINAL INVOICE / FACTURE ORIGINALE**

**CERES**

Phone : (902) 453-4590
Fax   : (902) 454-4772

CERESCORP COMPANY
4755 BARRINGTON STREET
P. O. BOX 895B
HALIFAX, NS  B3K 5M6

WFAX        CHICAGO
DNTREAL     MILWAUKEE
MOOUVER     DULUTH
IRONTO      SUPERIOR
WEL         THUNDER BAY
OIS-RIVIÈRES TOLEDO/HURON
NÉBEC       CLEVELAND
. JOHN, NB

BALTIMORE    BROWNSVILLE
NEWPORT NEWS CORPUS CHRISTI
NORFOLK      GALVESTON
PORTSMOUTH   HOUSTON
WILMINGTON, N.C. BEAUMONT
CHARLESTON   NEW ORLEANS
SAVANNAH     GULFPORT
JACKSONVILLE MOBILE
             PENSACOLA
             PORT MANATEE
             TAMPA

). DE CLIENT / CUSTOMER NO.    CLIENT / CUSTOMER

S130        SPM LINE INC.
            P. O. BOX 31 CRO
            HALIFAX  NS  B3J 2L4

### S.V.P. REMETTRE A / PLEASE REMIT TO

| CONDITIONS / TERMS | NO. DE FACTURE / INVOICE NO. | DATE |
|---|---|---|
| NET 30 DAYS | 0464037579 | 6/30/04 |

CERESCORP COMPANY
P. O.  BOX 444, STATION K
MONTREAL,  QUE H1N 3L4

                                              SAIL Date:   5/28/04
VESSEL . . :   SHAMROCK              VOYAGE : 479N
LINE VOYAGE #    :    479N           BILLING JOB #:  46400169

| | Quantity | UOM | Rate | Amount |
|---|---|---|---|---|
| EXPORT | | | | |
| Hfx Roro Wharfage - Vehicles 1815 kg or under | 2.0000 | UNITS @ | 8.8020 | 17.60 |
| Hfx Roro Whf - Gen Goods | .0400 | MT @ | 2.9480 | .12 |
| | | | TOTAL EXPORT: | 17.72 |

HST REG. # R878654961

                                    INVOICE TOTAL: $     17.72

**ORIGINAL INVOICE / FACTURE ORIGINALE**

**≤ CERES**

Phone : (902) 453-4590
Fax   : (902) 454-4772

CERESCORP COMPANY
4755 BARRINGTON STREET
P.O. BOX 8958
HALIFAX, NS  B3K 5M6

LIFAX        CHICAGO                                              BALTIMORE      BROWNEVILLE
NTREAL       MILWAUKEE                                            NEWPORT NEWS   CORPUS CHRISTI
NCOUVER      DULUTH                                               NORFOLK        GALVESTON
RONTO        SUPERIOR                                             PORTSMOUTH     HOUSTON
REL          THUNDER BAY                                          WILMINGTON, N.C. BEAUMONT
IGH-RIVIERED TOLEDO/HURON                                         CHARLESTON     NEW ORLEANS
EBEC         CLEVELAND                                            SAVANNAH       GULFPORT
JOHN, NB                                                          JACKSONVILLE   MOBILE
                                                                                 PENSACOLA
                                                                                 PORT MANATEE
. DE CLIENT / CUSTOMER NO.    CLIENT / CUSTOMER                                  TAMPA

S130         SPM LINE INC.
             P.O. BOX 31 CRO
             HALIFAX  NS  B3J 2L4

| | |
|---|---|
| **S.V.P. REMETTRE À / PLEASE REMIT TO** | |

| ONDITIONS / TERMS | NO. DE FACTURE / INVOICE NO. | DATE | CERESCORP COMPANY |
|---|---|---|---|
| NET 30 DAYS | 0464037586 | 6/30/04 | P.O. BOX 444, STATION K MONTREAL, QUE H1N 3L4 |

SAIL Date:  6/04/04

VESSEL . . . :    SHAMROCK                   VOYAGE : 480N
LINE VOYAGE #    :      480N                 BILLING JOB #:  46400177

| | Quantity | UOM | Rate | Amount |
|---|---|---|---|---|

EXPORT

| | Quantity | UOM | Rate | Amount |
|---|---|---|---|---|
| Hfx Wharfage - Std Cargo in Cntrs | 21.7710 | MT | @     2.8340 | 61.70 |

TOTAL EXPORT:                 61.70

HST REG. # R876654961

INVOICE TOTAL: $              61.70

**ORIGINAL INVOICE / FACTURE ORIGINALE**

# CERES

Phone : (902) 453-4590
Fax   : (902) 454-4772

CERESCORP COMPANY
4755 BARRINGTON STREET
P. O. BOX 8958
HALIFAX, NS  B3K 5M6

LIRAX        CHICAGO          BALTIMORE        BROWNSVILLE
MTREAL       MILWAUKEE        NEWPORT NEWS     CORPUS CHRISTI
NCOUVER      DULUTH           NORFOLK          GALVESTON
RONTO        SUPERIOR         PORTSMOUTH       HOUSTON
REL          THUNDER BAY      WILMINGTON, N.C. BEAUMONT
DIS-RIVIÈRES TOLEDO/HURON     CHARLESTON       NEW ORLEANS
EBEC         CLEVELAND        SAVANNAH         GULFPORT
. JOHN, NB                    JACKSONVILLE     MOBILE
                                              PENSACOLA
                                              PORT MANATEE
                                              TAMPA

, DE CLIENT / CUSTOMER NO.    CLIENT / CUSTOMER

S130           SPM LINE INC.
               P. O. BOX 31 CRO
               HALIFAX   NS   B3J 2L4

## S.V.P. REMETTRE À / PLEASE REMIT TO

| CONDITIONS / TERMS | NO. DE FACTURE / INVOICE NO. | DATE |
|---|---|---|
| NET 30 DAYS | 0464037744 | 7/06/04 |

CERESCORP COMPANY
P. O.  BOX 444, STATION K
MONTREAL,  QUE H1N 3L4

WORK Date:   6/30/04

| | Quantity | UDM | Rate | Amount |
|---|---|---|---|---|

Mounting/demounting containers on the terminal during June 2004, that
were rec'd/del'd by rail or truck.

| 6 Moves | 6.0000 | UNITS @ | 42.0800 | 252.48 |

HST REG. # R878654961

INVOICE TOTAL: $        252.48

**ORIGINAL INVOICE / FACTURE ORIGINALE**

# CERES

Phone : (902) 453-4590
Fax   : (902) 454-4772

CERESCORP COMPANY
4755 BARRINGTON STREET
P. O. BOX 8958
HALIFAX, NS  B3K 5M6

UFAX        CHICAGO
INTREAL     MILWAUKEE
NCOUVER     DULUTH
RONTO       SUPERIOR
REL         THUNDER BAY
DES-RIVIERES TOLEDO/HURON
EBEC        CLEVELAND
.JOHN, NB

BALTIMORE      BROWNSVILLE
NEWPORT NEWS   CORPUS CHRISTI
NORFOLK        GALVESTON
PORTSMOUTH     HOUSTON
WILMINGTON, N.C. BEAUMONT
CHARLESTON     NEW ORLEANS
SAVANNAH       GULFPORT
JACKSONVILLE   MOBILE
               PENSACOLA
               PORT MANATEE
               TAMPA

( DE CLIENT / CUSTOMER NO.     CLIENT / CUSTOMER

S130        SPM LINE INC.
            P. O. BOX 31 CRO
            HALIFAX  NS  B3J 2L4

## S.V.P. REMETTRE A / PLEASE REMIT TO

| CONDITIONS / TERMS | NO. DE FACTURE / INVOICE NO. | DATE |
|---|---|---|
| NET 30 DAYS | 0464037768 | 7/06/04 |

CERESCORP COMPANY
P. O. BOX 444, STATION K
MONTREAL, QUE H1N 3L4

SAIL Date:  6/28/04

VESSEL . . . :  SHAMROCK                  VOYAGE : 484S
LINE VOYAGE #    :    484S                BILLING JOB #: 46400205

|  | Quantity | UOM | Rate | Amount |
|---|---|---|---|---|
| **EXPORT** | | | | |
| LOLO Load 20' Full Container | 1.0000 | UNIT | @   216.4500 | 216.45 |
| LOLO Load 40' Full Container | 20.0000 | UNITS | @   216.4500 | 4,329.00 |
| | | | TOTAL EXPORT: | 4,545.45 |

HST REG. # R878654961

INVOICE TOTAL: $    4,545.45

**ORIGINAL INVOICE / FACTURE ORIGINALE**

# CERES

Phone : (902) 453-4590
Fax   : (902) 454-4772

CERESCORP COMPANY
4755 BARRINGTON STREET
P. O. BOX 8958
HALIFAX, NS   B3K 5M6

HFAX      CHICAGO
MTREAL    MILWAUKEE
NCOUVER   DULUTH
RONTO     SUPERIOR
REL       THUNDER BAY
GIS-RIVIÈRES  TOLEDO/HURON
IEBEC     CLEVELAND
JOHN, NB

BALTIMORE    BROWNSVILLE
NEWPORT NEWS  CORPUS CHRISTI
NORFOLK      GALVESTON
PORTSMOUTH   HOUSTON
WILMINGTON, N.C.  BEAUMONT
CHARLESTON   NEW ORLEANS
SAVANNAH     GULFPORT
JACKSONVILLE MOBILE
             PENSACOLA
             PORT MANATEE
             TAMPA

). DE CLIENT / CUSTOMER NO.    CLIENT / CUSTOMER

S130          SPM LINE INC.
              P. O. BOX 31 CRO
              HALIFAX   NS   B3J 2L4

## S.V.P. REMETTRE À / PLEASE REMIT TO

| CONDITIONS / TERMS | NO. DE FACTURE / INVOICE NO. | DATE |
|---|---|---|
| NET 30 DAYS | 0464037771 | 7/06/04 |

CERESCORP COMPANY
P. O. BOX 444, STATION K
MONTREAL, QUE H1N 3L4

SAIL Date:   6/25/04

VESSEL . . . :   SHAMROCK              VOYAGE : 483N
LINE VOYAGE # :      483N             BILLING JOB #:   46400202

| | Quantity | UOM | | Rate | Amount |
|---|---|---|---|---|---|
| RORO Autos | 5.0000 | UNITS | @ | 31.7000 | 158.50 |
| RORO - Standard Road Trailers | 1.0000 | UNIT | @ | 169.3400 | 169.34 |

HST REG. # R878654961

INVOICE TOTAL: $     327.84

**ORIGINAL INVOICE / FACTURE ORIGINALE**

# CERES

Phone : (902) 453-4590
Fax   : (902) 454-4772

CERESCORP COMPANY
4755 BARRINGTON STREET
P.O. BOX 8958
HALIFAX, NS  B3K 5M6

| | |
|---|---|
| LIFAX | CHICAGO |
| INTREAL | MILWAUKEE |
| NOOUVER | DULUTH |
| RONTO | SUPERIOR |
| AEL | THUNDER BAY |
| DIS-RIVIERES | TOLEDO/HURON |
| EBEC | CLEVELAND |
| .JOHN, NB | |

| | |
|---|---|
| BALTIMORE | BROWNSVILLE |
| NEWPORT NEWS | CORPUS CHRISTI |
| NORFOLK | GALVESTON |
| PORTSMOUTH | HOUSTON |
| WILMINGTON, N.C. | BEAUMONT |
| CHARLESTON | NEW ORLEANS |
| SAVANNAH | GULFPORT |
| JACKSONVILLE | MOBILE |
| | PENSACOLA |
| | PORT MANATEE |
| | TAMPA |

L DE CLIENT / CUSTOMER NO.        CLIENT / CUSTOMER

S130        SPM LINE INC.
            P.O. BOX 31 CRO
            HALIFAX  NS  B3J 2L4

## S.V.P. REMETTRE À / PLEASE REMIT TO

CERESCORP COMPANY
P.O. BOX 444, STATION K
MONTREAL, QUE H1N 3L4

| CONDITIONS / TERMS | NO. DE FACTURE / INVOICE NO. | DATE |
|---|---|---|
| NET 30 DAYS | 0464037772 | 7/06/04 |

SAIL Date:  6/25/04

VESSEL . . . :  SHAMROCK              VOYAGE : 483N
LINE VOYAGE #    :    483N            BILLING JOB #:  46400202

| | Quantity | UOM | | Rate | Amount |
|---|---|---|---|---|---|
| **IMPORT** | | | | | |
| LOLO Discharge 20' Empty Container | 5.0000 | UNITS | @ | 216.4500 | 1,082.25 |
| LOLO Discharge 40' Full Container | 6.0000 | UNITS | @ | 216.4500 | 1,298.70 |
| LOLO Discharge 40' Empty Container | 69.0000 | UNITS | @ | 216.4500 | 14,935.05 |
| | | | | TOTAL IMPORT: | 17,316.00 |
| **EXPORT** | | | | | |
| LOLO Load 20' Full Container | 1.0000 | UNIT | @ | 216.4500 | 216.45 |
| LOLO Load 40' Full Container | 5.0000 | UNITS | @ | 216.4500 | 1,082.25 |
| LOLO Load 40' Non-Std Container | 1.0000 | UNIT | @ | 432.9000 | 432.90 |
| | | | | TOTAL EXPORT: | 1,731.60 |

HST REG. # R878654961

INVOICE TOTAL: $    19,047.60

## ORIGINAL INVOICE / FACTURE ORIGINALE

## CERES

Phone : (902) 453-4590
Fax   : (902) 454-4772

CERESCORP COMPANY
4755 BARRINGTON STREET
P. O. BOX 8958
HALIFAX, NS  B3K 5M6

LIFAX         CHICAGO
)NTRÉAL       MILWAUKEE
)NCOUVER      DULUTH
RONTO         SUPERIOR
)REL          THUNDER BAY
QIS-RIVIÈRES  TOLEDO/HURON
)EBEC         CLEVELAND
. JOHN, NB

BALTIMORE      BROWNSVILLE
NEWPORT NEWS   CORPUS CHRISTI
NORFOLK        GALVESTON
PORTSMOUTH     HOUSTON
WILMINGTON, N.C. BEAUMONT
CHARLESTON     NEW ORLEANS
SAVANNAH       GULFPORT
JACKSONVILLE   MOBILE
               PENSACOLA
               PORT MANATEE
               TAMPA

N. DE CLIENT / CUSTOMER NO.     CLIENT / CUSTOMER

S130          SPM LINE INC.
              P. O. BOX 31 CRO
              HALIFAX  NS  B3J 2L4

## S.V.P. REMETTRE À / PLEASE REMIT TO

| CONDITIONS / TERMS | NO. DE FACTURE / INVOICE NO. | DATE |
|---|---|---|
| NET 30 DAYS | 0464037857 | 7/06/04 |

CERESCORP COMPANY
P. O. BOX 444, STATION K
MONTREAL, QUE H1N 3L4

SAIL Date:  6/25/04

VESSEL . . . :   SHAMROCK                VOYAGE :  483N
LINE VOYAGE #   :    483N                BILLING JOB #:  46400202

|  | Quantity | UOM |  | Rate | Amount |
|---|---|---|---|---|---|
| Receiving Autos | 5.0000 | UNITS | @ | 18.2900 | 91.45 |
| Receiving Road Trailer | 1.0000 | UNIT | @ | 24.3800 | 24.38 |

HST REG. # R878654961

INVOICE TOTAL: $    115.83

**ORIGINAL INVOICE / FACTURE ORIGINALE**

**CERES**

Phone : (902) 453-4590
Fax   : (902) 454-4772

CERESCORP COMPANY
4755 BARRINGTON STREET
P. O. BOX 9958
HALIFAX, NS  B3K 5M6

UFAX      CHICAGO
INTREAL   MILWAUKEE
NOOUWPA   DULUTH
RONTO     SUPERIOR
REL       THUNDER BAY
DIS-RIVIERES TOLEDO/HURON
EBEC      CLEVELAND
JOHN, NB

BALTIMORE      BROWNSVILLE
NEWPORT NEWS   CORPUS CHRISTI
NORFOLK        GALVESTON
PORTSMOUTH     HOUSTON
WILMINGTON, N.C. BEAUMONT
CHARLESTON     NEW ORLEANS
SAVANNAH       GULFPORT
JACKSONVILLE   MOBILE
               PENSACOLA
               PORT MANATEE
               TAMPA

L DE CLIENT / CUSTOMER NO.    CLIENT / CUSTOMER

S130        SPM LINE INC.
            P. O. BOX 31 CRO
            HALIFAX  NS  B3J 2L4

## S.V.P. REMETTRE À / PLEASE REMIT TO

| CONDITIONS / TERMS | NO. DE FACTURE / INVOICE NO. | DATE |
|---|---|---|
| NET 30 DAYS | 0464037971 | 7/12/04 |

CERESCORP COMPANY
P. O. BOX 444, STATION K
MONTREAL, QUE H1N 3L4

                                        SAIL Date:  7/02/04
VESSEL . . :   SHAMROCK              VOYAGE : 484N
LINE VOYAGE #    :    484N           BILLING JOB #:  46400209

                        Quantity   UOM       Rate      Amount

Receiving Autos                 2.0000  UNITS  @    18.2900      36.58
                    HST REG. # R878654961

                                     INVOICE TOTAL: $      36.58

**ORIGINAL INVOICE / FACTURE ORIGINALE**

# CERES

Phone : (902) 453-4590
Fax   : (902) 454-4772

CERESCORP COMPANY
4755 BARRINGTON STREET
P. O. BOX 8958
HALIFAX, NS  B3K 5M6

| | |
|---|---|
| LIFAX | CHICAGO |
| MTRÉAL | MILWAUKEE |
| NCOUVER | DULUTH |
| IRONTO | SUPERIOR |
| JREL | THUNDER BAY |
| IOIS-RIVIÈRES | TOLEDO/HURON |
| JEBEC | CLEVELAND |
| . JOHN, NB | |

| | |
|---|---|
| BALTIMORE | BROWNSVILLE |
| NEWPORT NEWS | CORPUS CHRISTI |
| NORFOLK | GALVESTON |
| PORTSMOUTH | HOUSTON |
| WILMINGTON, N.C. | BEAUMONT |
| CHARLESTON | NEW ORLEANS |
| SAVANNAH | GULFPORT |
| JACKSONVILLE | MOBILE |
| | PENSACOLA |
| | PORT MANATEE |
| | TAMPA |

). DE CLIENT / CUSTOMER NO.        CLIENT / CUSTOMER

S130            SPM LINE INC.
                P. O. BOX 31 CRO
                HALIFAX  NS   B3J 2L4

## S.V.P. REMETTRE A / PLEASE REMIT TO

| CONDITIONS / TERMS | NO. DE FACTURE / INVOICE NO. | DATE |
|---|---|---|
| NET 30 DAYS | 0464037972 | 7/12/04 |

CERESCORP COMPANY
P. O.  BOX 444, STATION K
MONTREAL,  QUE H1N 3L4

VESSEL . . : SHAMROCK
LINE VOYAGE # : 484N

SAIL Date:  7/02/04

VOYAGE : 484N
BILLING JOB #: 46400209

| | Quantity | UOM | | Rate | Amount |
|---|---|---|---|---|---|

EXPORT

| | | | | | | |
|---|---|---|---|---|---|---|
| RORO Autos | 2.0000 | UNITS | @ | 31.7000 | | 63.40 |

HST REG. # R878654961

TOTAL EXPORT:              63.40

INVOICE TOTAL: $          63.40

**ORIGINAL INVOICE / FACTURE ORIGINALE**

**CERES**

Phone :  (902) 453-4590
Fax    :  (902) 454-4772

CERESCORP COMPANY
4755 BARRINGTON STREET
P. O.  BOX 8958
HALIFAX, NS  B3K 5M6

HFAX          CHICAGO
NTREAL        MILWAUKEE
NOOUVER       DULUTH
RONTO         SUPERIOR
REL           THUNDER BAY
CIS-RIVIÈRES  TOLEDO/HURON
IEBEC         CLEVELAND
. JOHN, NB

BALTIMORE      BROWNSVILLE
NEWPORT NEWS   CORPUS CHRISTI
NORFOLK        GALVESTON
PORTSMOUTH     HOUSTON
WILMINGTON, N.C. BEAUMONT
CHARLESTON     NEW ORLEANS
SAVANNAH       GULFPORT
JACKSONVILLE   MOBILE
               PENSACOLA
               PORT MANATEE
               TAMPA

I. DE CLIENT / CUSTOMER NO.      CLIENT / CUSTOMER

S130          SPM LINE INC.
              P. O. BOX 31 CRO
              HALIFAX  NS   B3J 2L4

**S.V.P. REMETTRE À /
PLEASE REMIT TO**

| CONDITIONS / TERMS | NO. DE FACTURE / INVOICE NO. | DATE |
|---|---|---|
| NET 30 DAYS | 0464037973 | 7/12/04 |

CERESCORP COMPANY
P. O.  BOX 444, STATION K
MONTREAL, QUE H1N 3L4

SAIL Date:  7/02/04
VESSEL . . :  SHAMROCK               VOYAGE : 484N
LINE VOYAGE #  :    484N             BILLING JOB #:  46400209

| | Quantity | UOM | | Rate | Amount |
|---|---|---|---|---|---|
| IMPORT | | | | | |
| LOLO Discharge 20' Empty Container | 10.0000 | UNITS | @ | 216.4500 | 2,164.50 |
| LOLO Discharge 40' Full Container | 7.0000 | UNITS | @ | 216.4500 | 1,515.15 |
| LOLO Discharge 40' Empty Container | 33.0000 | UNITS | @ | 216.4500 | 7,142.85 |
| | | | | TOTAL IMPORT: | 10,822.50 |

HST REG. # R878654961

INVOICE TOTAL: $     10,822.50

**ORIGINAL INVOICE / FACTURE ORIGINALE**

**CERES**

Phone : (902) 453-4590
Fax   : (902) 454-4772

CERESCORP COMPANY
4755 BARRINGTON STREET
P. O. BOX 8958
HALIFAX, NS  B3K 5M6

MONTREAL
ONTREAL
ANDOUVER
ORONTO
OMEL
ROIS-RIVIERES
UEBEC
T. JOHN, NB

CHICAGO
MILWAUKEE
DULUTH
SUPERIOR
THUNDER BAY
TOLEDO-HURON
CLEVELAND

BALTIMORE
NEWPORT NEWS
NORFOLK
PORTSMOUTH
WILMINGTON, N.C.
CHARLESTON
SAVANNAH
JACKSONVILLE

BROWNSVILLE
CORPUS CHRISTI
GALVESTON
HOUSTON
BEAUMONT
NEW ORLEANS
GULFPORT
MOBILE
PENSACOLA
PORT MANATEE
TAMPA

D. DE CLIENT / CUSTOMER NO.        CLIENT / CUSTOMER

S13Q          SPM LINE INC.
              P.O. BOX 31 CRO
              HALIFAX  NS  B3J 2L4

## S.V.P. REMETTRE À / PLEASE REMIT TO

| CONDITIONS / TERMS | NO. DE FACTURE / INVOICE NO. | DATE |
|---|---|---|
| NET 30 DAYS | 0464038013 | 7/13/04 |

CERESCORP COMPANY
P. O. BOX 444, STATION K
MONTREAL, QUE H1N 3L4

SAIL Date:  7/06/04

VESSEL . . . :   SHAMROCK              VOYAGE : 485S
LINE VOYAGE #   :    485S              BILLING JOB #:  46400214

|  | Quantity | UOM | | Rate | Amount |
|---|---|---|---|---|---|
| **IMPORT** | | | | | |
| LOLO Discharge 20' Empty Container | 1.0000 | UNIT | @ | 216.4500 | 216.45 |
| LOLO Discharge 40' Empty Container | 1.0000 | UNIT | @ | 216.4500 | 216.45 |
| | | | TOTAL IMPORT: | | 432.90 |
| **EXPORT** | | | | | |
| LOLO Load 20' Full Container | 9.0000 | UNITS | @ | 216.4500 | 1,948.05 |
| LOLO Load 40' Full Container | 77.0000 | UNITS | @ | 216.4500 | 16,666.65 |
| | | | TOTAL EXPORT: | | 18,614.70 |

HST REG. # R878654961

INVOICE TOTAL: $    19,047.60

**ORIGINAL INVOICE / FACTURE ORIGINALE**

**CERES**

Phone : (902) 453-4590
Fax   : (902) 454-4772

CERESCORP COMPANY
4755 BARRINGTON STREET
P.O. BOX 8958
HALIFAX, NS  B3K 5M6

ILIFAX          CHICAGO
ONTREAL         MILWAUKEE
INCOUVER        DULUTH
ORONTO          SUPERIOR
REL             THUNDER BAY
IOS-RIVIERES    TOLEDOGMLIBON
LESC            CLEVELAND
. JOHN, NB

BALTIMORE       BROWNSVILLE
NEWPORT NEWS    CORPUS CHRISTI
NORFOLK         GALVESTON
PORTSMOUTH      HOUSTON
WILMINGTON, N.C. BEAUMONT
CHARLESTON      NEW ORLEANS
SAVANNAH        GULFPORT
JACKSONVILLE    MOBILE
                PENSACOLA
                PORT MANATEE
                TAMPA

>. DE CLIENT / CUSTOMER NO.    CLIENT / CUSTOMER

S130          SPM LINE INC.
              P.O. BOX 31 CRO
              HALIFAX  NS  B3J 2L4

## S.V.P. REMETTRE À / PLEASE REMIT TO

CERESCORP COMPANY
P.O. BOX 444, STATION K
MONTREAL, QUE H1N 3L4

| CONDITIONS / TERMS | NO. DE FACTURE / INVOICE NO. | DATE |
|---|---|---|
| NET 30 DAYS | 0464038229 | 7/16/04 |

SAIL Date:  7/09/04

VESSEL . . :  SHAMROCK              VOYAGE : 485N
LINE VOYAGE # :    485N/009S        BILLING JOB #:  46400216

| | Quantity | UOM | Rate | Amount |
|---|---|---|---|---|
| Delivering Auto | 1.0000 | UNIT @ | 18.2900 | 18.29 |

HST REG. # R878654961

INVOICE TOTAL: $          18.29

**ORIGINAL INVOICE / FACTURE ORIGINALE**

# CERES

Phone : (902) 453-4590
Fax   : (902) 454-4772

CERESCORP COMPANY
4755 BARRINGTON STREET
P.O. BOX 8958
HALIFAX, NS  B3K 5M6

ILIFAX       CHICAGO
INTREAL      MILWAUKEE
NOOUVER      DULUTH
IRONTO       SUPERIOR
IARL         THUNDER BAY
OIS-RIVIÈRES TOLEDO/HURON
IÉBEC        CLEVELAND
.JOHN, NB

BALTIMORE    BROWNSVILLE
NEWPORT NEWS CORPUS CHRISTI
NORFOLK      GALVESTON
PORTSMOUTH   HOUSTON
WILMINGTON, N.C. BEAUMONT
CHARLESTON   NEW ORLEANS
SAVANNAH     GULFPORT
JACKSONVILLE MOBILE
             PENSACOLA
             PORT MANATÉE
             TAMPA

). DE CLIENT / CUSTOMER NO.    CLIENT / CUSTOMER

S130        SPM LINE INC.
            P.O. BOX 31 CRO
            HALIFAX  NS  B3J 2L4

## S.V.P. REMETTRE À / PLEASE REMIT TO

CERESCORP COMPANY
P.O. BOX 444, STATION K
MONTREAL, QUE H1N 3L4

| CONDITIONS / TERMS | NO. DE FACTURE / INVOICE NO. | DATE |
|---|---|---|
| NET 30 DAYS | 0464038230 | 7/16/04 |

SAIL Date:  7/09/04

VESSEL . . :   SHAMROCK                    VOYAGE : 485N
LINE VOYAGE #  :   485N/009S               BILLING JOB #:  46400216

|  | Quantity | UOM | Rate | Amount |
|---|---|---|---|---|

## IMPORT

| | Quantity | UOM | | Rate | Amount |
|---|---|---|---|---|---|
| RORO Autos | 1.0000 | UNIT | @ | 31.7000 | 31.70 |

TOTAL IMPORT:              31.70

HST REG. # R878654961

INVOICE TOTAL: $          31.70

**ORIGINAL INVOICE / FACTURE ORIGINALE**

# CERES

Phone : (902) 453-4590
Fax   : (902) 454-4772

CERESCORP COMPANY
4755 BARRINGTON STREET
P. O. BOX 8958
HALIFAX, NS  B3K 5M6

LFAX        CHICAGO
INTREAL     MILWAUKEE
NCOUVER     DULUTH
RONTO       SUPERIOR
REL         THUNDER BAY
DISRIVIERES  TOLEDO/HURON
EBEC        CLEVELAND
. JOHN, NB

BALTIMORE    BROWNSVILLE
NEWPORT NEWS  CORPUS CHRISTI
NORFOLK      GALVESTON
PORTSMOUTH   HOUSTON
WILMINGTON, N.C. BEAUMONT
CHARLESTON   NEW ORLEANS
SAVANNAH     GULFPORT
JACKSONVILLE  MOBILE
             PENSACOLA
             PORT MANATEE
             TAMPA

L DE CLIENT / CUSTOMER NO.    CLIENT / CUSTOMER

S130        SPM LINE INC.
            P. O. BOX 31 CRO
            HALIFAX  NS  B3J 2L4

## S.V.P. REMETTRE À / PLEASE REMIT TO

CERESCORP COMPANY
P. O. BOX 444, STATION K
MONTREAL, QUE H1N 3L4

| CONDITIONS / TERMS | NO. DE FACTURE / INVOICE NO. | DATE |
|---|---|---|
| NET 30 DAYS | 0464038231 | 7/16/04 |

SAIL Date:  7/09/04

VESSEL . . :  SHAMROCK              VOYAGE : 485N
LINE VOYAGE # :   485N/0098         BILLING JOB #:  46400216

|  | Quantity | UOM | | Rate | Amount |
|---|---|---|---|---|---|

### IMPORT

| | Quantity | UOM | | Rate | Amount |
|---|---|---|---|---|---|
| LOLO Discharge 20' Empty Container | 7.0000 | UNITS | @ | 216.4500 | 1,515.15 |
| LOLO Discharge 40' Empty Container | 24.0000 | UNITS | @ | 216.4500 | 5,194.80 |
| | | | | TOTAL IMPORT: | 6,709.95 |

### EXPORT

| | Quantity | UOM | | Rate | Amount |
|---|---|---|---|---|---|
| LOLO Load 20' Full Container | 3.0000 | UNITS | @ | 216.4500 | 649.35 |
| LOLO Load 40' Full Container | 4.0000 | UNITS | @ | 216.4500 | 865.80 |
| | | | | TOTAL EXPORT: | 1,515.15 |

HST REG. # R878654961

INVOICE TOTAL: #        8,225.10

**ORIGINAL INVOICE / FACTURE ORIGINALE**

# CERES

Phone : (902) 453-4590
Fax   : (902) 454-4772

CERESCORP COMPANY
4755 BARRINGTON STREET
P. O. BOX 8958
HALIFAX, NS  B3K 5M6

HLIFAX          CHICAGO
DNTREAL         MILWAUKEE
INCOUVER        DULUTH
MONTD           SUPERIOR
IREL            THUNDER BAY
CRB-RIVIENES    TOLEDO/HURON
AEBEC           CLEVELAND
. JOHN, NB

BALTIMORE       BROWNSVILLE
NEWPORT NEWS    CORPUS CHRISTI
NORFOLK         GALVESTON
PORTSMOUTH      HOUSTON
WILMINGTON, N.C. BEAUMONT
CHARLESTON      NEW ORLEANS
SAVANNAH        GULFPORT
JACKSONVILLE    MOBILE
                PENSACOLA
                PORT MANATEE
                TAMPA

| ). DE CLIENT / CUSTOMER NO.   CLIENT / CUSTOMER |
|---|

S130         SPM LINE INC.
             P.O. BOX 31 CRO
             HALIFAX  NS  B3J 2L4

## S.V.P. REMETTRE A / PLEASE REMIT TO

| CONDITIONS / TERMS | NO. DE FACTURE / INVOICE NO. | DATE |
|---|---|---|
| NET 30 DAYS | 0464038353 | 7/26/04 |

CERESCORP COMPANY
P. O. BOX 444, STATION K
MONTREAL, QUE H1N 3L4

VESSEL . . :  SHAMROCK
LINE VOYAGE #  :   481N

SAIL Date:   6/11/04
VOYAGE : 481N
BILLING JOB #:   46400186

|  | Quantity | UOM | Rate | Amount |
|---|---|---|---|---|

EXPORT

| Hfx Wharfage - Std Cargo in Cntrs | 47.4870 | MT | @ | 2.8340 | 134.58 |
|---|---|---|---|---|---|

TOTAL EXPORT:           134.58

HST REG. # R878654961

INVOICE TOTAL: $        134.58

**ORIGINAL INVOICE / FACTURE ORIGINALE**

# CERES

Phone : (902) 453-4590
Fax   : (902) 454-4772

CERESCORP COMPANY
4755 BARRINGTON STREET
P. O. BOX 8958
HALIFAX, NS  B3K 5M6

LFAX            CHICAGO
INTREAL         MILWAUKEE
NCOUVER         DULUTH
RONTO           SUPERIOR
NEL             THUNDER BAY
DIS-RIVIERES    TOLEDO/HURON
EBEC            CLEVELAND
. JOHN, NB

BALTIMORE       BROWNSVILLE
NEWPORT NEWS    CORPUS CHRISTI
NORFOLK         GALVESTON
PORTSMOUTH      HOUSTON
WILMINGTON, N.C. BEAUMONT
CHARLESTON      NEW ORLEANS
SAVANNAH        GULFPORT
JACKSONVILLE    MOBILE
                PENSACOLA
                PORT MANATEE
                TAMPA

N DE CLIENT / CUSTOMER NO.        CLIENT / CUSTOMER

S130        SPM LINE INC.
            P. O. BOX 31 CRO
            HALIFAX  NS  B3J 2L4

## S.V.P. REMETTRE A / PLEASE REMIT TO

CERESCORP COMPANY
P. O. BOX 444, STATION K
MONTREAL, QUE H1N 3L4

| CONDITIONS / TERMS | NO. DE FACTURE / INVOICE NO. | DATE |
|---|---|---|
| NET 30 DAYS | 0464038354 | 7/26/04 |

SAIL Date:  7/13/04

VESSEL . . . :    SHAMROCK              VOYAGE : 486S
LINE VOYAGE #   :    486S              BILLING JOB #:  46400221

|  | Quantity | UOM | Rate | Amount |
|---|---|---|---|---|

EXPORT

| | Quantity | UOM | | Rate | Amount |
|---|---|---|---|---|---|
| LOLO Load 20' Full Container | 11.0000 | UNITS | @ | 216.4500 | 2,380.95 |
| LOLO Load 40' Full Container | 30.0000 | UNITS | @ | 216.4500 | 6,493.50 |

TOTAL EXPORT:         8,874.45

HST REG. # R878654961

INVOICE TOTAL: $     8,874.45

**ORIGINAL INVOICE / FACTURE ORIGINALE**

**CERES**

Phone : (902) 453-4590
Fax   : (902) 454-4772

CERESCORP COMPANY
4755 BARRINGTON STREET
P. O. BOX 8958
HALIFAX, NS  B3K 5M6

LFAX        CHICAGO
NTREAL      MILWAUKEE
NCOUVER     DULUTH
RONTO       SUPERIOR
REL         THUNDER BAY
:XR-RIVIÈRES TOLEDO/HURON
EBEC        CLEVELAND
JOHN, NB

BALTIMORE   BROWNSVILLE
NEWPORT NEWS CORPUS CHRISTI
NORFOLK     GALVESTON
PORTSMOUTH  HOUSTON
WILMINGTON, N.C. BEAUMONT
CHARLESTON  NEW ORLEANS
SAVANNAH    GULFPORT
JACKSONVILLE MOBILE
            PENSACOLA
            PORT MANATEE
            TAMPA

. DE CLIENT / CUSTOMER NO.     CLIENT / CUSTOMER

S130         SPM LINE INC.
             P. O. BOX 31 CRO
             HALIFAX   NS   B3J 2L4

### S.V.P. REMETTRE A / PLEASE REMIT TO

CERESCORP COMPANY
P. O. BOX 444, STATION K
MONTREAL, QUE H1N 3L4

| CONDITIONS / TERMS | NO. DE FACTURE / INVOICE NO. | DATE |
|---|---|---|
| NET 30 DAYS | 0464038356 | 7/26/04 |

SAIL Date:  7/19/04

VESSEL . . . :   SHAMROCK          VOYAGE : 487S
LINE VOYAGE #   :    487S          BILLING JOB #:  46400229

| | Quantity | UOM | | Rate | Amount |
|---|---|---|---|---|---|

IMPORT

| | Quantity | UOM | | Rate | Amount |
|---|---|---|---|---|---|
| LOLO Discharge 20' Empty Container | 2.0000 | UNITS | @ | 216.4500 | 432.90 |
| | | | TOTAL IMPORT: | | 432.90 |

EXPORT

| | Quantity | UOM | | Rate | Amount |
|---|---|---|---|---|---|
| LOLO Load 20' Full Container | 10.0000 | UNITS | @ | 216.4500 | 2,164.50 |
| LOLO Load 40' Full Container | 20.0000 | UNITS | @ | 216.4500 | 4,329.00 |
| | | | TOTAL EXPORT: | | 6,493.50 |

HST REG. # R878654961

INVOICE TOTAL: $     6,926.40

**ORIGINAL INVOICE / FACTURE ORIGINALE**

# CERES

Phone : (902) 453-4590
Fax   : (902) 454-4772

CERESCORP COMPANY
4755 BARRINGTON STREET
P.O. BOX 8958
HALIFAX, NS  B3K 5M6

AFAX          CHICAGO
ONTREAL       MILWAUKEE                                          BALTIMORE      BROWNSVILLE
NCOLIVER      DULUTH                                             NEWPORT NEWS   CORPUS CHRISTI
RONTO         SUPERIOR                                           NORFOLK        GALVESTON
IREL          THUNDER BAY                                        PORTSMOUTH     HOUSTON
OIS-RIVIÈRES  TOLEDO/HURON                                       WILMINGTON, N.C. BEAUMONT
IEBEC         CLEVELAND                                          CHARLESTON     NEW ORLEANS
: JOHN, NS                                                       SAVANNAH       GULFPORT
                                                                 JACKSONVILLE   MOBILE
                                                                                PENSACOLA
                                                                                PORT MANATEE
À DE CLIENT / CUSTOMER NO.    CLIENT / CUSTOMER                                  TAMPA

S130          SPM LINE INC.
              P.O. BOX 31 CRO
              HALIFAX  NS  B3J 2L4

## S.V.P. REMETTRE À / PLEASE REMIT TO

| CONDITIONS / TERMS | NO. DE FACTURE / INVOICE NO. | DATE |
|---|---|---|
| NET 30 DAYS | 0464038361 | 7/26/04 |

CERESCORP COMPANY
P.O. BOX 444, STATION K
MONTREAL, QUE H1N 3L4

SAIL Date:  7/16/04

VESSEL . . :   SHAMROCK                    VOYAGE : 010N
LINE VOYAGE #  :    486N                   BILLING JOB #:  46400225

| | Quantity | UOM | | Rate | Amount |
|---|---|---|---|---|---|
| Receiving Autos | 3.0000 | UNITS | @ | 18.2900 | 54.87 |
| Receiving Road Trailers | 1.0000 | UNIT | @ | 24.3800 | 24.38 |

HST REG. # R878654961

INVOICE TOTAL: $    79.25

**ORIGINAL INVOICE / FACTURE ORIGINALE**

# CERES

**FACTURE / INVOICE**   Page 1

Phone : (902) 453-4590
Fax    : (902) 454-4772

CERESCORP COMPANY
4755 BARRINGTON STREET
P. O. BOX 9958
HALIFAX, NS   B3K 5M6

HALIFAX   CHICAGO     BALTIMORE     BROWNSVILLE
MONTREAL   MILWAUKEE    NEWPORT NEWS   CORPUS CHRISTI
VANCOUVER   DULUTH       NORFOLK      GALVESTON
TORONTO    SUPERIOR      PORTSMOUTH    HOUSTON
OREL       THUNDER BAY    WILMINGTON, N.C.   BEAUMONT
TROIS-RIVIÈRES   TOLEDO/HURON   CHARLESTON    NEW ORLEANS
QUEBEC    CLEVELAND     SAVANNAH     GULFPORT
C.JOHN, NS             JACKSONVILLE    MOBILE
                                PENSACOLA
                                PORT MANATEE
                                TAMPA

**O. DE CLIENT / CUSTOMER NO.**    **CLIENT / CUSTOMER**

6130      SPM LINE INC.
         P. O. BOX 31 CRO
         HALIFAX   NS   B3J 2L4

## S.V.P. REMETTRE A / PLEASE REMIT TO

CERESCORP COMPANY
P. O. BOX 444, STATION K
MONTREAL, QUE H1N 3L4

| CONDITIONS / TERMS | NO. DE FACTURE / INVOICE NO. | DATE |
|---|---|---|
| NET 30 DAYS | 0464038362 | 7/26/04 |

SAIL Date: 7/16/04

VESSEL . . :   SHAMROCK          VOYAGE : 010N
LINE VOYAGE #    :    486N        BILLING JOB #:   46400225

| | Quantity | UOM | Rate | Amount |
|---|---|---|---|---|
| **EXPORT** | | | | |
| RORO Autos | 3.0000 | UNITS @ | 31.7000 | 95.10 |
| RORO - Standard Road Trailers | 1.0000 | UNIT @ | 169.3400 | 169.34 |
| TOTAL EXPORT: | | | | 264.44 |

HST REG. # R878654961

INVOICE TOTAL: $     264.44

**ORIGINAL INVOICE / FACTURE ORIGINALE**

# CERES

Phone : (902) 453-4590
Fax   : (902) 454-4772

CERESCORP COMPANY
4755 BARRINGTON STREET
P. O. BOX 8958
HALIFAX, NS  B3K 5M6

LIFAX       CHICAGO
ONTREAL     MILWAUKEE
NOCOUVER    DULUTH
RONTO       SUPERIOR
RIEL        THUNDER BAY
OSHAWISREB  TOLEDOHURON
IBBEC       CLEVELAND
. JOHN, NB

BALTIMORE    BROWNSVILLE
NEWPORT NEWS CORPUS CHRISTI
NORFOLK      GALVESTON
PORTSMOUTH   HOUSTON
WILMINGTON, N.C. BEAUMONT
CHARLESTON   NEW ORLEANS
SAVANNAH     GULFPORT
JACKSONVILLE MOBILE
             PENSACOLA
             PORT MANATEE
             TAMPA

I. DE CLIENT / CUSTOMER NO.    CLIENT / CUSTOMER

S130        SPM LINE INC.
            P. O. BOX 31 CRO
            HALIFAX  NS  B3J 2L4

## S.V.P. REMETTRE À / PLEASE REMIT TO

CERESCORP COMPANY
P. O.  BOX 444, STATION K
MONTREAL, QUE H1N 3L4

| CONDITIONS / TERMS | NO. DE FACTURE / INVOICE NO. | DATE |
|---|---|---|
| NET 30 DAYS | 0464038363 | 7/26/04 |

SAIL Date:  7/16/04

VESSEL . . :  SHAMROCK          VOYAGE : 010N
LINE VOYAGE # :   486N          BILLING JOB #:  46400225

| | Quantity | UOM | | Rate | Amount |
|---|---|---|---|---|---|

IMPORT

| | Quantity | UOM | | Rate | Amount |
|---|---|---|---|---|---|
| LOLO Discharge 20' Full Container | 1.0000 | UNITS | @ | 216.4500 | 216.45 |
| LOLO Discharge 20' Empty Container | 2.0000 | UNITS | @ | 216.4500 | 432.90 |
| LOLO Discharge 40' Full Container | 9.0000 | UNITS | @ | 216.4500 | 1,948.05 |
| LOLO Discharge 40' Empty Container | 47.0000 | UNITS | @ | 216.4500 | 10,173.15 |

TOTAL IMPORT:       12,770.55

EXPORT

| | Quantity | UOM | | Rate | Amount |
|---|---|---|---|---|---|
| LOLO Load 40' Full Container | 1.0000 | UNIT | @ | 216.4500 | 216.45 |

TOTAL EXPORT:        216.45

HST REG. # R878654961

INVOICE TOTAL: $     12,987.00

**ORIGINAL INVOICE / FACTURE ORIGINALE**