

# INVOICE

**CITY OF PORTLAND, MAINE**
Waterfront & Jetport
1001 Westbrook Street
Portland, Maine 04102
207-756-8025

Inv. # 21515
Date: 3/11/04

BILL TO:
SPM Container Line
Attn: Roger B. Swallow
Marginal Rd, P.O. Box 31, C.R.O
HALIFAX, CN B3J2L4

CUSTOMER #: 2494
CUSTOMER TYPE: FE

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 1.00 | Berthing<br>Shamrock Voyage 466<br>February 25, 2004 | 589.50 | 589.50 |
| | TOTAL DUE: | | $589.50 |

**ANY BALANCES OVER 30 DAYS WILL BE SUBJECT TO A FINANCE CHARGE.**

| DATE | CUSTOMER | INVOICE # |
|---|---|---|
| 3/11/04 | SPM Container Line | 21515 |

Remit and Make Check Payable To:

Depatment of Transportation
Jetport & Seaport
1001 Westbrook St
Portland                ME 04102

CUSTOMER NO:   2494            CUSTOMER TYPE: FE/   2768
                                        AMOUNT:
**TOTAL AMOUNT DUE UPON RECEIPT**          $589.50



# INVOICE

**CITY OF PORTLAND, MAINE**
Waterfront & Jetport
1001 Westbrook Street
Portland, Maine 04102
207-756-8025

Inv. # 21779
Date: 4/06/04

BILL TO:
SPM Container Line
Attn: Roger B. Swallow
Marginal Rd, P.O. Box 31, C.R.O
HALIFAX, CN B3J2L4

CUSTOMER #: 2494
CUSTOMER TYPE: FE

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 1.00 | Berthing<br>Shamrock Voyage 467<br>March 2, 2004 | 589.50 | 589.50 |
| | TOTAL DUE: | | $589.50 |

**ANY BALANCES OVER 30 DAYS WILL BE SUBJECT TO A FINANCE CHARGE.**

| DATE | CUSTOMER | INVOICE # |
|---|---|---|
| 4/06/04 | SPM Container Line | 21779 |

Remit and Make Check Payable To:

Depatment of Transportation
Jetport & Seaport
1001 Westbrook St
Portland          ME 04102

CUSTOMER NO:   2494              CUSTOMER TYPE: FE/   2768
                                           AMOUNT:
**TOTAL AMOUNT DUE UPON RECEIPT**                    $589.50



# INVOICE

**CITY OF PORTLAND, MAINE**
Waterfront & Jetport
1001 Westbrook Street
Portland, Maine 04102
207-756-8025

Inv. # 21782
Date: 4/06/04

BILL TO:
SPM Container Line
Attn: Roger B. Swallow
Marginal Rd, P.O. Box 31, C.R.O
HALIFAX, CN B3J2L4

CUSTOMER #: 2494
CUSTOMER TYPE: FE

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 1.00 | Berthing<br>Shamrock Voyage 468<br>March 9, 2004 | 589.50 | 589.50 |
| | TOTAL DUE: | | $589.50 |

**ANY BALANCES OVER 30 DAYS WILL BE SUBJECT TO A FINANCE CHARGE.**

| DATE | CUSTOMER | INVOICE # |
|---|---|---|
| 4/06/04 | SPM Container Line | 21782 |

Remit and Make Check Payable To:

Depatment of Transportation
Jetport & Seaport
1001 Westbrook St
Portland         ME 04102

CUSTOMER NO:  2494           CUSTOMER TYPE: FE/  2768
                             AMOUNT:

**TOTAL AMOUNT DUE UPON RECEIPT**         $589.50



# INVOICE

**CITY OF PORTLAND, MAINE**
Waterfront & Jetport
1001 Westbrook Street
Portland, Maine 04102
207-756-8025

Inv. # 21784

Date: 4/06/04

BILL TO:
SPM Container Line
Attn: Roger B. Swallow
Marginal Rd, P.O. Box 31, C.R.O
HALIFAX, CN B3J2L4

CUSTOMER #: 2494
CUSTOMER TYPE: FE

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 1.00 | Berthing<br>Shamrock Voyage 469<br>March 16, 2004 | 589.50 | 589.50 |
|  | TOTAL DUE: |  | $589.50 |

**ANY BALANCES OVER 30 DAYS WILL BE SUBJECT TO A FINANCE CHARGE.**

| DATE | CUSTOMER | INVOICE # |
|---|---|---|
| 4/06/04 | SPM Container Line | 21784 |

Remit and Make Check Payable To:

Depatment of Transportation
Jetport & Seaport
1001 Westbrook St
Portland            ME 04102

CUSTOMER NO:   2494         CUSTOMER TYPE: FE/   2768
                            AMOUNT:

**TOTAL AMOUNT DUE UPON RECEIPT**          $589.50



# INVOICE

**CITY OF PORTLAND, MAINE**
Waterfront & Jetport
1001 Westbrook Street
Portland, Maine 04102
207-756-8025

Inv. # 21786
Date: 4/06/04

BILL TO:
SPM Container Line
Attn: Roger B. Swallow
Marginal Rd, P.O. Box 31, C.R.O
HALIFAX, CN B3J2L4

CUSTOMER #: 2494
CUSTOMER TYPE: FE

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 1.00 | Berthing<br>Shamrock Voyage 470<br>March 23, 2004 | 589.50 | 589.50 |
| | TOTAL DUE: | | $589.50 |

**ANY BALANCES OVER 30 DAYS WILL BE SUBJECT TO A FINANCE CHARGE.**

| DATE | CUSTOMER | INVOICE # |
|---|---|---|
| 4/06/04 | SPM Container Line | 21786 |

Remit and Make Check Payable To:

Depatment of Transportation
Jetport & Seaport
1001 Westbrook St
Portland              ME 04102

CUSTOMER NO:    2494              CUSTOMER TYPE: FE/    2768
                                  AMOUNT:
**TOTAL AMOUNT DUE UPON RECEIPT**              $589.50



# INVOICE

**CITY OF PORTLAND, MAINE**
Waterfront & Jetport
1001 Westbrook Street
Portland, Maine 04102
207-756-8025

Inv. # 22074
Date: 5/05/04

BILL TO:
SPM Container Line
Attn: Roger B. Swallow
Marginal Rd, P.O. Box 31,C.R.O
HALIFAX, CN B3J2L4

CUSTOMER #: 2494
CUSTOMER TYPE: FE

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 1.00 | Berthing<br>Shamrock Voyage 471<br>April 1, 2004 | 589.50 | 589.50 |
|  | TOTAL DUE: |  | $589.50 |

**ANY BALANCES OVER 30 DAYS WILL BE SUBJECT TO A FINANCE CHARGE.**

| DATE | CUSTOMER | INVOICE # |
|---|---|---|
| 5/05/04 | SPM Container Line | 22074 |

Remit and Make Check Payable To:

Depatment of Transportation
Jetport & Seaport
1001 Westbrook St
Portland         ME 04102

CUSTOMER NO:   2494          CUSTOMER TYPE: FE/   2768
                                      AMOUNT:

**TOTAL AMOUNT DUE UPON RECEIPT**         $589.50



# INVOICE

**CITY OF PORTLAND, MAINE**
Waterfront & Jetport
1001 Westbrook Street
Portland, Maine 04102
207-756-8025

Inv. # 22077
Date: 5/05/04

BILL TO:
SPM Container Line
Attn: Roger B. Swallow
Marginal Rd, P.O. Box 31,C.R.O
HALIFAX, CN B3J2L4

CUSTOMER #:
CUSTOMER TYPE:

2494
FE

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 1.00 | Berthing<br>Shamrock Voyage 472<br>April 6, 2004 | 589.50 | 589.50 |
| | TOTAL DUE: | | $589.50 |

**ANY BALANCES OVER 30 DAYS WILL BE SUBJECT TO A FINANCE CHARGE.**

| DATE | CUSTOMER | INVOICE # |
|---|---|---|
| 5/05/04 | SPM Container Line | 22077 |

Remit and Make Check Payable To:

Depatment of Transportation
Jetport & Seaport
1001 Westbrook St
Portland          ME 04102

CUSTOMER NO:    2494              CUSTOMER TYPE: FE/    2768
                                  AMOUNT:
**TOTAL AMOUNT DUE UPON RECEIPT**                    $589.50



# INVOICE

**CITY OF PORTLAND, MAINE**
Waterfront & Jetport
1001 Westbrook Street
Portland, Maine 04102
207-756-8025

Inv. # 22079
Date: 5/05/04

BILL TO:
SPM Container Line
Attn: Roger B. Swallow
Marginal Rd, P.O. Box 31, C.R.O
HALIFAX, CN B3J2L4

CUSTOMER #: 2494
CUSTOMER TYPE: FE

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 1.00 | Berthing<br>Shamrock Voyage 473<br>April 13, 2004 | 589.50 | 589.50 |
| | TOTAL DUE: | | $589.50 |

**ANY BALANCES OVER 30 DAYS WILL BE SUBJECT TO A FINANCE CHARGE.**

| DATE | CUSTOMER | INVOICE # |
|---|---|---|
| 5/05/04 | SPM Container Line | 22079 |

Remit and Make Check Payable To:

Depatment of Transportation
Jetport & Seaport
1001 Westbrook St
Portland        ME 04102

CUSTOMER NO:  2494           CUSTOMER TYPE: FE/ 2768
                             AMOUNT:

**TOTAL AMOUNT DUE UPON RECEIPT**       $589.50



# INVOICE

**CITY OF PORTLAND, MAINE**
Waterfront & Jetport
1001 Westbrook Street
Portland, Maine 04102
207-756-8025

Inv. # 22081
Date: 5/05/04

BILL TO:
SPM Container Line
Attn: Roger B. Swallow
Marginal Rd, P.O. Box 31,C.R.O
HALIFAX, CN B3J2L4

CUSTOMER #: 2494
CUSTOMER TYPE: FE

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 1.00 | Berthing<br>Shamrock Voyage 474<br>April 22, 2004 | 589.50 | 589.50 |
| | TOTAL DUE: | | $589.50 |

**ANY BALANCES OVER 30 DAYS WILL BE SUBJECT TO A FINANCE CHARGE.**

| DATE | CUSTOMER | INVOICE # |
|---|---|---|
| 5/05/04 | SPM Container Line | 22081 |

Remit and Make Check Payable To:

Depatment of Transportation
Jetport & Seaport
1001 Westbrook St
Portland          ME 04102

CUSTOMER NO:   2494                    CUSTOMER TYPE: FE/   2768
                                       AMOUNT:

**TOTAL AMOUNT DUE UPON RECEIPT**                     $589.50



# INVOICE

**CITY OF PORTLAND, MAINE**
Waterfront & Jetport
1001 Westbrook Street
Portland, Maine 04102
207-756-8025

Inv. # 22083
Date: 5/05/04

BILL TO:
SPM Container Line
Attn: Roger B. Swallow
Marginal Rd, P.O. Box 31, C.R.O
HALIFAX, CN B3J2L4

CUSTOMER #: 2494
CUSTOMER TYPE: FE

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 1.00 | Berthing<br>Shamrock Voyage 475<br>April 29, 2004 | 589.50 | 589.50 |
| | TOTAL DUE: | | $589.50 |

**ANY BALANCES OVER 30 DAYS WILL BE SUBJECT TO A FINANCE CHARGE.**

| DATE | CUSTOMER | INVOICE # |
|---|---|---|
| 5/05/04 | SPM Container Line | 22083 |

Remit and Make Check Payable To:

Depatment of Transportation
Jetport & Seaport
1001 Westbrook St
Portland        ME 04102

CUSTOMER NO:   2494          CUSTOMER TYPE: FE/  2768
                             AMOUNT:

**TOTAL AMOUNT DUE UPON RECEIPT**           $589.50