

# INVOICE

**CITY OF PORTLAND, MAINE**
Waterfront & Jetport
1001 Westbrook Street
Portland, Maine 04102
207-756-8025

Inv. # 22462
Date: 6/15/04

BILL TO:
SPM Container Line
Attn: Roger B. Swallow
Marginal Rd, P.O. Box 31,C.R.O
HALIFAX, CN B3J2L4

CUSTOMER #: 2494
CUSTOMER TYPE: FE

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 1.00 | Berthing<br>Shamrock Voyage 476<br>May 4, 2004 | 589.50 | 589.50 |
| | TOTAL DUE: | | $589.50 |

**ANY BALANCES OVER 30 DAYS WILL BE SUBJECT TO A FINANCE CHARGE.**

| DATE | CUSTOMER | INVOICE # |
|---|---|---|
| 6/15/04 | SPM Container Line | 22462 |

Remit and Make Check Payable To:

Depatment of Transportation
Jetport & Seaport
1001 Westbrook St
Portland          ME 04102

CUSTOMER NO:   2494             CUSTOMER TYPE: FE/   2768
                                AMOUNT:

**TOTAL AMOUNT DUE UPON RECEIPT**                $589.50



# INVOICE

**CITY OF PORTLAND, MAINE**
Waterfront & Jetport
1001 Westbrook Street
Portland, Maine 04102
207-756-8025

Inv. # 22465
Date: 6/15/04

BILL TO:
SPM Container Line
Attn: Roger B. Swallow
Marginal Rd, P.O. Box 31, C.R.O
HALIFAX, CN B3J2L4

CUSTOMER #: 2494
CUSTOMER TYPE: FE

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 1.00 | Berthing<br>Shamrock Voyage 477<br>May 11, 2004 | 589.50 | 589.50 |
|  | TOTAL DUE: |  | $589.50 |

**ANY BALANCES OVER 30 DAYS WILL BE SUBJECT TO A FINANCE CHARGE.**

| DATE | CUSTOMER | INVOICE # |
|---|---|---|
| 6/15/04 | SPM Container Line | 22465 |

Remit and Make Check Payable To:

Depatment of Transportation
Jetport & Seaport
1001 Westbrook St
Portland        ME 04102

CUSTOMER NO:  2494          CUSTOMER TYPE: FE/  2768
                            AMOUNT:

**TOTAL AMOUNT DUE UPON RECEIPT**          $589.50



# INVOICE

**CITY OF PORTLAND, MAINE**
Waterfront & Jetport
1001 Westbrook Street
Portland, Maine 04102
207-756-8025

Inv. # 22468
Date: 6/15/04

BILL TO:
SPM Container Line
Attn: Roger B. Swallow
Marginal Rd, P.O. Box 31,C.R.O
HALIFAX, CN B3J2L4

CUSTOMER #: 2494
CUSTOMER TYPE: FE

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 1.00 | Berthing<br>Shamrock Voyage 478<br>May 18, 2004 | 589.50 | 589.50 |
| | TOTAL DUE: | | $589.50 |

**ANY BALANCES OVER 30 DAYS WILL BE SUBJECT TO A FINANCE CHARGE.**

| DATE | CUSTOMER | INVOICE # |
|---|---|---|
| 6/15/04 | SPM Container Line | 22468 |

Remit and Make Check Payable To:

Depatment of Transportation
Jetport & Seaport
1001 Westbrook St
Portland                ME 04102

CUSTOMER NO:   2494              CUSTOMER TYPE: FE/   2768
                                 AMOUNT:

**TOTAL AMOUNT DUE UPON RECEIPT**                     $589.50



# INVOICE

**CITY OF PORTLAND, MAINE**
Waterfront & Jetport
1001 Westbrook Street
Portland, Maine 04102
207-756-8025

Inv. # 22471
Date: 6/15/04

BILL TO:
SPM Container Line
Attn: Roger B. Swallow
Marginal Rd, P.O. Box 31, C.R.O
HALIFAX, CN B3J2L4

CUSTOMER #: 2494
CUSTOMER TYPE: FE

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 1.00 | Berthing<br>Shamrock Voyage 479<br>May 25, 2004 | 589.50 | 589.50 |
| | TOTAL DUE: | | $589.50 |

**ANY BALANCES OVER 30 DAYS WILL BE SUBJECT TO A FINANCE CHARGE.**

| DATE | CUSTOMER | INVOICE # |
|---|---|---|
| 6/15/04 | SPM Container Line | 22471 |

Remit and Make Check Payable To:

Depatment of Transportation
Jetport & Seaport
1001 Westbrook St
Portland         ME 04102

CUSTOMER NO:   2494                     CUSTOMER TYPE: FE/   2768
                                        AMOUNT:

**TOTAL AMOUNT DUE UPON RECEIPT**                  $589.50



# INVOICE

**CITY OF PORTLAND, MAINE**
Waterfront & Jetport
1001 Westbrook Street
Portland, Maine 04102
207-756-8025

Inv. # 22918
Date: 6/30/04

BILL TO:

SPM Container Line
Attn: Roger B. Swallow
Marginal Rd, P.O. Box 31,C.R.O
HALIFAX, CN B3J2L4

CUSTOMER #: 2494
CUSTOMER TYPE: FE

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 1.00 | Berthing<br>Shamrock Voyage 480<br>June 1, 2004 | 589.50 | 589.50 |
| | TOTAL DUE: | | $589.50 |

**ANY BALANCES OVER 30 DAYS WILL BE SUBJECT TO A FINANCE CHARGE.**

| DATE | CUSTOMER | INVOICE # |
|---|---|---|
| 6/30/04 | SPM Container Line | 22918 |

Remit and Make Check Payable To:

Depatment of Transportation
Jetport & Seaport
1001 Westbrook St
Portland          ME 04102

CUSTOMER NO:   2494                    CUSTOMER TYPE: FE/   2768

**TOTAL AMOUNT DUE UPON RECEIPT**               $589.50



# INVOICE

**CITY OF PORTLAND, MAINE**
Waterfront & Jetport
1001 Westbrook Street
Portland, Maine 04102
207-756-8025

Inv. # 22920
Date: 6/30/04

BILL TO:

SPM Container Line
Attn: Roger B. Swallow
Marginal Rd, P.O. Box 31, C.R.O
HALIFAX, CN B3J2L4

CUSTOMER #: 2494
CUSTOMER TYPE: FE

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 1.00 | Berthing<br>Shamrock Voyage 481<br>June 8, 2004 | 589.50 | 589.50 |
| | TOTAL DUE: | | $589.50 |

**ANY BALANCES OVER 30 DAYS WILL BE SUBJECT TO A FINANCE CHARGE.**

| DATE | CUSTOMER | INVOICE # |
|---|---|---|
| 6/30/04 | SPM Container Line | 22920 |

Remit and Make Check Payable To:

Depatment of Transportation
Jetport & Seaport
1001 Westbrook St
Portland     ME 04102

CUSTOMER NO:  2494                    CUSTOMER TYPE: FE/   2768

**TOTAL AMOUNT DUE UPON RECEIPT**
$589.50



# INVOICE

**CITY OF PORTLAND, MAINE**
Waterfront & Jetport
1001 Westbrook Street
Portland, Maine 04102
207-756-8025

Inv. # 22923
Date: 6/30/04

BILL TO:
SPM Container Line
Attn: Roger B. Swallow
Marginal Rd, P.O. Box 31, C.R.O
HALIFAX, CN B3J2L4

CUSTOMER #: 2494
CUSTOMER TYPE: FE

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 1.00 | Berthing<br>Shamrock Voyage 482<br>June 15, 2004 | 589.50 | 589.50 |
| | TOTAL DUE: | | $589.50 |

**ANY BALANCES OVER 30 DAYS WILL BE SUBJECT TO A FINANCE CHARGE.**

| DATE | CUSTOMER | INVOICE # |
|---|---|---|
| 6/30/04 | SPM Container Line | 22923 |

Remit and Make Check Payable To:

Depatment of Transportation
Jetport & Seaport
1001 Westbrook St
Portland          ME 04102

CUSTOMER NO:  2494            CUSTOMER TYPE: FE/   2768
AMOUNT:

**TOTAL AMOUNT DUE UPON RECEIPT**         $589.50



# INVOICE

**CITY OF PORTLAND, MAINE**
Waterfront & Jetport
1001 Westbrook Street
Portland, Maine 04102
207-756-8025

Inv. #   22926
Date:    6/30/04

BILL TO:

```
SPM Container Line
Attn: Roger B. Swallow
Marginal Rd, P.O. Box 31,C.R.O
HALIFAX, CN B3J2L4
```

CUSTOMER #:
CUSTOMER TYPE:

2494
FE

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 1.00 | Berthing<br>Shamrock Voyage 483<br>June 22, 2004 | 589.50 | 589.50 |
|  | TOTAL DUE: |  | $589.50 |

**ANY BALANCES OVER 30 DAYS WILL BE SUBJECT TO A FINANCE CHARGE.**

| DATE | CUSTOMER | INVOICE # |
|---|---|---|
| 6/30/04 | SPM Container Line | 22926 |

Remit and Make Check Payable To:

```
Depatment of Transportation
Jetport & Seaport
1001 Westbrook St
Portland           ME 04102
```

CUSTOMER NO:   2494                     CUSTOMER TYPE: FE/   2768

**TOTAL AMOUNT DUE UPON RECEIPT**                    $589.50



# INVOICE

**CITY OF PORTLAND, MAINE**
Waterfront & Jetport
1001 Westbrook Street
Portland, Maine 04102
207-756-8025

Inv. # 22928
Date: 6/30/04

BILL TO:
SPM Container Line
Attn: Roger B. Swallow
Marginal Rd, P.O. Box 31,C.R.O
HALIFAX, CN B3J2L4

CUSTOMER #: 2494
CUSTOMER TYPE: FE

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 1.00 | Berthing<br>Shamrock Voyage 484<br>June 29, 2004 | 589.50 | 589.50 |
| | TOTAL DUE: | | $589.50 |

**ANY BALANCES OVER 30 DAYS WILL BE SUBJECT TO A FINANCE CHARGE.**

| DATE | CUSTOMER | INVOICE # |
|---|---|---|
| 6/30/04 | SPM Container Line | 22928 |

Remit and Make Check Payable To:

Depatment of Transportation
Jetport & Seaport
1001 Westbrook St
Portland                ME 04102

CUSTOMER NO:    2494                    CUSTOMER TYPE: FE/    2768
                                        AMOUNT:

**TOTAL AMOUNT DUE UPON RECEIPT**                              $589.50



# INVOICE

**CITY OF PORTLAND, MAINE**
Waterfront & Jetport
1001 Westbrook Street
Portland, Maine 04102
207-756-8025

Inv. # 23340
Date: 7/28/04

BILL TO:
SPM Container Line
Attn: Roger B. Swallow
Marginal Rd, P.O. Box 31, C.R.O
HALIFAX, CN B3J2L4

CUSTOMER #: 2494
CUSTOMER TYPE: FE

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 1.00 | Berthing<br>Shamrock Voyage 485<br>July 8, 2004 | 589.50 | 589.50 |
| | TOTAL DUE: | | $589.50 |

**ANY BALANCES OVER 30 DAYS WILL BE SUBJECT TO A FINANCE CHARGE.**

| DATE | CUSTOMER | INVOICE # |
|---|---|---|
| 7/28/04 | SPM Container Line | 23340 |

Remit and Make Check Payable To:

Depatment of Transportation
Jetport & Seaport
1001 Westbrook St
Portland              ME 04102

CUSTOMER NO:   2494            CUSTOMER TYPE: FE/   2768
                                      AMOUNT:

**TOTAL AMOUNT DUE UPON RECEIPT**              $589.50