5.23 Per Pilotage Unit  Invoice Date 4/2/2004
PAYMENT DUE IN 30 DAYS

# PORTLAND PILOTS, INC.

Services Rendered By

Vessel's Name **SHAMROCK**  Invoice Number 20040401

Length 393.720  Breadth 59.060  Depth 26.250  = Pilotage Units 61.04

Inbound 4/1/2004  Capt. Clark  $ $523.0

Outbound 4/1/2004  Capt. Clark  $ $523.0

Shift  $

  $

Atlantic Maritime Transit Agency  TOTAL $ $1,046.0

Formula: $\frac{L \times B \times D}{10{,}000}$ = Pilotage Units

---

5.28 Per Pilotage Unit  Invoice Date 7/20/2004
PAYMENT DUE IN 30 DAYS

# PORTLAND PILOTS, INC.

Services Rendered By

Vessel's Name **SHAMROCK**  Invoice Number 2004072

Length 393.720  Breadth 59.060  Depth 26.250  = Pilotage Units 61.04

Inbound 7/20/2004  Capt. Campbell  $ $528.0

Outbound  $ $400.0

  SHIFT TO ANCHORAGE/RETURN TO
Shift  IMT DATES: 7/20-7/30 8/5-8/13-2004  $
  $100.00 PER SHIFT  $

Atlantic Maritime Transit Agency  TOTAL $ $928.0

Formula: $\frac{L \times B \times D}{10{,}000}$ = Pilotage Units

Rate __5.23__ Per Pilotage Unit    Invoice Date __4/14/2004__
PAYMENT DUE IN 30 DAYS ✱

## PORTLAND PILOTS, INC.

Services Rendered By

Vessel's Name __SHAMROCK__    Invoice Number __20040417__

Length __393.720__ Breadth __59.060__ Depth __26.250__ = Pilotage Units __61.04__

Inbound __4/13/2004__    Capt. Klopp    $ __$523.00__

Outbound __4/13/2004__    Capt. Klopp    $ __$523.00__

Transit _____    $ _____

_____    $ _____

Agent __Atlantic Maritime Transit Agency__    TOTAL $ __$1,046.00__

Formula: $\frac{L \times B \times D}{10{,}000}$ = Pilotage Units

---

Rate __5.23__ Per Pilotage Unit    Invoice Date __4/7/2004__
PAYMENT DUE IN 30 DAYS ✱

## PORTLAND PILOTS, INC.

Services Rendered By

Vessel's Name __SHAMROCK__    Invoice Number __20040408__

Length __393.720__ Breadth __59.060__ Depth __26.250__ = Pilotage Units __61.04__

Inbound __4/6/2004__    Capt. Clark    $ __$523.00__

Outbound __4/6/2004__    Capt. Clark    $ __$523.00__

Transit _____    $ _____

_____    $ _____

Agent __Atlantic Maritime Transit Agency__    TOTAL $ __$1,046.00__

Formula: $\frac{L \times B \times D}{10{,}000}$ = Pilotage Units

Rate **5.23** Per Pilotage Unit  Invoice Date **4/29/2004**
PAYMENT DUE IN 30 DAYS ✱

## PORTLAND PILOTS, INC.

Services Rendered By

Vessel's Name **SHAMROCK**  Invoice Number **20040446**

Length **393.720** Breadth **59.060** Depth **26.250** = Pilotage Units **61.04**

Inbound **4/29/2004**   Capt. Clark   $ **$523.00**

Outbound **4/29/2004**   Capt. Clark   $ **$523.00**

Transit _____   $ _____

   $ _____

Agent **Atlantic Maritime Transit Agency**   TOTAL $ **$1,046.00**

Formula: $\frac{L \times B \times D}{10,000}$ = Pilotage Units

---

Rate **5.23** Per Pilotage Unit  Invoice Date **4/23/2004**
PAYMENT DUE IN 30 DAYS ✱

## PORTLAND PILOTS, INC.

Services Rendered By

Vessel's Name **SHAMROCK**  Invoice Number **20040433**

Length **393.720** Breadth **59.060** Depth **26.250** = Pilotage Units **61.04**

Inbound **4/22/2004**   Capt. Dunbar   $ **$523.00**

Outbound **4/22/2004**   Capt. Dunbar   $ **$523.00**

Transit _____   $ _____

   $ _____

Agent **Atlantic Maritime Transit Agency**   TOTAL $ **$1,046.00**

Formula: $\frac{L \times B \times D}{10,000}$ = Pilotage Units

Rate 5.23 Per Pilotage Unit  Invoice Date 5/13/2004
PAYMENT DUE IN 30 DAYS ✱

# PORTLAND PILOTS, INC.

Services Rendered By

Vessel's Name **SHAMROCK**  Invoice Number 20040516

Length 393.720  Breadth 59.060  Depth 26.250  = Pilotage Units 61.04

Inbound 5/12/2004  Capt. Germond  $ $523.00

Outbound 5/13/2004  Capt. Germond  $ $523.00

Transit  $

 $

Agent Atlantic Maritime Transit Agency  TOTAL $ $1,046.00

Formula: $\frac{L \times B \times D}{10,000}$ = Pilotage Units

---

Rate 5.23 Per Pilotage Unit  Invoice Date 5/6/2004
PAYMENT DUE IN 30 DAYS ✱

# PORTLAND PILOTS, INC.

Services Rendered By

Vessel's Name **SHAMROCK**  Invoice Number 20040508

Length 393.720  Breadth 59.060  Depth 26.250  = Pilotage Units 61.04

Inbound 5/5/2004  Capt. Klopp  $ $523.0(

Outbound 5/6/2004  Capt. Klopp  $ $523.0(

Transit  $

Agent Atlantic Maritime Transit Agency  TOTAL $ $1,046.0

Formula: $\frac{L \times B \times D}{10,000}$ = Pilotage Units

Rate  5.23  Per Pilotage Unit

Invoice Date  5/27/2004
PAYMENT DUE IN 30 DAYS

# PORTLAND PILOTS, INC.

Services Rendered By

Vessel's Name __SHAMROCK__

Invoice Number  200405

Length __393.720__ Breadth __59.060__ Depth __26.250__ Pilotage Units __61.04__

Inbound __5/25/2004__  Capt. Campbell  $ __$523.__

Outbound __5/25/2004__  Capt. Campbell  $ __$523.__

Transit _____  $ _____

                                  $ _____

Agent __Atlantic Maritime Transit Agency__   TOTAL $ __$1,046__

Formula: $\frac{L \times B \times D}{10,000}$ = Pilotage Units

---

Rate  5.23  Per Pilotage Unit

Invoice Date  5/20/2004
PAYMENT DUE IN 30 DAYS

# PORTLAND PILOTS, INC.

Services Rendered By

Vessel's Name __SHAMROCK__

Invoice Number  2004

Length __393.720__ Breadth __59.060__ Depth __26.250__ Pilotage Units __61.04__

Inbound __5/18/2004__  Capt. Dunbar  $ __$5__

Outbound __5/18/2004__  Capt. Dunbar  $ __$5__

Transit _____  $ _____

                                  $ _____

Agent __Atlantic Maritime Transit Agency__   TOTAL $ __$1,0__

Formula: $\frac{L \times B \times D}{10,000}$ = Pilotage Units

Rate __5.23__ Per Pilotage Unit

Invoice Date __6/9/2004__
PAYMENT DUE IN 30 DAYS ✱

## PORTLAND PILOTS, INC.

Services Rendered By

Vessel's Name __SHAMROCK__

Invoice Number __20040615__

Length __393.720__ Breadth __59.060__ Depth __26.250__ = Pilotage Units __61.04__

Inbound __6/8/2004__     Capt. Germond     $ __$523.00__

Outbound __6/9/2004__     Capt. Germond     $ __$523.00__

Transit _____ $ _____

$ _____

Agent __Atlantic Maritime Transit Agency__     TOTAL $ __$1,046.00__

Formula: $\frac{L \times B \times D}{10,000}$ = Pilotage Units

---

Rate __5.23__ Per Pilotage Unit

Invoice Date __6/3/2004__
PAYMENT DUE IN 30 DAYS ✱

## PORTLAND PILOTS, INC.

Services Rendered By

Vessel's Name __SHAMROCK__

Invoice Number __20040605__

Length __393.720__ Breadth __59.060__ Depth __26.250__ = Pilotage Units __61.04__

Inbound __6/2/2004__     Capt. Campbell     $ __$523.00__

Outbound __6/3/2004__     Capt. Campbell     $ __$523.00__

Transit _____ $ _____

$ _____

Agent __Atlantic Maritime Transit Agency__     TOTAL $ __$1,046.00__

Formula: $\frac{L \times B \times D}{10,000}$ = Pilotage Units

Rate __5.23__ Per Pilotage Unit  Invoice Date __6/25/2004__
PAYMENT DUE IN 30 DAYS ★

## PORTLAND PILOTS, INC.

Services Rendered By

Vessel's Name __SHAMROCK__  Invoice Number __20040638__

Length __393.720__ Breadth __59.060__ Depth __26.250__ = Pilotage Units __61.04__

Inbound __6/22/2004__   Capt. Campbell   $ __$523.00__

Outbound __6/22/2004__   Capt. Campbell   $ __$523.00__

Transit _____   $ _____

  $ _____

Agent __Atlantic Maritime Transit Agency__   TOTAL $ __$1,046.00__

Formula: $\frac{L \times B \times D}{10,000}$ = Pilotage Units

---

Rate __5.23__ Per Pilotage Unit   Invoice Date __6/16/2004__
PAYMENT DUE IN 30 DAYS ★

## PORTLAND PILOTS, INC.

Services Rendered By

Vessel's Name __SHAMROCK__   Invoice Number __20040627__

Length __393.720__ Breadth __59.060__ Depth __26.250__ = Pilotage Units __61.04__

Inbound __6/15/2004__   Capt. Germond   $ __$523.00__

Outbound __6/16/2004__   Capt. Clark   $ __$523.00__

Transit _____   $ _____

  $ _____

Agent __Atlantic Maritime Transit Agency__   TOTAL $ __$1,046.00__

Formula: $\frac{L \times B \times D}{10,000}$ = Pilotage Units

late 5.28 Per Pilotage Unit  Invoice Date 7/8/2004
PAYMENT DUE IN 30 DAY

## PORTLAND PILOTS, INC.

Services Rendered By

Vessel's Name **SHAMROCK** _____ Invoice Number 200407

Length 393.720 Breadth 59.060 Depth 26.250 = Pilotage Units 61.04

Inbound 7/8/2004                Capt. Dunbar                $ $528

Outbound 7/8/2004               Capt. Dunbar                $ $528.

Transit _____ $ _____

_____ $ _____

Agent  Atlantic Maritime Transit Agency        TOTAL $ $1,056.

Formula: $\frac{L \times B \times D}{10,000}$ = Pilotage Units

---

Rate 5.23 Per Pilotage Unit  Invoice Date 6/30/2004
PAYMENT DUE IN 30 DAYS

## PORTLAND PILOTS, INC.

Services Rendered By

Vessel's Name **SHAMROCK** _____ Invoice Number 2004065

Length 393.720 Breadth 59.060 Depth 26.250 = Pilotage Units 61.04

Inbound 6/29/2004               Capt. Germond              $ $523.(

Outbound 6/29/2004              Capt. Campbell             $ $523.(

Transit _____ $ _____

_____ $ _____

Agent  Atlantic Maritime Transit Agency        TOTAL $ $1,046.(

Formula: $\frac{L \times B \times D}{10,000}$ = Pilotage Units