

# MASSACHUSETTS PORT AUTHORITY
P.O. BOX 5853
BOSTON, MA 02206-5853

TERMS: NET 10 DAYS

OVERDUE INVOICES ARE SUBJECT TO A FINANCE CHARGE OF 1½% PER MONTH.

| INVOICE NUMBER | CUSTOMER ACCOUNT NUMBER | INVOICE DATE |
|---|---|---|
| 0001120304 | 002154 | 04/06/2004 |

SPM LINE INC
577 MARGINAL ROAD
PO BOX 31   CRO
HALIFAX, N.S.      B3J 2L4

Vessel: SHAMROCK             Voyage: 462             Arrival Date: 01/27/2004

|  |  | AMOUNT |
|---|---|---|
| 315554330 | TERMINAL HANDLING | |
| | -FULL CONTAINERS @ $188.00 EA = | |
| | 1-EMPTY CONTAINERS @ $63.00 EA = | 63.00 |
| | -SPECIAL CONTAINERS @ $100.00 EA = | |
| | | 63.00 |
| | ============ | |
| | **** Invoice Total **** | 63.00 |

PLEASE MAKE CHECK PAYABLE TO:

**MASSACHUSETTS PORT AUTHORITY**
P.O. BOX 5853
BOSTON, MA 02206-5853



PAY LAST AMOU

# MASSACHUSETTS PORT AUTHORITY
P.O. BOX 5853
BOSTON, MA 02206-5853

TERMS: NET 10 DAYS

OVERDUE INVOICES ARE SUBJECT TO A FINANCE CHARGE OF 1½% PER MONTH.

| Invoice Number | Customer Account Number | Invoice Date |
|---|---|---|
| 0000750404 | 002154 | 04/22/2004 |

SPM LINE INC
577 MARGINAL ROAD
PO BOX 31   CRO
HALIFAX, N.S.        B3J 2L4

Vessel: SHAMROCK          Voyage: 274          Arrival Date: 04/21/2004

| | | AMOUNT |
|---|---|---|
| 315404320 | GUARANTEE/DETENTIONS<br>15-MINS ON ST @ $1,381/HR          345.25 | 345.25 |
| 315504320 | DOCKAGE<br>1 DAYS DOCKAGE @ $765.00 MIN/DAY =     765.00 | 765.00 |
| 315554330 | TERMINAL HANDLING<br>174-FULL CONTAINERS @ $188.00 EA =   32,712.00<br>77-EMPTY CONTAINERS @ $63.00 EA =    4,851.00<br>3-SPECIAL CONTAINERS @ $100.00 EA =    300.00 | 37,863.00 |
| 315784350 | STEVEDORING BERTH 11 CONLEY<br>273-CONTS @ $94.53/CONT @ PROD OF 23.2   25,806.69<br>Extra Labor | 25,806.69 |

```
                           **** Invoice Total ****    ============
                                                       64,779.94
                                                       62,349.71
                                                       ---------
                                                       2,430.23
```

PLEASE MAKE CHECK PAYABLE TO:

## MASSACHUSETTS PORT AUTHORITY
P.O. BOX 5853
BOSTON, MA 02206-5853


PAY LAST AMO

# MASSACHUSETTS PORT AUTHORITY
P.O. BOX 5853
BOSTON, MA 02206-5853

TERMS: NET 10 DAYS

OVERDUE INVOICES ARE SUBJECT TO A FINANCE CHARGE OF 1½% PER MONTH.

| INVOICE NUMBER | CUSTOMER ACCOUNT NUMBER | INVOICE DATE |
|---|---|---|
| 00950404 | 002154 | 04/28/2004 |

SPM LINE INC
577 MARGINAL ROAD
PO BOX 31 CRO
HALIFAX, N.S.    B3J 2L4

Vessel: SHAMROCK          Voyage: 475          Arrival Date: 04/28/2004

| | | | AMOUNT |
|---|---|---|---|
| 315404320 | GUARANTEE/DETENTIONS | | |
| | 10 MINS ON ST @ $1,381/HR = | 230.17 | 230.17 |
| 315504320 | DOCKAGE | | |
| | 1 DAYS DOCKAGE @ $765.00 MIN/DAY = | 765.00 | 765.00 |
| 315554330 | TERMINAL HANDLING | | |
| | 170--FULL CONTAINERS @ $188.00 EA = | 31,960.00 | |
| | 32-EMPTY CONTAINERS @ $63.00 EA = | 2,016.00 | |
| | --SPECIAL CONTAINERS @ $100.00 EA = | | 33,976.00 |
| 315784350 | STEVEDORING BERTH 11 CONLEY | | |
| | 234--CONTS @ $92.96/CONT @ PROD OF 24.4 | 21,752.64 | |
| | Extra Labor | | |
| | -mins on st @ $56.28/hr = | | 21,752.64 |

**** Invoice Total ****          56,723.81

PLEASE MAKE CHECK PAYABLE TO:

**MASSACHUSETTS PORT AUTHORITY**
P.O. BOX 5853
BOSTON, MA 02206-5853


PAY LAST AMO



# MASSACHUSETTS PORT AUTHORITY
P.O. BOX 5853
BOSTON, MA 02206-5853

TERMS: NET 10 DAY

OVERDUE INVOICE ARE SUBJECT TO FINANCE CHARGE O 1½% PER MONTH.

| INVOICE NUMBER | CUSTOMER ACCOUNT NUMBER | INVOICE DATE |
|---|---|---|
| M0003970404 | 002154 | 05/03/2004 |

SPM LINE INC
577 MARGINAL ROAD
PO BOX 31    CRO
HALIFAX, N.S.    B3J 2L4

/S: ALIAN   Description: REEFER MONITORING FEE        Billing Period: 04/2004

| | | | | | AMOUNT |
|---|---|---|---|---|---|
| 315534310 | REEFER SERVICE CHARGE | | | | |
| | REEFER SERVICE BILLING FOR THE | | | | |
| | MONTH OF APRIL 2004 | | | | |
| | | DAYS | ELECTRIC | REEFER | |
| | VESSEL TOTALS | | | | |
| | | 7 | 59.50 | 238.00 | 297.50 |
| | | | | | 297.50 |
| | | | | | ============ |
| | | **** Invoice Total **** | | | 297.50 |

PLEASE MAKE CHECK PAYABLE TO:

## MASSACHUSETTS PORT AUTHORITY
P.O. BOX 5853
BOSTON, MA 02206-5853

PAY LAST



# MASSACHUSETTS PORT AUTHORITY
P.O. BOX 5853
BOSTON, MA 02206-5853

**TERMS: NET 10 DAYS**

**OVERDUE INVOICES ARE SUBJECT TO A FINANCE CHARGE OF 1½% PER MONTH.**

| INVOICE NUMBER | CUSTOMER ACCOUNT NUMBER | INVOICE DATE |
|---|---|---|
| 000080504 | 002154 | 05/06/2004 |

SPM LINE INC
577 MARGINAL ROAD
PO BOX 31   CRO
HALIFAX, N.S.     B3J 2L4

Vessel: SHAMROCK              Voyage: 476              Arrival Date: 05/05/2004

|  |  | AMOUNT |
|---|---|---|
| 315404320 | GUARANTEE/DETENTIONS | |
|  | 15 MINS ON ST @ $1,381/HR             345.25 | 345.25 |
| 315504320 | DOCKAGE | |
|  | 1 DAYS DOCKAGE @ $765.00 MIN/DAY =     765.00 | 765.00 |
| 315554330 | TERMINAL HANDLING | |
|  | 203-FULL CONTAINERS @ $188.00 EA =    38,164.00 | |
|  | 27-EMPTY CONTAINERS @ $63.00 EA =     1,701.00 | |
|  | -SPECIAL CONTAINERS @ $100.00 EA = | 39,865.00 |
| 315784350 | STEVEDORING BERTH 11 CONLEY | |
|  | 279-CONTS @ $103.66/CONT @ PROD 18.92   28,921.14 | |
|  | Extra Labor | 28,921.14 |
|  | **** Invoice Total **** | 69,896.39 |

PLEASE MAKE CHECK PAYABLE TO:

## MASSACHUSETTS PORT AUTHORITY
P.O. BOX 5853
BOSTON, MA 02206-5853





# MASSACHUSETTS PORT AUTHORITY
P.O. BOX 5853
BOSTON, MA 02206-5853

TERMS: NET 10 DAYS

OVERDUE INVOICES ARE SUBJECT TO A FINANCE CHARGE OF 1½% PER MONTH.

| INVOICE NUMBER | CUSTOMER ACCOUNT NUMBER | INVOICE DATE |
|---|---|---|
| 000370504 | 002154 | 05/12/2004 |

SFM LINE INC
577 MARGINAL ROAD
PO BOX 31  CRO
HALIFAX, N.S.   B3J 2L4

Vessel: SHAMROCK          Voyage: 477          Arrival Date: 05/12/2004

| | | AMOUNT |
|---|---|---|
| 315504320 | DOCKAGE | |
| | 1 DAYS DOCKAGE @ $765.00 MIN/DAY =          765.00 | 765.00 |
| 315554330 | TERMINAL HANDLING | |
| | 148-FULL CONTAINERS @ $188.00 EA =    27,824.00 | |
| | 115-EMPTY CONTAINERS @ $63.00 EA =     7,245.00 | |
| | -SPECIAL CONTAINERS @ $100.00 EA = | 35,069.00 |
| 315784350 | STEVEDORING BERTH 11 CONLEY | |
| | 286-CONTS @ $96.23/CONT @ PROD OF 22.0   27,521.78 | 27,521.78 |
| | **** Invoice Total **** | 63,355.78 |
| | | − 630.00 |
| | | 62,725.78 |

(handwritten totals: −630.00 ; 62,725.78)

PLEASE MAKE CHECK PAYABLE TO:

## MASSACHUSETTS PORT AUTHORITY
P.O. BOX 5853
BOSTON, MA 02206-5853

↑ PAY LAST AMOUNT



# MASSACHUSETTS PORT AUTHORITY
P.O. BOX 5853
BOSTON, MA 02206-5853

**TERMS: NET 10 DAYS**

**OVERDUE INVOICES ARE SUBJECT TO A FINANCE CHARGE OF 1½% PER MONTH.**

| INVOICE NUMBER | CUSTOMER ACCOUNT NUMBER | INVOICE DATE |
|---|---|---|
| 0000590504 | 002154 | 05/21/2004 |

SPM LINE INC
577 MARGINAL ROAD
PO BOX 31  CRO
HALIFAX, N.S.      B3J 2L4

Vessel: SHAMROCK    Voyage: 478    Arrival Date: 05/19/2004

|  |  | AMOUNT |
|---|---|---|
| 315404320 | GUARANTEE/DETENTIONS | |
|  | 35 MINS ON ST @ $1,381/HR = 805.58 | 805.58 |
| 315504320 | DOCKAGE | |
|  | 1 DAYS DOCKAGE @ $765.00 MIN/DAY = 765.00 | 765.00 |
| 315554330 | TERMINAL HANDLING | |
|  | 136-FULL CONTAINERS @ $188.00 EA = 25,568.00 | |
|  | 67-EMPTY CONTAINERS @ $63.00 EA = 4,221.00 | |
|  | -SPECIAL CONTAINERS @ $100.00 EA = | 29,789.00 |
| 315784330 | STEVEDORING | |
|  | 229-CONTS @ $92.23/CONT @ PROD OF 24.9  21,120.67 | 21,120.67 |
|  | **** Invoice Total **** | ============ 52,480.25 |

**PLEASE MAKE CHECK PAYABLE TO:**

**MASSACHUSETTS PORT AUTHORITY**
P.O. BOX 5853
BOSTON, MA 02206-5853


PAY LAST AMOUNT



# MASSACHUSETTS PORT AUTHORITY
P.O. BOX 5853
BOSTON, MA 02206-5853

**TERMS: NET 10 DAYS**

**OVERDUE INVOICES ARE SUBJECT TO A FINANCE CHARGE OF 1½% PER MONTH.**

| Invoice Number | Customer Account Number | Invoice Date |
|---|---|---|
| 00860504 | 002154 | 05/27/2004 |

SPM LINE INC
577 MARGINAL ROAD
PO BOX 31   CRO
HALIFAX, N.S.    B3J 2L4

Vessel: SHAMROCK            Voyage: 479            Arrival Date: 05/26/2004

| | | AMOUNT |
|---|---|---|
| 15404320 | GUARANTEE/DETENTIONS<br>25 MINS ON ST @ $1,381/HR =        575.42 | 575.42 |
| 15504320 | DOCKAGE<br>1 DAYS DOCKAGE @ $765.00 MIN/DAY =    765.00 | 765.00 |
| 15784330 | STEVEDORING<br>331-CONTS @ $94.53/CONT @ PROD OF 23.5   31,289.43<br>Extra Labor | 31,289.43 |
| | | ============ |
| | **** Invoice Total **** | 32,629.85 |

**PLEASE MAKE CHECK PAYABLE TO:**

## MASSACHUSETTS PORT AUTHORITY
P.O. BOX 5853
BOSTON, MA 02206-5853



# MASSACHUSETTS PORT AUTHORITY
P.O. BOX 5853
BOSTON, MA 02206-5853

**TERMS: NET 10 DAYS**

**OVERDUE INVOICES ARE SUBJECT TO A FINANCE CHARGE OF 1½% PER MONTH.**

| Invoice Number | Customer Account Number | Invoice Date |
|---|---|---|
| 000850504 | 002154 | 05/27/2004 |

SPM LINE INC
577 MARGINAL ROAD
PO BOX 31   CRO
HALIFAX, N.S.     B3J 2L4

Vessel: SHAMROCK     Voyage: 479     Arrival Date: 05/26/2004

| | | AMOUNT |
|---|---|---|
| 15554330 | TERMINAL HANDLING | |
| | 175-FULL CONTAINERS @ $188.00 EA = | 32,900.00 |
| | 132-EMPTY CONTAINERS @ $63.00 EA = | 8,316.00 |
| | -SPECIAL CONTAINERS @ $100.00 EA = | |
| | | 41,216.00 |
| | | ============ |
| | **** Invoice Total **** | 41,216.00 |

PLEASE MAKE CHECK PAYABLE TO:

**MASSACHUSETTS PORT AUTHORITY**
P.O. BOX 5853
BOSTON, MA 02206-5853


PAY LAST AMOUNT



# MASSACHUSETTS PORT AUTHORITY
P.O. BOX 5853
BOSTON, MA 02206-5853

TERMS: NET 10 DAYS

OVERDUE INVOICES ARE SUBJECT TO A FINANCE CHARGE OF 1½% PER MONTH.

| Invoice Number | Customer Account Number | Invoice Date |
|---|---|---|
| 0006210504 | 002154 | 06/01/2004 |

SPM LINE INC
577 MARGINAL ROAD
PO BOX 31   CRO
HALIFAX, N. S.      B3J 2L4

S: SPM     Description: EMPTY CONTAINER STORAGE      Billing Period: 05/2004

AMOUNT

315664330   STORAGE
            EMPTY CONTAINER CHARGES FOR THE MONTH
            OF MAY 2004

            4-CONTAINER DAY @ $1.30 PER DAY =          9.60
                                                                    9.60
                                                            ============
                    **** Invoice Total ****                         9.60

PLEASE MAKE CHECK PAYABLE TO:

## MASSACHUSETTS PORT AUTHORITY
P.O. BOX 5853
BOSTON, MA 02206-5853



# MASSACHUSETTS PORT AUTHORITY
P.O. BOX 5853
BOSTON, MA 02206-5853

**TERMS: NET 10 DAYS**

**OVERDUE INVOICES ARE SUBJECT TO A FINANCE CHARGE OF 1½% PER MONTH.**

massport

| CUSTOMER NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|
| MC0000060604 | 002154 | 06/03/2004 |

SPM LINE INC
577 MARGINAL ROAD
PO BOX 31 CRO
HALIFAX, N.S.    B3J 2L4

Vessel: SHAMROCK      Voyage: 480      Arrival Date: 06/02/2004

| | | AMOUNT |
|---|---|---|
| 315404320 | GUARANTEE/DETENTIONS | |
| | 50 MINS ON ST @ $1,381/HR = 1,150.83 | 1,150.83 |
| 315504320 | DOCKAGE | |
| | 1 DAYS DOCKAGE @ $765.00 MIN/DAY = 765.00 | 765.00 |
| 315554330 | TERMINAL HANDLING | |
| | 176-FULL CONTAINERS @ $188.00 EA = 33,088.00 | |
| | 84-EMPTY CONTAINERS @ $63.00 EA = 5,292.00 | |
| | -SPECIAL CONTAINERS @ $100.00 EA = | 38,380.00 |
| 315784330 | STEVEDORING | |
| | 277-CONTS @ $99.11/CONT @ PROD OF 20.6  27,453.47 | 27,453.47 |
| | **** Invoice Total **** | 67,749.30 |

CREDIT  -287.11

67,462.19

**PLEASE MAKE CHECK PAYABLE TO:**

**MASSACHUSETTS PORT AUTHORITY**
P.O. BOX 5853
BOSTON, MA 02206-5853

PAY LAST AMOUNT

# MASSACHUSETTS PORT AUTHORITY
P.O. BOX 5853
BOSTON, MA 02206-5853

**TERMS: NET 10 DAYS**

**OVERDUE INVOICES ARE SUBJECT TO A FINANCE CHARGE OF 1½% PER MONTH.**

massport

| INVOICE NUMBER | CUSTOMER ACCOUNT NUMBER | INVOICE DATE |
|---|---|---|
| 0000320604 | 002154 | 06/10/2004 |

SFM LINE INC
577 MARGINAL ROAD
PO BOX 31  CRO
HALIFAX, N.S.       B3J 2L4

Vessel: SHAMROCK             Voyage: 481              Arrival Date: 06/09/2004

| | | AMOUNT |
|---|---|---|
| 315404320 | GUARANTEE/DETENTIONS<br>75 MINS ON ST @ $1,381/HR =     1,726.25 | 1,726.25 |
| 315504320 | DOCKAGE<br>1 DAYS DOCKAGE @ $765.00 MIN/DAY =     765.00 | 765.00 |
| 315554330 | TERMINAL HANDLING<br>186-FULL CONTAINERS @ $188.00 EA =   34,968.00<br>44-EMPTY CONTAINERS @ $63.00 EA =    2,772.00<br>-SPECIAL CONTAINERS @ $100.00 EA = | 37,740.00 |
| 315784330 | STEVEDORING<br>264-CONTS @ $97.15/CONT @ PROD OF 21.5   25,647.60<br>Extra Labor | 25,647.60 |
| | **** Invoice Total **** | ==========<br>65,878.85 |

**PLEASE MAKE CHECK PAYABLE TO:**

**MASSACHUSETTS PORT AUTHORITY**
P.O. BOX 5853
BOSTON, MA 02206-5853


PAY LAST AMOUNT



# MASSACHUSETTS PORT AUTHORITY
P.O. BOX 5853
BOSTON, MA 02206-5853

**TERMS: NET 10 DA**

**OVERDUE INVOIC ARE SUBJECT TO FINANCE CHARGE 1½% PER MONTH.**

| INVOICE NUMBER | CUSTOMER ACCOUNT NUMBER | INVOICE DATE |
|---|---|---|
| MC0000490604 | 002154 | 06/17/2004 |

SPM LINE INC
577 MARGINAL ROAD
PO BOX 31   CRO
HALIFAX, N.S.        B3J 2L4

Vessel: SHAMROCK            Voyage: 482            Arrival Date: 06/16/2004

|  |  | AMOUNT |
|---|---|---|
| 315504320 | DOCKAGE | |
| | 1 DAYS DOCKAGE @ $765.00 MIN/DAY =   765.00 | 765.00 |
| 315554330 | TERMINAL HANDLING | |
| | 138-FULL CONTAINERS @ $188.00 EA =  25,944.00 | |
| | 59-EMPTY CONTAINERS @ $42.00 EA =    3,717.00 | 29,661.00 |
| 315784330 | STEVEDORING | |
| | 263-CONTS @ $97.15/CONT @ PROD OF 21.9   25,550.45 | |
| | Extra Labor | 25,550.45 |
| | | ========== |
| | **** Invoice Total ****  | 55,976.45 |

PLEASE MAKE CHECK PAYABLE TO:

## MASSACHUSETTS PORT AUTHORITY
P.O. BOX 5853
BOSTON, MA 02206-5853



PAY LAST



**P.O. BOX 3471**
**BOSTON, MA 02241-3471**

**TERMS: NET 30 DAY**

**OVERDUE INVOICES ARE SUBJECT TO A FINANCE CHARGE O 1 1/2% PER MONTH.**

| INVOICE NUMBER | CUSTOMER ACCOUNT NUMBER | INVOICE DATE |
|---|---|---|
| MC0000690604 | 002154 | 12/02/2004 |

SPM LINE INC
577 MARGINAL ROAD
PO BOX 31  CRO
HALIFAX, N.S.     B3J 2L4

**** COPY ****

Vessel: SHAMROCK          Voyage: 483          Arrival Date: 06/23/2004

AMOUNT

| | | | |
|---|---|---|---|
| 315404320 | GUARANTEE/DETENTIONS | | |
| | 30 MINS ON ST @ $1,381/HR = | 690.50 | |
| | | | 690.50 |
| 315504320 | DOCKAGE | | |
| | 1 DAYS DOCKAGE @ $765.00 MIN/DAY = | 765.00 | |
| | | | 765.00 |
| 315554330 | TERMINAL HANDLING | | |
| | 85-FULL CONTAINERS @ $188.00 EA = | 15,980.00 | |
| | 100-EMPTY CONTAINERS @ $63.00 EA = | 6,300.00 | |
| | -SPECIAL CONTAINERS @ $100.00 EA = | | |
| | | | 22,280.00 |
| 315784330 | STEVEDORING | | |
| | 234-CONTS @ $109.32/CONT @ PROD 16.71 | 25,580.88 | |
| | | | 25,580.88 |
| | | | ============ |
| | **** Invoice Total **** | | 49,316.38 |

PLEASE MAKE CHECK PAYABLE TO:

**MASSACHUSETTS PORT AUTHORITY**
**P.O. BOX 3471**
**BOSTON, MA 02241-3471**

↑
**PAY LAST AMOU**

TOTAL P.01



## MASSACHUSETTS PORT AUTHORITY
P.O. BOX 5853
BOSTON, MA 02206-5853

TERMS: NET 10 DAYS

OVERDUE INVOICES ARE SUBJECT TO A FINANCE CHARGE OF 1½% PER MONTH.

| INVOICE NUMBER | CUSTOMER ACCOUNT NUMBER | INVOICE DATE |
|---|---|---|
| 0000950604 | 002154 | 07/01/2004 |

SFM LINE INC
577 MARGINAL ROAD
PO BOX 31  CRO
HALIFAX, N.S.      B3J 2L4

Vessel: SHAMROCK          Voyage: .          Arrival Date: 06/30/2004

|  |  | AMOUNT |
|---|---|---|
| 315404320 | GUARANTEE/DETENTIONS<br>15 MINS ON ST @ $1,381 PER HR = 345.25 | 345.25 |
| 315504320 | DOCKAGE<br>1 DAYS DOCKAGE @ $765.00 MIN/DAY = 765.00 | 765.00 |
| 315554330 | TERMINAL HANDLING<br>111-FULL CONTAINERS @ $188.00 EA = 20,868.00<br>42-EMPTY CONTAINERS @ $63.00 EA = 2,646.00<br>-SPECIAL CONTAINERS @ $100.00 EA = | 23,514.00 |
| 315784330 | STEVEDORING<br>262-CONTS @ $101.27/CONT @ PROD OF 19.5   26,532.74 | 26,532.74 |
|  | **** Invoice Total **** | 51,156.99 |

PLEASE MAKE CHECK PAYABLE TO:

**MASSACHUSETTS PORT AUTHORITY**
P.O. BOX 5853
BOSTON, MA 02206-5853


PAY LAST AM(



# MASSACHUSETTS PORT AUTHORITY
P.O. BOX 5853
BOSTON, MA 02206-5853

TERMS: NET 10 DAYS

OVERDUE INVOICES ARE SUBJECT TO A FINANCE CHARGE OF 1½% PER MONTH.

| INVOICE NUMBER | CUSTOMER ACCOUNT NUMBER | INVOICE DATE |
|---|---|---|
| 00000240704 | 002154 | 07/08/2004 |

SPM LINE INC
577 MARGINAL ROAD
PO BOX 31  CRO
HALIFAX, N.S.      B3J 2L4

Vessel: SHAMROCK          Voyage: 485          Arrival Date: 07/07/2004

| | | AMOUNT |
|---|---|---|
| 315404320 | GUARANTEE/DETENTIONS | |
| | 15 MINS ON ST @ $1,381/HR =    345.25 | 345.25 |
| 315504320 | DOCKAGE | |
| | 1 DAYS DOCKAGE @ $765.00 MIN/DAY =    765.00 | 765.00 |
| 315554330 | TERMINAL HANDLING | |
| | 160-FULL CONTAINERS @ $188.00 EA =   30,080.00 | |
| | 31-EMPTY CONTAINERS @ $63.00 EA =    1,953.00 | |
| | -SPECIAL CONTAINERS @ $100.00 EA = | 32,033.00 |
| 315784330 | STEVEDORING | |
| | 238-CONTS @ $91.52/CONT @ PROD OF 25.0   21,781.76 | |
| | Extra Labor | 21,781.76 |
| | **** Invoice Total **** | 54,925.01 |

PLEASE MAKE CHECK PAYABLE TO:

## MASSACHUSETTS PORT AUTHORITY
P.O. BOX 5853
BOSTON, MA 02206-5853



PAY LAST AMOUNT



# MASSACHUSETTS PORT AUTHORITY
P.O. BOX 5853
BOSTON, MA 02206-5853

TERMS: NET 10 D

OVERDUE INVOI(
ARE SUBJECT T(
FINANCE CHARGE
1½% PER MONTH.



| INVOICE NUMBER | CUSTOMER ACCOUNT NUMBER | INVOICE DATE |
|---|---|---|
| MC0000380704 | 002154 | 07/20/2004 |

SFM LINE INC
577 MARGINAL ROAD
PO BOX 31   CRO
HALIFAX, N.S.      B3J 2L4

Vessel: shamrock          Voyage: 486          Arrival Date: 07/14/2004

AMOUNT

| | | | |
|---|---|---|---|
| 315404320 | GUARANTEE/DETENTIONS | | |
| | 130 mins on st @ $1,381/hr = | 2,992.17 | 2,992.17 |
| 315504320 | DOCKAGE | | |
| | 1 DAYS DOCKAGE @ $765.00 MIN/DAY = | 765.00 | 765.00 |
| 315554330 | TERMINAL HANDLING | | |
| | 139--FULL CONTAINERS @ $188.00 EA = | 26,132.00 | |
| | 20--EMPTY CONTAINERS @ $63.00 EA = | 1,260.00 | |
| | --SPECIAL CONTAINERS @ $100.00 EA = | | 27,392.00 |
| 315784330 | STEVEDORING | | |
| | 231--CONTS @ $96.23/CONT @ PROD OF 22 | 22,229.13 | 22,229.13 |
| | **** Invoice Total **** | | 53,378.30 |

PLEASE MAKE CHECK PAYABLE TO:

## MASSACHUSETTS PORT AUTHORITY
P.O. BOX 5853
BOSTON, MA 02206-5853



PAY LAST AMO

massport   BOSTON, MA 02241-3471

| INVOICE NUMBER | CUSTOMER ACCOUNT NUMBER | INVOICE DATE |
|---|---|---|
| MCO000900704 | 002154 | 07/28/2004 |

OVERDUE INVOICE
ARE SUBJECT TO
FINANCE CHARGE
1 1/2% PER MONTH

SPM LINE INC
577 MARGINAL ROAD
PO BOX 31   CRO
HALIFAX, N.S.    B3J 2L4

Vessel: SHAMROCK          Voyage: 487          Arrival Date: 07/21/2004

AMOUNT

315404320   GUARANTEE/DETENTIONS
            2 GANGS STANDBY ORDERS

            240 MINS ON ST @ $2,763 PER HOUR          11,052.00          11,052.00
                                                                    ============
                            **** Invoice Total ****                     11,052.00

PLEASE MAKE CHECK PAYABLE TO:

MASSACHUSETTS PORT AUTHORITY
P.O. BOX 3471
BOSTON, MA 02241-3471

↑
PAY LAST AMT