**BOSTON PILOTS**
Pier 1, South Bremen Street
EAST BOSTON, MA 02128
(617) 569-4500

# invoice

SPM LINES INC.
C/O ATLANTIC MARITIME AGCY
ROOM 215 CONLEY TERMINAL,
SOUTH BOSTON    MA    02127

DATE 4/1/04    NO. 24030066    DUE DATE 5/16/04

SHAMROCK    4854 CONT

| REFERENCE | | DESCRIPTION | | | | | AMOUNT |
|---|---|---|---|---|---|---|---|
| 100B | 03161 | PILOTAGE IN | 3/30/04 | RICHARD B. STOVER | 18.0 | 58.700 | 1,056.60 |
| 200B | 03166 | PILOTAGE OUT | 3/31/04 | FRANCIS R. MORTON | 16.0 | 58.700 | 939.20 |

Check Payable To: J. M. Downing, Agent

| | |
|---|---|
| SUB-TOTAL | $1,995.80 |
| SURCHARGE | $100.00 |
| TOTAL | $2,095.80 |
| PLEASE PAY LAST AMOUNT | $2,095.80 |



**BOSTON PILOTS**
Pier 1, South Bremen Street
EAST BOSTON, MA 02128
**(617) 569-4500**

SPM LINES INC.
C/O ATLANTIC MARITIME AGCY
ROOM 215 CONLEY TERMINAL,
SOUTH BOSTON      MA    02127

*invoice*

DATE 4/8/04    NO. 24040013    DUE DATE 5/23/04

SHAMROCK          4654 CONT

| REFERENCE | | DESCRIPTION | | | | | AMOUNT |
|---|---|---|---|---|---|---|---|
| 100B | 04027 | PILOTAGE IN | 4/7/04 | GREGG H. FARMER | 16.0 | 58.700 | 939.20 |
| 200B | 04033 | PILOTAGE OUT | 4/7/04 | JAMES S. CARMODY | 16.0 | 58.700 | 939.20 |

Check Payable To: J. M. Downing, Agent

| | |
|---|---|
| SUB-TOTAL | $1,878.40 |
| SURCHARGE | $100.00 |
| TOTAL | $1,978.40 |
| PLEASE PAY LAST AMOUNT ▷ | $1,978.40 |



**BOSTON PILOTS**
Pier 1, South Bremen Street
EAST BOSTON, MA 02128
**(617) 569-4500**

SPM LINES INC.
C/O ATLANTIC MARITIME AGCY
ROOM 215 CONLEY TERMINAL,
SOUTH BOSTON    MA  02127

# invoice

DATE 4/15/04   NO. 24040031   DUE DATE 5/30/04

SHAMROCK      4854 CONT

| REFERENCE | | DESCRIPTION | | | | AMOUNT |
|---|---|---|---|---|---|---|
| 100B | 04071 | PILOTAGE IN | 4/14/04 EARLE D. COFFMAN | 16.5 | 58.700 | 968.55 |
| 200B | 04074 | PILOTAGE OUT | 4/14/04 JOHN J. COLLINS | 16.5 | 58.700 | 968.55 |

Check Payable To: J. M. Downing, Agent

| | |
|---|---|
| SUB-TOTAL | $1,937.10 |
| SURCHARGE | $100.00 |
| TOTAL | $2,037.10 |
| PLEASE PAY LAST AMOUNT | $2,037.10 |

**BOSTON PILOTS**
Pier 1, South Bremen Street
EAST BOSTON, MA 02128
(617) 569-4500

# invoice

SPM LINES INC.
C/O ATLANTIC MARITIME AGCY
ROOM 215 CONLEY TERMINAL,
SOUTH BOSTON     MA   02127

DATE 4/24/04    NO. 24040049    DUE DATE 6/8/04

SHAMROCK          4658  CONT

| REFERENCE | | DESCRIPTION | | | | | AMOUNT |
|---|---|---|---|---|---|---|---|
| 100B | 04110 | PILOTAGE IN | 4/20/04 | CHRISTOPHER I. HOYT | 17.0 | 58.700 | 997.90 |
| 200B | 04115 | PILOTAGE OUT | 4/21/04 | CHRISTOPHER I. HOYT | 16.5 | 58.700 | 968.55 |

Check Payable To: J. M. Downing, Agent

| | |
|---|---|
| SUB-TOTAL | $1,966.45 |
| SURCHARGE | $100.00 |
| TOTAL | $2,066.45 |
| **PLEASE PAY LAST AMOUNT** ▷ | $2,066.45 |



**BOSTON PILOTS**
Pier 1, South Bremen Street
EAST BOSTON, MA 02128
(617) 569-4500

SPM LINES INC.
C/O ATLANTIC MARITIME AGCY
ROOM 215  CONLEY TERMINAL,
SOUTH BOSTON        MA    02127

# invoice

DATE 4/29/04     NO. 24040064     DUE DATE 6/13/04

SHAMROCK          4654  CONT

| REFERENCE | | DESCRIPTION | | | | | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1008 | 04146 | PILOTAGE IN | 4/28/04 | ROBERT G. CORDES | 17.0 | 58.700 | 997.90 |
| 2008 | 04149 | PILOTAGE OUT | 4/28/04 | GREGG H. FARMER | 16.5 | 58.700 | 968.55 |

Check Payable To: J. M. Downing, Agent

SUB-TOTAL  $1,966.45
SURCHARGE  $100.00
TOTAL  $2,066.45

PLEASE PAY LAST AMOUNT  $2,066.45

**BOSTON PILOTS**
Pier 1, South Bremen Street
EAST BOSTON, MA 02128
(617) 569-4500

# invoice

SPM LINES INC.
C/O ATLANTIC MARITIME AGCY
ROOM 215 CONLEY TERMINAL,
SOUTH BOSTON     MA    02127

DATE 5/5/04     NO. 24050009     DUE DATE 6/20/04

SHAMROCK           4854  CONT

| REFERENCE | | DESCRIPTION | | | | | AMOUNT |
|---|---|---|---|---|---|---|---|
| 100B | 05020 | PILOTAGE IN | 5/4/04 | FRANCIS R. MORTON | 17.0 | 58.700 | 997.90 |
| 200B | 05027 | PILOTAGE OUT | 5/5/04 | MARTIN J MCCABE | 16.0 | 58.700 | 939.20 |

Check Payable To: J. M. Downing, Agent

| | |
|---|---|
| SUB-TOTAL | $1,937.10 |
| SURCHARGE | $100.00 |
| TOTAL | $2,037.10 |
| **PLEASE PAY LAST AMOUNT** ▷ | $2,037.10 |

**BOSTON PILOTS**
Pier 1, South Bremen Street
EAST BOSTON, MA 02128
(617) 569-4500

# invoice

SPM LINES INC.
C/O ATLANTIC MARITIME AGCY
ROOM 215 CONLEY TERMINAL,
SOUTH BOSTON          MA    02127

DATE 5/13/04    NO. 24050027    DUE DATE 6/27/04

SHAMROCK            4654 CONT

| REFERENCE | | DESCRIPTION | | | | AMOUNT |
|---|---|---|---|---|---|---|
| 100B | 05060 | PILOTAGE IN | 5/12/04 FRANCIS R. MORTON | 16.5 | 58.700 | 968.55 |
| 200B | 05064 | PILOTAGE OUT | 5/12/04 CHRISTOPHER L. HOYT | 15.5 | 58.700 | 909.85 |

Check Payable To: J. M. Downing, Agent

| | |
|---|---|
| SUB-TOTAL | $1,878.40 |
| SURCHARGE | $100.00 |
| TOTAL | $1,978.40 |
| PLEASE PAY LAST AMOUNT | $1,978.40 |

**BOSTON PILOTS**
Pier 1, South Bremen Street
EAST BOSTON, MA 02128
(617) 569-4500

# invoice

SPM LINES INC.
C/O ATLANTIC MARITIME AGCY
ROOM 215 CONLEY TERMINAL,
SOUTH BOSTON     MA   02127

DATE 5/20/04    NO. 24050042    DUE DATE 7/4/04

SHAMROCK            4854  CONT

| REFERENCE | | DESCRIPTION | | | | AMOUNT |
|---|---|---|---|---|---|---|
| 100B | 05100 | PILOTAGE IN | 5/19/04 EARLE D. COFFMAN | 15.5 | 58.700 | 909.85 |
| 200B | 05101 | PILOTAGE OUT | 5/19/04 MARTIN J MCCABE | 15.0 | 58.700 | 880.50 |

Check Payable To: J. M. Downing, Agent

| | |
|---|---|
| SUB-TOTAL | $1,790.35 |
| SURCHARGE | $100.00 |
| TOTAL | $1,890.35 |
| PLEASE PAY LAST AMOUNT ▷ | $1,890.35 |

**BOSTON PILOTS**
Pier 1, South Bremen Street
EAST BOSTON, MA 02128
(617) 569-4500

# invoice

SPM LINES INC.
C/O ATLANTIC MARITIME AGCY
ROOM 215 CONLEY TERMINAL
SOUTH BOSTON   MA   02127

DATE 5/27/04    NO. 24050059    DUE DATE 7/11/04

SHAMROCK            4654 CONT

| REFERENCE | | DESCRIPTION | | | | AMOUNT |
|---|---|---|---|---|---|---|
| 100B | 05133 | PILOTAGE IN | 5/26/04 MARTIN J MCCABE | 17.0 | 58.700 | 997.90 |
| 200B | 05137 | PILOTAGE OUT | 5/26/04 MICHAEL E. PEDDLE | 16.0 | 58.700 | 939.20 |

Check Payable To: J. M. Downing, Agent

| | |
|---|---|
| SUB-TOTAL | $1,937.10 |
| SURCHARGE | $100.00 |
| TOTAL | $2,037.10 |
| **PLEASE PAY LAST AMOUNT** ▷ | $2,037.10 |

**BOSTON PILOTS**
Pier 1, South Bremen Street
EAST BOSTON, MA 02128
(617) 569-4500

# invoice

SPM LINES INC.
C/O ATLANTIC MARITIME AGCY
ROOM 215 CONLEY TERMINAL,
SOUTH BOSTON    MA   02127

DATE 6/3/04    NO. 24060000    DUE DATE 7/18/04

SHAMROCK           4654 CONT

| REFERENCE | | DESCRIPTION | | | | | AMOUNT |
|---|---|---|---|---|---|---|---|
| 100B | 06004 | PILOTAGE IN | 6/2/04 | EARLE D. COFFMAN | 17.0 | 58.700 | 997.90 |
| 200B | 06005 | PILOTAGE OUT | 6/2/04 | JOHN J. COLLINS | 16.0 | 58.700 | 939.20 |

Check Payable To: J. M. Downing, Agent

SUB-TOTAL  $1,937.10
SURCHARGE  $100.00
TOTAL      $2,037.10

**PLEASE PAY LAST AMOUNT**  $2,037.10

**BOSTON PILOTS**
Pier 1, South Bremen Street
EAST BOSTON, MA 02128
(617) 569-4500

# invoice

SPM LINES INC.
C/O ATLANTIC MARITIME AGCY
ROOM 215 CONLEY TERMINAL,
SOUTH BOSTON     MA    02127

DATE 6/10/04     NO. 24060023     DUE DATE 7/25/04

SHAMROCK         4654  CONT

| REFERENCE | | DESCRIPTION | | | | | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1008 | 06049 | PILOTAGE IN | 6/9/04 | RICHARD B. STOVER | 16.0 | 58.700 | 939.20 |
| 2006 | 06052 | PILOTAGE OUT | 6/9/04 | MARTIN J MCCABE | 15.0 | 58.700 | 880.50 |

Check Payable To: J. M. Downing, Agent

| | |
|---|---|
| SUB-TOTAL | $1,819.70 |
| SURCHARGE | $100.00 |
| TOTAL | $1,919.70 |
| PLEASE PAY LAST AMOUNT | $1,919.70 |

# BOSTON PILOTS
Pier 1, South Bremen Street
EAST BOSTON, MA 02128
**(617) 569-4500**

# invoice

SPM LINES INC.
C/O ATLANTIC MARITIME AGCY
ROOM 215  CONLEY TERMINAL,
SOUTH BOSTON         MA    02127

DATE 8/17/04    NO. 24060044    DUE DATE 9/1/04

SHAMROCK        4654  CONT

| REFERENCE | | DESCRIPTION | | | | | AMOUNT |
|---|---|---|---|---|---|---|---|
| 100S | 06097 | PILOTAGE IN | 8/16/04 | JOHN J. COLLINS | 16.0 | 58.700 | 939.20 |
| 200S | 06099 | PILOTAGE OUT | 8/16/04 | MICHAEL E. PEDDLE | 15.5 | 58.700 | 909.85 |

Check Payable To: J. M. Downing, Agent

| | |
|---|---|
| SUB-TOTAL | $1,849.05 |
| SURCHARGE | $100.00 |
| TOTAL | $1,949.05 |
| **PLEASE PAY LAST AMOUNT** | $1,949.05 |

**BOSTON PILOTS**
Pier 1, South Bremen Street
EAST BOSTON, MA 02128
(617) 569-4500

# invoice

SPM LINES INC.
C/O ATLANTIC MARITIME AGCY
ROOM 215 CONLEY TERMINAL,
SOUTH BOSTON    MA   02127

DATE 6/24/04    NO. 24060066    DUE DATE 8/8/04

SHAMROCK    4654 CONT

| REFERENCE | | DESCRIPTION | | | | | AMOUNT |
|---|---|---|---|---|---|---|---|
| 100B | 06148 | PILOTAGE IN | 6/23/04 | ROBERT G. CORDES | 14.0 | 58.700 | 821.80 |
| 200B | 06153 | PILOTAGE OUT | 6/23/04 | EARLE D. COFFMAN | 16.0 | 58.700 | 939.20 |

Check Payable To: J. M. Downing, Agent

SUB-TOTAL $1,761.00
SURCHARGE $100.00
TOTAL $1,861.00

PLEASE PAY
LAST AMOUNT ▷ $1,861.00

**BOSTON PILOTS**
Pier 1, South Bremen Street
EAST BOSTON, MA 02128
(617) 569-4500

# invoice

SPM LINES INC.
C/O ATLANTIC MARITIME AGCY
ROOM 215 CONLEY TERMINAL,
SOUTH BOSTON    MA   02127

DATE 7/1/04   NO. 24060087   DUE DATE 8/15/04

SHAMROCK          4654  CONT

| REFERENCE | | DESCRIPTION | | | | | AMOUNT |
|---|---|---|---|---|---|---|---|
| 100B | 06194 | PILOTAGE IN | 6/30/04 | MICHAEL E. PEDDLE | 17.0 | 58.700 | 997.90 |
| 200B | 06201 | PILOTAGE OUT | 6/30/04 | RICHARD S. STOVER | 16.0 | 58.700 | 939.20 |

Check Payable To: J. M. Downing, Agent

SUB-TOTAL  $1,937.10
SURCHARGE  $100.00
TOTAL      $2,037.10

PLEASE PAY LAST AMOUNT  $2,037.10

# BOSTON PILOTS
Pier 1, South Bremen Street
EAST BOSTON, MA 02128
**(617) 569-4500**

# invoice

SPM LINES INC.
C/O ATLANTIC MARITIME AGCY
ROOM 215 CONLEY TERMINAL,
SOUTH BOSTON       MA    02127

DATE 7/11/04     NO. 24070022     DUE DATE 8/25/04

SHAMROCK            4654  CONT

| REFERENCE | | DESCRIPTION | | | | | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1008 | 07046 | PILOTAGE IN | 7/7/04 | GREGG H. FARMER | 18.0 | 58.700 | 1,056.60 |
| 2008 | 07055 | PILOTAGE OUT | 7/7/04 | EARLE D. COFFMAN | 15.5 | 58.700 | 909.85 |

Check Payable To: J. M. Downing, Agent

Gross Tons = 3501 to 7,000

|  |  |
|---|---|
| SUB-TOTAL | $1,966.45 |
| SURCHARGE | $100.00 |
| TOTAL | $2,066.45 |
| PLEASE PAY LAST AMOUNT | $2,066.45 |

# BOSTON PILOTS
Pier 1, South Bremen Street
EAST BOSTON, MA 02128
(617) 569-4500

**invoice**

SPM LINES INC.
C/O ATLANTIC MARITIME AGCY
ROOM 215 CONLEY TERMINAL,
SOUTH BOSTON      MA    02127

DATE 7/15/04    NO. 24070037    DUE DATE 8/29/04

SHAMROCK            4654  CONT

| REFERENCE | | DESCRIPTION | | | | AMOUNT |
|---|---|---|---|---|---|---|
| 100B | 07085 | PILOTAGE IN  | 7/14/04 EARLE D. COFFMAN | 17.0 | 58.700 | 997.90 |
| 200B | 07088 | PILOTAGE OUT | 7/14/04 ROBERT G. CORDES  | 15.0 | 58.700 | 880.50 |

Check Payable To: J. M. Downing, Agent

| | |
|---|---|
| SUB-TOTAL | $1,878.40 |
| SURCHARGE | $100.00 |
| TOTAL | $1,978.40 |
| PLEASE PAY LAST AMOUNT | $1,878.40 |