Telephone 617-951-9957　SPM Line Inc.　　　　　　　　　　April 1, 2004
　Fax 617-951-9977　c/o Atlantic Maritime
　　　　　　　　　　577 Marginal Road　　　　　　　　　　　　　　　　　　　　20 _____
　　　　　　　　　　P.O. Box 31 CRO
　　　　　　　　　　Halifax, NS
　　　　　　　　　　B3J 2L4

# BOSTON LINE & SERVICE CO., INC.
**BLACK FALCON CRUISE TERMINAL · ONE BLACK FALCON AVENUE · BOSTON, MA 02210**　　52117

TERMS: NET 10 DAYS　　*Personnel Furnished for all Kinds of Ship and Harbor Work*　　INVOICE NO.

RE: Shamrock

| Date | Description | Amount |
|---|---|---|
| 03-30-04 | Mooring Vessel at Castle Island 13 | |
| | 4 men Overtime: 10:15pm-10:40pm | $532.48 |
| | Benefit Charge: | |
| | 4 men at 2 hrs: 8 hrs at $16.95 | $135.60 |
| | Additional Charge: 4 men at $65.63 | $262.52 |
| 03-31-04 | Unmooring Vessel at Castle Island 13 | |
| | 4 men Overtime: 4:00pm-4:25pm | $532.48 |
| | Benefit Charge: | |
| | 4 men at 2 hrs: 8 hrs at $16.95 | $135.60 |
| 03-31-04 | Mooring Vessel at Castle Island 11 | |
| | 4 men Overtime: 4:30pm-4:50pm | $532.48 |
| | Benefit Charge: | |
| | 4 men at 2 hrs: 8 hrs at $16.95 | $135.60 |
| 03-31-04 | Unmooring Vessel at Castle Island 11 | |
| | 4 men Overtime: 9:45pm-10:05pm | $532.48 |
| | Benefit Charge: | |
| | 4 men at 2 hrs: 8 hrs at $16.95 | $135.60 |
| | Additional Charge: 4 men at $65.63 | $262.52 |
| | **Total Due** | **$3,197.36** |

April 8, 2004

Telephone 617-951-9957  SPM Line Inc.
Fax 617-951-9977  c/o Atlantic Maritime
577 Marginal Road
P.O. Box 31 CRO
Halifax, NS
B3J 2L4

20 _____



# BOSTON LINE & SERVICE CO., INC.
**BLACK FALCON CRUISE TERMINAL - ONE BLACK FALCON AVENUE - BOSTON, MA 02210**  **52144**

TERMS: NET 10 DAYS  *Personnel Furnished for all Kinds of Ship and Harbor Work*  INVOICE NO.

RE: Shamrock

| | | |
|---|---|---|
| 04-07-04 | Mooring Vessel at Castle Island | |
| | 4 men Overtime: 12:15am-2:00am | $532.48 |
| | Benefit Charge: | |
| | 4 men at 2 hrs: 8 hrs at $16.95 | $135.60 |
| | Additional Charge: 4 men at $65.63 | $262.52 |
| | | |
| 04-07-04 | Unmooring Vessel at Castle Island | |
| | 4 men Overtime: 3:45pm-4:10pm | $532.48 |
| | Benefit Charge: | |
| | 4 men at 2 hrs: 8 hrs at $16.95 | $135.60 |
| | | |
| | Total Due | $1,598.68 |

April 15, 2004

Telephone 617-951-9957 SPM Line Inc.
Fax 617-951-9977   c/o Atlantic Maritime
577 Marginal Road
P.O. Box 31 CRO
Halifax, NS
B3J 2L4



# BOSTON LINE & SERVICE CO., INC.
BLACK FALCON CRUISE TERMINAL - ONE BLACK FALCON AVENUE - BOSTON, MA 02210

20 \_\_\_\_

**52180**

TERMS: NET 10 DAYS   *Personnel Furnished for all Kinds of Ship and Harbor Work*   INVOICE NO.

RE: Shamrock

| Date | Description | Amount |
|---|---|---|
| 04-14-04 | Mooring Vessel at Castle Island<br>4 men Overtime: 7:15am-7:45am | $532.48 |
| | Benefit Charge:<br>4 men at 2 hrs: 8 hrs at $16.95 | $135.60 |
| 04-14-04 | Unmooring Vessel at Castle Island<br>4 men Overtime: 3:45pm-4:05pm | $532.48 |
| | Benefit Charge:<br>4 men at 2 hrs: 8 hrs at $16.95 | $135.60 |
| | Total Due | $1,336.16 |

April 22, 2004

Telephone 617-951-9957  SPM Line Inc.
Fax 617-951-9977  c/o Atlantic Maritime
577 Marginal Road
P.O. Box 31 CRO
Halifax, NS
B3J 2L4

20 _____



# BOSTON LINE & SERVICE CO., INC.
BLACK FALCON CRUISE TERMINAL - ONE BLACK FALCON AVENUE - BOSTON, MA 02210   **52215**

TERMS: NET 10 DAYS   *Personnel Furnished for all Kinds of Ship and Harbor Work*   INVOICE NO.

RE: Shamrock

| Date | Description | Amount |
|---|---|---|
| 04-20-04 | Mooring Vessel at Castle Island | |
| | 4 men Overtime: 9:30pm-10:00pm | $532.48 |
| | Benefit Charge: | |
| | 4 men at 2 hrs: 8 hrs at $16.95 | $135.60 |
| | Additional Charge: 4 men at $65.63 | $262.52 |
| 04-21-04 | Unmooring Vessel at Castle Island | |
| | 4 men Overtime: 9:30pm-10:00pm | $532.48 |
| | Benefit Charge: | |
| | 4 men at 2 hrs: 8 hrs at $16.95 | $135.60 |
| | Additional Charge: 4 men at $65.63 | $262.52 |
| | Total Due | $1,861.20 |

Telephone 617-951-9957 SPM Line Inc.  
Fax 617-951-9977 c/o Atlantic Maritime  
577 Marginal Road  
P.O. Box 31 CRO  
Halifax, NS  
B3J 2L4

April 29, 2004

20 _____



# BOSTON LINE & SERVICE CO., INC.
BLACK FALCON CRUISE TERMINAL - ONE BLACK FALCON AVENUE - BOSTON, MA 02210   **52248**

TERMS: NET 10 DAYS   *Personnel Furnished for all Kinds of Ship and Harbor Work*   INVOICE NO.

RE: Shamrock

| Date | Description | Amount |
|---|---|---|
| 04-28-04 | Mooring Vessel at Castle Island | |
| | 4 men Overtime: 6:45am-7:45am | $532.48 |
| | Benefit Charge: | |
| | 4 men at 2 hrs: 8 hrs at $16.95 | $135.60 |
| | Additional Charge: 4 men at $65.63 | $262.52 |
| 04-28-04 | Unmooring Vessel at Castle Island | |
| | 4 men Overtime: 9:45pm-10:05pm | $532.48 |
| | Benefit Charge: | |
| | 4 men at 2 hrs: 8 hrs at $16.95 | $135.60 |
| | Additional Charge: 4 men at $65.63 | $262.52 |
| | Total Due | $1,861.20 |

May 6, 2004

Telephone 617-951-9957 SPM Line Inc.
Fax 617-951-9977   c/o Atlantic Maritime
                   577 Marginal Road
                   P.O. Box 31 CRO
                   Halifax, NS
                   B3J 2L4

_____ 20 _____



# BOSTON LINE & SERVICE CO., INC.
**BLACK FALCON CRUISE TERMINAL - ONE BLACK FALCON AVENUE - BOSTON, MA 02210**   52288

TERMS: NET 10 DAYS   *Personnel Furnished for all Kinds of Ship and Harbor Work*   INVOICE NO.

RE: Shamrock

| Date | Description | Amount |
|---|---|---|
| 05-04-04 | Mooring Vessel at Castle Island 11 | |
| | 4 men Overtime: 6:45pm-7:15pm | $532.48 |
| | Benefit Charge: | |
| | 4 men at 2 hrs: 8 hrs at $16.95 | $135.60 |
| 05-05-04 | Unmooring Vessel at Castle Island 11 (shift) | |
| | 4 men Overtime: 7:00am-7:20am | $532.48 |
| | Benefit Charge: | |
| | 4 men at 2 hrs: 8 hrs at $16.95 | $135.60 |
| 05-05-04 | Mooring Vessel at Castle Island 13 | |
| | 4 men Overtime: 7:30am-7:30am | $532.48 |
| | Benefit Charge: | |
| | 4 men at 2 hrs: 8 hrs at $16.95 | $135.60 |
| 05-05-04 | Unmooring Vessel at Castle Island 13 | |
| | 4 men Overtime: 4:45pm-5:15pm | $532.48 |
| | Benefit Charge: | |
| | 4 men at 2 hrs: 8 hrs at $16.95 | $135.60 |
| | Total Due | $2,672.32 |

May 13, 2004

Telephone 617-951-9957  SPM Line Inc.
Fax 617-951-9977  c/o Atlantic Maritime
577 Marginal Road
P.O. Box 31 CRO
Halifax, NS
B3J 2L4



# BOSTON LINE & SERVICE CO., INC.
**BLACK FALCON CRUISE TERMINAL - ONE BLACK FALCON AVENUE - BOSTON, MA 02210**  52322

TERMS: NET 10 DAYS  *Personnel Furnished for all Kinds of Ship and Harbor Work*  INVOICE NO.

RE: Shamrock

| Date | Description | Amount |
|---|---|---|
| 05-12-04 | Mooring Vessel at Castle Island | |
| | 4 men Overtime: 6:00am-6:50am | $532.48 |
| | Benefit Charge: | |
| | 4 men at 2 hrs: 8 hrs at $16.95 | $135.60 |
| | Additional Charge: 4 men at $65.63 | $262.52 |
| 05-12-04 | Unmooring Vessel at Castle Island | |
| | 4 men Overtime: 4:00pm-4:25pm | $532.48 |
| | Benefit Charge: | |
| | 4 men at 2 hrs: 8 hrs at $16.95 | $135.60 |
| | **Total Due** | **$1,598.68** |



Telephone 617-951-9957
Fax 617-951-9977

SPM Line Inc.
c/o Atlantic Maritime
577 Marginal Road
P.O. Box 31 CRO
Halifax, NS
B3J 2L4

May 20, 2004

_____ 20 _____

# BOSTON LINE & SERVICE CO., INC.
BLACK FALCON CRUISE TERMINAL - ONE BLACK FALCON AVENUE - BOSTON, MA 02210    **52358**

TERMS: NET 10 DAYS    *Personnel Furnished for all Kinds of Ship and Harbor Work*    INVOICE NO.

RE: Shamrock

| Date | Description | Amount |
|---|---|---|
| 05-19-04 | Mooring Vessel at Castle Island | |
| | 4 men Overtime: 7:00am-7:25am | $532.48 |
| | Benefit Charge: | |
| | 4 men at 2 hrs: 8 hrs at $16.95 | $135.60 |
| 05-19-04 | Unmooring Vessel at Castle Island | |
| | 4 men Straight: 2:45pm-3:05pm | $354.96 |
| | Benefit Charge: | |
| | 4 men at 2 hrs: 8 hrs at $16.95 | $135.60 |
| | Total Due | $1,158.64 |

Telephone 617-951-9957　SPM Line Inc.　　　　　　　　　　　　　　　　　　May 27, 2004
　Fax 617-951-9977　c/o Atlantic Maritime
　　　　　　　　　　577 Marginal Road　　　　　　　　　　_____ 20 ____
　　　　　　　　　　P.O. Box 31 CRO
　　　　　　　　　　Halifax, NS
　　　　　　　　　　B3J 2L4

# BOSTON LINE & SERVICE CO., INC.
**BLACK FALCON CRUISE TERMINAL - ONE BLACK FALCON AVENUE - BOSTON, MA 02210**　　**52379**

TERMS: NET 10 DAYS　　*Personnel Furnished for all Kinds of Ship and Harbor Work*　　INVOICE NO.

---

　　　　　　　　　　　　RE: Shamrock

05-26-04　　Mooring Vessel at Castle Island
　　　　　　4 men Overtime: 7:00am-7:25am　　　　　　　$532.48
　　　　　　Benefit Charge:
　　　　　　4 men at 2 hrs: 8 hrs at $16.95　　　　　　　$135.60


05-26-04　　Unmooring Vessel at Castle Island
　　　　　　4 men Overtime: 4:30pm-5:00pm　　　　　　　$532.48
　　　　　　Benefit Charge:
　　　　　　4 men at 2 hrs: 8 hrs at $16.95　　　　　　　$135.60
　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　Total Due　　　　　　　　　　$1,336.16

Telephone 617-951-9955  SPM Line Inc.                           June 3, 2004
Fax 617-951-9977  c/o Atlantic Maritime
                  577 Marginal Road                    _____ 20 ____
                  P.O. Box 31 CRO
                  Halifax, NS
                  B3J 2L4  **BOSTON LINE & SERVICE CO., INC.**
         BLACK FALCON CRUISE TERMINAL - ONE BLACK FALCON AVENUE - BOSTON, MA 02210    **52414**
TERMS: NET 10 DAYS  *Personnel Furnished for all Kinds of Ship and Harbor Work*
                                                                        INVOICE NO.

                                    RE: Shamrock

| | | |
|---|---|---|
| 06-02-04 | Mooring Vessel at Castle Island | |
| | 4 men Overtime: 7:00am-7:20am | $532.48 |
| | Benefit Charge: | |
| | 4 men at 2 hrs: 8 hrs at $16.95 | $135.60 |
| | | |
| 06-02-04 | Unmooring Vessel at Castle Island | |
| | 4 men Overtime: 3:45pm-4:15pm | $532.48 |
| | Benefit Charge: | |
| | 4 men at 2 hrs: 8 hrs at $16.95 | $135.60 |
| | Total Due | $1,336.16 |

Telephone 617-951-9957 SPM Line Inc.
Fax 617-951-9977 c/o Atlantic Maritime
577 Marginal Road
P.O. Box 31 CRO
Halifax, NS
B3J 2L4

June 10, 2004

20 _____

## BOSTON LINE & SERVICE CO., INC.
BLACK FALCON CRUISE TERMINAL - ONE BLACK FALCON AVENUE - BOSTON, MA 02210

**52435**

TERMS: NET 10 DAYS    *Personnel Furnished for all Kinds of Ship and Harbor Work*

INVOICE NO.

RE: Shamrock

| Date | Description | Amount |
|---|---|---|
| 06-09-04 | Mooring Vessel at Castle Island<br>4 men Overtime: 7:15am-8:20am<br>Benefit Charge:<br>4 men at 2 hrs: 8 hrs at $16.95 | $532.48<br><br>$135.60 |
| 06-09-04 | Unmooring Vessel at Castle Island<br>4 men Overtime: 9:45pm-10:05pm<br>Benefit Charge:<br>4 men at 2 hrs: 8 hrs at $16.95<br>Additional Charge: 4 men at $65.63 | $532.48<br><br>$135.60<br>$262.52 |
| | Total Due | $1,598.68 |

Telephone 617-951-9957 SPM Line Inc.  
Fax 617-951-9977 c/o Atlantic Maritime  
577 Marginal Road  
P.O. Box 31 CRO  
Halifax, NS  
B3J 2L4  

June 17, 2004

_____ 20 _____

# BOSTON LINE & SERVICE CO., INC.
**BLACK FALCON CRUISE TERMINAL - ONE BLACK FALCON AVENUE - BOSTON, MA 02210**  **52491**

TERMS: NET 10 DAYS   *Personnel Furnished for all Kinds of Ship and Harbor Work*                    INVOICE NO.

RE: Shamrock

| Date | Description | Amount |
|---|---|---|
| 06-16-04 | Mooring Vessel at Castle Island | |
| | 4 men Overtime: 7:15am-8:15am | $532.48 |
| | Benefit Charge: | |
| | 4 men at 2 hrs: 8 hrs at $16.95 | $135.60 |
| 06-16-04 | Unmooring Vessel at Castle Island | |
| | 4 men Overtime: 9:30pm-10:00pm | $532.48 |
| | Benefit Charge: | |
| | 4 men at 2 hrs: 8 hrs at $16.95 | $135.60 |
| | Additional Charge: 4 men at $65.63 | $262.52 |
| | Total Due | $1,598.68 |



June 24, 2004

Telephone 617-951-9957 SPM Line Inc.
Fax 617-951-9977  c/o Atlantic Maritime
577 Marginal Road
P.O. Box 31 CRO
Halifax, NS
B3J 2L4

_____ 20 _____



# BOSTON LINE & SERVICE CO., INC.
BLACK FALCON CRUISE TERMINAL - ONE BLACK FALCON AVENUE - BOSTON, MA 02210   **52539**

TERMS: NET 10 DAYS   *Personnel Furnished for all Kinds of Ship and Harbor Work*          INVOICE NO.

RE: Shamrock

| | | |
|---|---|---|
| 06-23-04 | Mooring Vessel at Castle Island | |
| | 4 men Overtime: 7:00am-7:20am | $532.48 |
| | Benefit Charge: | |
| | 4 men at 2 hrs: 8 hrs at $16.95 | $135.60 |
| | | |
| 06-23-04 | Unmooring Vessel at Castle Island | |
| | 4 men Overtime: 9:30pm-10:00pm | $532.48 |
| | Benefit Charge: | |
| | 4 men at 2 hrs: 8 hrs at $16.95 | $135.60 |
| | Additional Charge: 4 men at $65.63 | $262.52 |
| | Total Due | $1,598.68 |

July 2, 2004

Telephone 617-951-9957 SPM Line Inc.
Fax 617-951-9977  c/o Atlantic Maritime
577 Marginal Road
P.O. Box 31 CRO
Halifax, NS
B3J 2L4

20 _____



# BOSTON LINE & SERVICE CO., INC.
**BLACK FALCON CRUISE TERMINAL - ONE BLACK FALCON AVENUE - BOSTON, MA 02210**  52585

TERMS: NET 10 DAYS   *Personnel Furnished for all Kinds of Ship and Harbor Work*   INVOICE NO.

RE: Shamrock

| Date | Description | Amount |
|---|---|---|
| 06-30-04 | Mooring Vessel at Castle Island | |
| | 4 men Overtime: 1:15am-1:40am | $532.48 |
| | Benefit Charge: | |
| | 4 men at 2 hrs: 8 hrs at $16.95 | $135.60 |
| | Additional Charge: 4 men at $65.63 | $262.52 |
| 06-30-04 | Unmooring Vessel at Castle Island | |
| | 4 men Overtime: 9:30pm-9:50pm | $532.48 |
| | Benefit Charge: | |
| | 4 men at 2 hrs: 8 hrs at $16.95 | $135.60 |
| | Additional Charge: 4 men at $65.63 | $262.52 |
| | **Total Due** | **$1,861.20** |

Telephone 617-951-9957  SPM Line Inc.  
Fax 617-951-9977  c/o Atlantic Maritime  
577 Marginal Road  
P.O. Box 31 CRO  
Halifax, NS  
B3J 2L4

July 8, 2004

20 _____

# BOSTON LINE & SERVICE CO., INC.
**BLACK FALCON CRUISE TERMINAL - ONE BLACK FALCON AVENUE - BOSTON, MA 02210**

**52631**

TERMS: NET 10 DAYS   *Personnel Furnished for all Kinds of Ship and Harbor Work*

INVOICE NO.

RE: Shamrock

| Date | Description | Amount |
|---|---|---|
| 07-07-04 | Mooring Vessel at Castle Island | |
| | 4 men Overtime: 6:45am-7:30am | $532.48 |
| | Benefit Charge: | |
| | 4 men at 2 hrs: 8 hrs at $16.95 | $135.60 |
| | Additional Charge: 4 men at $65.63 | $262.52 |
| 07-07-04 | Unmooring Vessel at Castle Island | |
| | 4 men Overtime: 9:30pm-9:50pm | $532.48 |
| | Benefit Charge: | |
| | 4 men at 2 hrs: 8 hrs at $16.95 | $135.60 |
| | Additional Charge: 4 men at $65.63 | $262.52 |
| | **Total Due** | **$1,861.20** |



Telephone 617-951-9957 SPM Line Inc.  
Fax 617-951-9977 c/o Atlantic Maritime  
577 Marginal Road  
P.O. Box 31 CRO  
Halifax, NS  
B3J 2L4

July 15, 2004

20 _____

# BOSTON LINE & SERVICE CO., INC.
**BLACK FALCON CRUISE TERMINAL - ONE BLACK FALCON AVENUE - BOSTON, MA 02210**   52661

TERMS: NET 10 DAYS    *Personnel Furnished for all Kinds of Ship and Harbor Work*    INVOICE NO.

RE: Shamrock

| | | |
|---|---|---|
| 07-14-04 | Mooring Vessel at Castle Island | |
| | 4 men Straight: 8:15am-8:50am | $354.96 |
| | Benefit Charge: | |
| | 4 men at 2 hrs: 8 hrs at $16.95 | $135.60 |
| | | |
| 07-14-04 | Unmooring Vessel at Castle Island | |
| | 4 men Overtime: 3:45pm-4:05pm | $532.48 |
| | Benefit Charge: | |
| | 4 men at 2 hrs: 8 hrs at $16.95 | $135.60 |
| | Total Due | $1,158.64 |

August 3, 2004

Telephone 617-951-9957 SPM Line Inc.
Fax 617-951-9977 c/o Atlantic Maritime
577 Marginal Road
P.O. Box 31 CRO
Halifax, NS
B3J 2L4

# BOSTON LINE & SERVICE CO., INC.
BLACK FALCON CRUISE TERMINAL - ONE BLACK FALCON AVENUE - BOSTON, MA 02210   52742

TERMS: NET 10 DAYS   *Personnel Furnished for all Kinds of Ship and Harbor Work*   INVOICE NO.

RE: Shamrock

| | | |
|---|---|---|
| 07-21-04 | Mooring Vessel at Castle Island | |
| | 4 men Overtime: 7:15am-Cancelled | |
| | Less 5% discount of basic rate of $532.48 | $505.86 |
| | Benefit Charge: | |
| | 4 men at 2 hrs: 8 hrs at $16.95 | $135.60 |
| | Total Due | $641.46 |