UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| FORTIS BANK (Nederland) N.V.<br>      Plaintiff<br>and<br><br>MASSACHUSETTS PORT AUTHORITY,<br>ET AL.<br>      Intervenor Plaintiffs<br><br>      v.<br><br>M/V SHAMROCK and COPROPRIÉTÉ<br>DU NAVIRE SHAMROCK,<br>      Defendants<br>and<br><br>COMATRANS, S.A., SP CONTAINER<br>LINE SA and SNC SHAMROCK GESTION<br>      Parties-in-Interest<br>and<br><br>SPM LINE, INC. and CANSHIP<br>UGLAND, LTD.<br>      Third-Party Defendants | Docket No. 04-CV-147-GZS |

**ORDER AND FINDING FOR SEPARATE AND FINAL JUDGMENT**

Following a settlement conference before Judge Gene Carter, Intervenor Plaintiffs Michel Remond, Jerzy Rejman, Krzysztof Skarzewski, Boguslaw Sliwa, Grzeslaw Bator, Jean Louis Audox, Andrzej Zeilinski, Mariusz Drelinkiewicz, Romuald Kolakowski, Mieczyslaw Zablotny, Garry Heudes, Przemyslaw Czapla, Yves Champdoizeau, Gerard Urtizberea and Thierry Beaupertuis (together, the "Crew") have filed an unopposed motion (Docket # 361) for the entry of separate and final judgment in their favor *in rem* against the *M/V Shamrock* — in effect a judgment against the *res* in its current form, *i.e.*, the money held by this Court that comprises the remaining proceeds of the judicial sale of the *Shamrock*, conducted by the Marshals Service in November of 2004.

In connection with this motion, the Court takes cognizance of the following:

  a. the Crew has supported their motion with an Agreement for Judgment (Exhibit 1 to Docket # 361) to this effect, signed by counsel for all of the parties except the *Shamrock* interests (who are in default):

  b. the Crew's claims in this litigation seek payment for wages earned in June & July 2004;

  c. these claims are entitled to priority under the Ship Mortgage Act, 46 U.S.C. §§ 31326(b)(1) & 31301(5)(D);

  d. payment of the amounts prayed for will completely satisfy the debts asserted by the Crew through judgment on their *in rem* claims and the Crew have agreed in writing to dismissal of their *in personam* claims upon the payment of the funds sought by their motion for *in rem* judgment.

In light of the foregoing, the Court hereby expressly determines, pursuant to Fed. R. Civ. P. 54(b), that there is no just reason for delay in the entry of separate and final judgment in favor of the Crew in the agreed-upon amount of one hundred thousand dollars ($100,000.00).

The Court hereby expressly ORDERS that the Clerk shall enter a separate and final judgment *in rem*, on a separate document pursuant to Rule 58, in favor of Intervenor Plaintiffs Michel Remond, Jerzy Rejman, Krzysztof Skarzewski, Boguslaw Sliwa, Grzeslaw Bator, Jean Louis Audox, Andrzej Zeilinski, Mariusz Drelinkiewicz, Romuald Kolakowski, Mieczyslaw Zablotny, Garry Heudes, Przemyslaw Czapla, Yves Champdoizeau, Gerard Urtizberea and Thierry Beaupertuis, in the amount of one hundred thousand dollars ($100,000.00) and dismissing any *in personam* claims of the Crew.

In addition, the Court finds that by signing the Agreement for Judgment (Exhibit 1 to Docket # 361) all interested parties have waived their right to appeal the Judgment to be entered

in favor of the Crew as a result of this Order.  Therefore, the Court further ORDERS that, after Judgment is entered in favor of the Crew, the Clerk shall disburse the funds owed to the Crew pursuant to that Judgment

    SO ORDERED.

                                        /s/ George Z. Singal
                                        Chief U.S. District Judge

Dated this 2nd day of May 2005.